IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| ASARCO LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | (Request for Joint |
| | § | Administration Pending) |

## ASARCO LLC'S STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1) and 1007(a)(3)

ASARCO LLC ("ASARCO" or "Debtor"), for its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 1007(a)(3), respectfully represents that Asarco Incorporated, a Delaware corporation, owns 100% of ASARCO's equity interests. Asarco Incorporated's address is 2575 East Camelback Road, Suite 500, Phoenix, Arizona 85016-9251.

Dated: August 9, 2005         Respectfully submitted,

**BAKER BOTTS L.L.P.**

/s/ James R. Prince
Jack L. Kinzie
State Bar No. 11492130
James R. Prince
State Bar No. 00784791
Eric A. Söderlund
State Bar No. 24037525
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone:   214.953.6500
Facsimile:   214.661.6503
Email:       *jack.kinzie@bakerbotts.com*
             *jim.prince@bakerbotts.com*
             *eric.soderlund@bakerbotts.com*

and

DAL02:436246

- 2 -

**JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.**
Shelby A. Jordan
State Bar No. 11016700
Harlin C. Womble
State Bar No. 21880300
Nathaniel Peter Holzer
State Bar No. 00793971
Suite 900, Bank of America
500 North Shoreline
Corpus Christi, Texas 78471
Telephone:   361.884.5678
Facsimile:    361.888.5555
Email:          *sjordan@jhwclaw.com*
                    *hwomble@jhwclaw.com*
                    *pholzer@jhwclaw.com*

**PROPOSED COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION**

CERTIFICATE OF SERVICE

In compliance with Bankruptcy Local Rule 1001(h), contemporaneously with this pleading, the Debtor has filed as a separate document a certificate of service containing the names and addresses of the parties served, the manner of service, the name and address of the server, and the date of service.