**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Case No. 05-21207** |
| § | | |
| **ASARCO LLC,** § | | **Chapter 11** |
| § | | |
| Debtor. § | | **(Request for Joint** |
| § | | **Administration Pending)** |

**CERTIFICATE OF SERVICE**

  I, James R. Prince, hereby certify that on August 10, 2005, true and correct copies of the following documents were served by FedEx prepaid, on the parties listed on Exhibit "A" attached hereto:

  a) Motion for Order Directing Joint Administration of Cases;

  b) Motion for Order Authorizing Debtor to File Consolidated List of Creditors in Lieu of Matrix and to Serve All Required Notices;

  c) Motion for Order Granting Additional Time to File Schedules, Lists, and Statements of Financial Affairs;

  d) Motion for Order Authorizing Debtor to List Addresses of Counsel for Asbestos and Toxic-Tort Claimants in Lieu of Claimants' Addresses in Consolidated List of Creditors;

  e) Motion for Order Limiting Service of Notices and Establishing Official Limited Service List;

  f) Motion for Order Authorizing (1) Maintenance of Existing Bank Accounts and Business Forms, (2) Continued Use of Existing Cash Management System, and (3) Continued Application of Investment Guidelines;

  g) Motion for Order Confirming Ordinary-Course-of-Business Practices and Imposition of Automatic Stay;

  h) Application for Order Authorizing Employment and Retention of Baker Botts L.L.P. as Attorneys for the Debtors-in-Possession;

  i) Motion for Order Authorizing (1) Maintenance of Existing Bank Accounts, (2) Continued Use of Existing Cash Management System, and (3) Continued Application of Investment Guidelines;

  j) Motion for Order Authorizing Payment of Prepetition Employee Obligations;

  k) Motion for Order Authorizing Debtor to Maintain Insurance Finance Agreements;

l) Motion for Order (1) Restraining Utilities from Discontinuing, Altering, or Refusing Service, and (2) Establishing Procedures for Determining that Adequate Assurance Has Been Provided to Utilities;

m) Motion for Order Authorizing Debtor to Use Cash Collateral;

n) Affidavit of Karen Paul in Support of Motion for Order Authorizing Payment of Prepetition Employee Wage and Benefit Obligations;

o) Affidavit of Karen Paul in Support of First-day Motions;

p) Affidavit of Jack L. Kinzie in Support of Application for Order Authorizing Employment and Retention of Baker Botts L.L.P. as Debtor's Counsel;

q) List of 20 Largest Creditors Holding Unsecured Claims;

r) Rule 1007(a)(1) Corporate Ownership Statement;

s) Notice of Emergency Hearing.

Dated:  August 10, 2005    Respectfully submitted,

**BAKER BOTTS L.L.P.**


/s/ James R. Prince
Jack L. Kinzie
State Bar No. 11492130
James R. Prince
State Bar No. 00784791
Eric A. Söderlund
State Bar No. 24037525
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone:    214.953.6500
Facsimile:    214.661.6503
Email:    *jack.kinzie@bakerbotts.com*
    *jim.prince@bakerbotts.com*
    *eric.soderlund@bakerbotts.com*

and

**JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.**
Shelby A. Jordan
State Bar No. 11016700
Harlin C. Womble
State Bar No. 21880300
Nathaniel Peter Holzer
State Bar No. 00793971
Suite 900, Bank of America
500 North Shoreline
Corpus Christi, Texas 78471
Telephone:    361.884.5678
Facsimile:    361.888.5555
Email:    *sjordan@jhwclaw.com*
    *hwomble@jhwclaw.com*
    *pholzer@jhwclaw.com*

**PROPOSED COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION**

DAL02:437312.1

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **In re:** § | Case No. 05-21207 | |
| § | | |
| **ASARCO LLC, *et al.*,** § | Chapter 11 | |
| § | | |
| Debtors. § | (Jointly Administered) | |
| § | | |

**OFFICIAL LIMITED SERVICE LIST EFFECTIVE AUGUST 9, 2005**

| | | |
|---|---|---|
| **DEBTORS AND DEBTORS' COUNSEL** | | |
| ASARCO LLC<br>1150 North Seventh Avenue<br>Tucson, AZ  85705 | CAPCO Pipe Company, Inc.<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 | Cement Asbestos Products Company<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 |
| Lac d'Amiante du Québec Ltée<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 | Lake Asbestos of Quebec, Ltd.<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 | LAQ Canada, Ltd.<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 |
| Shelby A. Jordan<br>Nathaniel Peter Holzer<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>Suite 900, Bank of America<br>500 North Shoreline Blvd.<br>Corpus Christi, Texas  78471<br>Fax:  (361) 888-5555<br>Email:  sjordan@jhwclaw.com<br>            pholzer@jhwclaw.com | Jack L. Kinzie<br>James R. Prince<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Fax:  (214) 953-6503<br>Email:   jack.kinzie@bakerbotts.com<br>             jim.prince@bakerbotts.com | Douglas E. McAllister<br>Karen Paul<br>ASARCO, LLC<br>8222 S. 48th Street<br>Phoenix, Arizona  85044<br>Fax:  (602) 977-6714<br>Email:    dmcallister@asarco.com<br>              kpaul@asarco.com |
| **OFFICE OF THE UNITED STATES TRUSTEE** | | |
| Barbara C. Jue<br>Office of the United States Trustee<br>Southern District of Texas<br>Corpus Christi Office<br>606 North Carancahua St., Suite 1107<br>Corpus Christi, Texas  78476<br>Fax:  (361) 888-3263 | | |
| **GOVERNMENTAL AUTHORITIES** | | |
| Attorney General<br>Office of the Attorney General<br>Main Justice Building, Room 5111<br>10th and Constitution Ave., N.W.<br>Washington, D.C.  20530 | Attorney General<br>State of Texas<br>Office of the Attorney General<br>2820 S Padre Island Dr<br>Corpus Christi, TX  78401 | United States Attorney's Office<br>One Shoreline Plaza<br>800 N. Shoreline Blvd., Suite 500<br>Corpus Christi, TX 78401 |

DAL02:437312.1

| | | |
|---|---|---|
| Hal F. Morris<br>Assistant Attorney General<br>Managing Attorney Bankruptcy Regulatory Section<br>Office of the Texas Attorney General<br>William C. Clements State Office Building<br>Bankruptcy & Collection Division<br>300 West 15th Street, 8th Floor<br>P.O. Box 12548<br>MC 008<br>Austin, Texas  78711<br>Tel:  512/475-4550<br>Fax:  512/463-2173<br>Email:  hal.morris@oag.state.tx.us | U. S. Securities and Exchange Commission<br>Attn: Bankruptcy Section<br>500 W. Madison, Suite 1400<br>Chicago, IL  60661 | David L. Dain<br>Department of Justice<br>Environmental and Natural Resources Division<br>Environmental Enforcement Section<br>PO Box 7611<br>Washington, D.C. 20044-7611 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Stop #5026AUS<br>300 E. 8th Street<br>Austin, TX  78701 | Comptroller of Public Accounts<br>State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX  78711 |
| United States Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | US EPA Region 2<br>290 Broadway<br>New York, NY 10007 | US EPA Region 4<br>Sam Nunn Atlanta Federal Center<br>61 Forsyth Street, SW<br>Atlanta, GA 30303-3104 |
| US EPA Region 5<br>77 W. Jackson Blvd.<br>Chicago, IL 60604 | US EPA Region 6<br>1445 Ross Avenue<br>Suite 1200<br>Dallas, Texas 75202 | US EPA Region 7<br>Office of External Programs<br>901 N. 5th Street<br>Kansas City, KS 66101 |
| EPA Region 8 Office<br>999-18th St. Suite 300<br>Denver, CO 80202-2466 | U.S. EPA Region 9<br>75 Hawthorne Street<br>San Francisco, CA, 94105 | U.S. EPA, Region 10<br>1200 Sixth Avenue<br>Seattle, WA 98101 |
| **20 LARGEST CREDITORS OF ASARCO LLC** | | |
| Deutsche Bank Trust Company Americas<br>Trust Securities Services<br>Indenture Trustee<br>60 Wall Street<br>NYC 60-2715<br>New York, NY  10005 | Wilmington Trust Company<br>Indenture Trustee<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001 | Wells Fargo Bank Minnesota NA<br>Corporate Trust Services<br>608 Second Avenue South<br>Minneapolis, MN  55479 |
| St. Paul Travelers<br>One Square 4PB<br>Hartford, CT  06183 | Mitsui and Co. (U.S.A.), Inc.<br>New York Headquarters<br>Met Life Bldg.<br>200 Park Avenue<br>New York, N.Y. 10166-0130 | Montana Resources Incorporated<br>P.O. Box 16630<br>Missoula, MT 59808 |
| American Home Assurance Co. (AIG)<br>175 Water St.<br>26th Floor<br>New York, NY  10038 | CAN Surety<br>333 S. Wabash-135<br>Chicago, IL  60685 | Wachovia<br>301 South College Street<br>18th Floor<br>Charlotte, NC 28202 |
| Chevron Natural Gas<br>P.O. Box 730116<br>Dallas, TX  75373-0116 | Sidley Austin Brown & Wood LLP<br>787 Seventh Ave<br>New York, NY  10019 | Road Machinery<br>716 S. Seventh Street<br>Phoenix, AZ  85034 |
| Komatsu Financial<br>719 S. Seventh Street<br>Phoenix, AZ  85034 | AT&T<br>US Bank, One Federal Street<br>Boston, MA 02110 | P&H Mine Pro Services<br>3200 Paysphere Circle<br>Chicago, IL  60674-3200 |
| Williams Detroit Diesel<br>1375 West Glenn Street<br>Tucson, AZ  85705-4029 | Department of Justice<br>Environmental and Natural Resources Division<br>PO Box 7611 | State of Washington<br>Washington State Department of Ecology<br>P.O. Box 47600<br>Olympia, WA 98504-7600 |

DAL02:437312.1

| | Washington, D.C. 20044-7611 | |
|---|---|---|
| State of Texas<br>Texas Commission on Environmental Quality<br>Paul C. Sarahan<br>MC 175<br>P.O. Box 13087<br>Austin, TX 78711-3087 | State of Arizona<br>Arizona Department of Environmental Quality<br>Phoenix Main Office<br>1110 W. Washington St.<br>Phoenix, AZ 85007 | P&H Mine Pro Services<br>112 West Iron Avenue<br>Mesa, AZ 85211 |
| **ASARCO LLC LIEN HOLDERS** | | |
| Air Liquide America Corporation<br>801 NW Carrier Parkway<br>Grand Prairie, TX 75050 | Air Liquide America, L.P.<br>801 NW Carrier Parkway<br>Grand Prairie, TX 75050 | Alan Gray Incorporated<br>88 Broad Street<br>Boston, MA 02110 |
| Allfirst Bank<br>25 S. Charles St.<br>Baltimore, MD 21201 | American Express Business Finance<br>800 Travis Street, Suite 1300<br>Houston, TX 77002 | Americas Sales Corporation<br>2575 East Camelback Rd., Suite 500<br>Phoenix, AZ 85016-4240 |
| BNY Capital Resources Corporation<br>8400 E. Prentice Ave., Suite 240<br>Greenwood Village, CO 80111 | Donald Branin and Linda Branin, et al<br>c/o Steptoe & Johnson LLP<br>Collier Center<br>201 East Washington Street<br>Suite 1600<br>Phoenix, AZ 85004-2382 | CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039 |
| CitiCapital Commercial Corporation<br>P.O. Box 2340<br>Newport Beach, CA 92658 | Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774 | Concord Commercial<br>Div. of HSBC Business Loans, Inc.<br>2010 Main Street, Suite 500<br>Irvine, CA 92614 |
| The Connecticut Bank and Trust Company<br>National Association<br>58 State House Square<br>Hartford, CT 06103 | Copper Basin Railway, Inc.<br>c/o Mariscal, Weeks, McIntyre & Friedlander, P.A.<br>2901 North Central Ave., Suite 200<br>Phoenix, AZ 85012-2705 | Credit Suisse First Boston<br>5 Cabot Square<br>London, England E14 4QR |
| Deutsche Bank Trust Company Americas<br>60 Wall Street<br>New York, NY 10005 | Deutsche Bank<br>31 West 52nd Street<br>New York, NY 10019 | Dresdner Bank<br>Riverbank House<br>2 Swan Lane<br>London, England |
| Dresdner Bank<br>75 Wall Street<br>New York, NY 10005 | Empire Southwest, LLC<br>P.O. Box 2985<br>Phoenix, AZ 85062 | Empire Southwest, LLC<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 |
| Financial Federal Credit Inc.<br>7 Corporate Park, Suite 240<br>Irvine, CA 92612 | First Union Commercial Corporation<br>One Wachovia Center, 18th Floor<br>Charlotte, NC 28288 | First Union Commercial Corporation<br>7 St. Paul Street, 3rd Floor<br>Baltimore, MD 21202 |
| Fleet Capital Corporation<br>One Financial Plaza<br>Providence, RI 02903 | Fleet Capital Corporation<br>50 Kennedy Plaza, 5th Floor<br>Providence, RI 02903 | Gerald Metals, Inc.<br>6 High Ridge Park<br>Stamford, CT 06905 |
| The Industrial Development Authority of the County of Gila, Arizona<br>c/o Gila County Courthouse<br>1400 E. Ash Street<br>Globe, AZ 85501 | Komatsu Financial Limited Partnership<br>1333 Butterfield Road, Suite 600<br>Downers Grove, IL 60515 | Garry Miller and Dianna Miller<br>c/o Mundy & Singley LLP<br>816 Congress Avenue, Suite 1230<br>Austin, TX 78701 |
| M&T Credit Services, LLC<br>25 South Charles Street<br>Baltimore, MD 21202 | Minera Mexico Internacional, Inc.<br>2575 E. Camelback Road, Suite 500<br>Phoenix, AZ 85016 | Mitsubishi International Corporation<br>NEM/Copper<br>655 Third Avenue<br>New York, NY 10017 |
| Mitsui & Co. (U.S.A.), Inc.<br>200 Park Avenue<br>New York, NY 10166 | Mitsui & Co. Metals (U.S.A.), Inc.<br>200 Park Avenue<br>New York, NY 10166 | National Indemnity Company<br>4016 Farnam<br>Omaha, NE 68131 |
| Pechiney World Trade (U.S.A.), Inc.<br>Stamford Harbor Park<br>333 Ludlow Street<br>Stamford, CT 06902 | Pitney Bowes Credit Corporation<br>201 Merritt Seven<br>Norwalk, NY 10038 | Road Machinery Co.<br>716 South 7th Street<br>Phoenix, AZ 85705 |
| Salt River Project Agricultural Improvement and Power District<br>Mail Station PAB-215<br>P.O. Box 52025<br>Phoenix, AZ 85072 | Sempra Metals & Concentrates Corp.<br>58 Commerce Road<br>Stamford, CT 06902 | Societe Generale<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Sun Microsystems Finance<br>1400 Computer Drive | Trafigura AG<br>One Stamford Plaza | United States of America<br>c/o U.S. Dept. of Justice |

DAL02:437312.1

| | | |
|---|---|---|
| Westborough, MA  01581 | 263 Tresser Boulevard<br>Stamford, CT  06901 | Environmental & Natural Resources Div./Environmental Enforcment Sec.<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C.  20044 |
| Vancouver Wharves Limited Partnership<br>1995 West First Street North<br>Vancouver, BC V7P 1A8 Canada | | |

**30 LARGEST CREDITORS OF SUBSIDIARY DEBTORS**
**Case No. 05-20521, Southern District of Texas, Corpus Christi  Division**

| | | |
|---|---|---|
| Karl Asch, Esq.<br>150 Tices Lane<br>East Brunswick, NJ  08816 | Baron & Budd, P.C.<br>Russell Budd / Alan B. Rich<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Fax:  (214) 520-1181<br>Email:  arich@baronbudd.com | Bevan & Associates, L.P.A., Inc.<br>Tom Bevan<br>10360 Northfield Road<br>Northfield, OH 44067<br>Fax:  (330) 467-4493<br>Email:  bevantc@aol.com |
| Brayton Purcell LLP<br>Alan R. Brayton<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA  94948<br>Fax:  (415) 898-1247<br>Email:  abrayton@braytonlaw.com<br>         bankruptcy@braytonlaw.com | Brent Coon & Associates<br>Brent Coon<br>917 Franklin Suite 100<br>Houston, TX 77002<br>Fax:  (713) 227-2018<br>Email:  brent@bcoonlaw.com | Brookman Rosenberg Brown & Sandler<br>17th Floor, One Penn Square West<br>30 South Fifteenth Street<br>Philadelphia, PA 19102<br>Fax:  (215) 569-2222<br>Email:  lbrown@brbs.com |
| Cooney & Conway<br>John Cooney<br>120 N. LaSalle, 30th Floor<br>Chicago, IL 60602<br>Fax:  (312) 236-3029<br>Email:  jcooney@cooneyconway.com | Early Ludwick & Sweeney, LLC<br>One Century Tower<br>265 Church St., 11th Floor<br>P.O. Box 1866<br>New Haven, CT  06508-1866<br>Fax:  (203) 785-1671<br>Email:  jfe@elslaw.com | Environmental Attorneys Group LLC<br>Martin K. Berks<br>2145 14th Avenue South, Suite 100<br>Birmingham, AL  35205<br>Fax:  (205) 326-1007<br>Email: MBerks@eaglawyers.com |
| Foster & Sear, LLP<br>Scott Wert<br>524 E. Lamar Blvd., Suite 200<br>Arlington, TX 76011<br>Fax:  (817) 633-5507<br>Email:  swert@fostersear.com | Garruto, Galex & Cantor<br>c/o Tortoreti Tomes & Callahan PC<br>150 Tices Lane<br>East Brunswick, NJ  08816-2089<br>Fax:  (732) 257-9012<br>Email:  ftomes@gttlawyers.com | Gavin & Gavin PC<br>22 Beech Lane<br>Edison, NJ  08820 |
| Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA  19102<br>Fax:  (215) 985-2960<br>Email: | Hamburg, Rubin, Mullin, Maxwell & Lupin<br>E. Rubin<br>375 Morris Road<br>P.O. Box 1479<br>Lansdale, PA 19446-0773<br>Fax:  (215) 661-0315<br>Email:  lawyers@hrmml.com<br>Refuses service via email | Jacobs & Crumplar, P.A.<br>Robert Jacobs<br>2 East 7th St<br>P.O. Box 1271<br>Wilmington, DE 19899<br>Fax:  (302) 656-5875<br>Email:  smaurer@dca.net |
| James F. Humphreys & Associates LC<br>David Cecil<br>United Center, Suite 800,<br>500 Virginia Street, East<br>Charleston, WV 25301<br>Fax:  (304) 347-5055<br>Email:  law@jfhumphreys.com | John Arthur Eaves Law Firm<br>101 North State St.<br>Jackson, MS 39201-2811<br>Fax:  (601) 355-0530<br>Email:  johnjr@eaveslaw.com | Kazan, McClain, Abrams, Fernandez, Lyones & Farrise, PLC<br>Steven Kazan<br>171 Twelfth, Suite 300<br>Oakland, CA 94607<br>Fax:  (510) 835-4913<br>Email:  skazan@kazanlaw.com |
| Law Offices of Peter G. Angelos (Baltimore)<br>One Charles Center, 22nd Floor,<br>100 North Charles Street<br>Baltimore, MD 21201<br>Fax:  (410) 659-1780<br>Email:  grusselljr@lawpga.com | Lynch Martin<br>1368 How Lane<br>North Brunswick, NJ 08902<br>Fax:  (732) 545-4780<br>Email: info@lynchmartin.com | McCurdy & McCurdy, LLP<br>524 E. Lamar Blvd., Suite 250<br>Arlington, TX 76011<br>Fax:  (817) 649-5008<br>Email: |

DAL02:437312.1

| | | |
|---|---|---|
| Morris Eisen & Perry Weitz PC<br>c/o Weitz & Luxenberg, P.C.<br>Perry Weitz<br>180 Maiden Lane<br>New York, NY 10038<br>Fax: (212) 344-5461<br>Email: clientrelations@weitzlux.com | Paul Hanley & Harley LLP<br>c/o Hanley & Harley LLP<br>Paul Hanley<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710<br>Fax: (510) 559-9970<br>Email: NorCal@phhlaw.com | Pitkow & Witt<br>Hal Pitkow<br>138 N. State Street<br>Newtown, PA 18940<br>Fax: (215) 860-0908<br>Email: pitkow@aol.com |
| Reaud, Morgan & Quinn, Inc.<br>Glen Morgan<br>801 Laurel<br>Beaumont, TX 77704<br>Fax: (409) 833-8236<br>Email: cporter@rmqlawfirm.com<br><br>Refuses service via email | Robert E. Sweeney Co., L.P.A.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>Fax: (216) 696-0606<br>Email: | Shein Paul Reich & Meyers PC<br>Shein Law Center<br>121 South Broad Street, 21st Floor<br>Philadelphia, PA 19107<br>Fax: (215) 732-3630<br>Email: bshein@sheinlaw.com |
| Simmons Law Firm, L.L.C.<br>c/o Simmons Cooper, L.L.C.<br>Robert W. Phillips/Randy Bono<br>707 Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>Fax: (618) 259-2251<br>Email: info@simmonscooper.com<br>rbono@simmonscooper.com | Waters & Kraus, LLP<br>Peter Kraus / Charles S. Siegel<br>3219 McKinney Ave., Suite 3000<br>Dallas, TX 75204<br>Fax: (214) 357-7252/(214) 871-2263<br>Email: kraus@awpk.com<br>          waters@awpk.com | Wilentz Goldman & Spitzer, P.C.<br>90 Woodbridge Center Drive<br>Suite 300, Box 10<br>Woodbridge, NJ 07095<br>Fax: (732) 855-6117<br>Email: wilenw@wilentz.com |

| | | |
|---|---|---|
| **OTHER INTERESTED PARTIES APPEARING ON THE OFFICIAL SERVICE LIST DATED JULY 1, 2005**<br>**Case No. 05-20521, Southern District of Texas, Corpus Christi Division** | | |
| Bogdan Law Firm<br>Eric Bogdan<br>8866 Gulf Freeway, Suite 515<br>Houston, TX 77017<br>Fax: (713) 378-9379<br>Email: bogdanlaw@aol.com | Bradley Arant Rose & White LLP<br>Jay R. Bender<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104<br>Telephone: (205) 521-8000<br>Telecopier: (205) 521-8800<br>Email: jbender@bradleyarant.com | The Calwell Practice, PLLC<br>Stuart Calwell<br>500 Randolph Street<br>Charleston, WV 25302-2019<br>Fax: (304) 344-3684<br>Email: stuartcalwell@thecalwellpractice.com |
| Campbell, Cherry, Harrison, Davis & Dove, P.C. (Jackson)<br>Stephen Harrison<br>3003 Lakeland Cove Dr., Suite F<br>Jackson, MS 39232<br>Fax: (601) 420-9292<br>Email: campbell@TheTrialLawyers.com | Campbell, Cherry, Harrison, Davis & Dove, PC (Waco)<br>Stephen Harrison<br>P.O. Drawer 21387<br>Waco, TX 76702-1387<br>Fax: (254) 761-3300<br>Email: campbell@TheTrialLawyers.com | Goldberg Persky Jennings & White, PC<br>T. Goldberg/M. Meyer/J. Bedortha<br>1030 Fifth Avenue, Third Floor<br>Pittsburgh, PA 15219-6295<br>Fax: (412) 471-8308<br>Email: tgoldberg@gpwlaw.com |
| Goldenberg Miller Heller & Antognoli PC<br>Randy Gori<br>2227 South State Route 157<br>PO Box 959<br>Edwardsville, IL 62025<br>Fax: (618) 656-6230<br>Email: info@gmhalaw.com | Heard, Robins, Cloud, Lubel & Greenwood, LLP<br>Ian Cloud<br>500 Dallas, Suite 3100<br>Houston, TX 77002<br>Fax: (713) 650-1400<br>Email: icloud@rcgl-law.com | Hissey, Kientz, & Herron, P.L.L.C.<br>Robert Kientz<br>16800 Imperial Valley Dr., Suite 130<br>Houston, TX 77060<br>Fax: (713) 224-7671<br>Email: hkh@hkhlaw.com |
| Jenkens & Gilchrist, P.C.<br>Scott Matney<br>1401 McKinney, Suite 2700<br>Houston, TX 77010-5215<br>Fax:<br>Email: | Kaeske Law Firm<br>Mike Kaeske<br>6301 Gaston Ave., Ste. 735<br>Dallas, TX 75214<br>Fax: (214) 821-0977<br>Email: | Kelley & Ferraro, LLP<br>Mike Kelley/James Ferraro/T.M. Wilson<br>1901 Penton Media Building<br>1300 East Ninth Street, Suite 1901<br>Cleveland, OH 44114<br>Fax: (216) 575-0799<br>Email: K&F@kelley-ferraro.com |
| Law Offices of Robert A. Pritchard<br>Robert A. Pritchard<br>934 Jackson Ave.<br>P.O. Box 1500<br>Ocean Springs, MS 39566<br>Fax: (228) 769-5879<br>Email: rap@pritchardlawfirm.com | McCarter & English LLP<br>Paul A. Bradley<br>919 North Market Street, Suite 1800<br>Wilmington, DE 19899<br>Tel: (302) 984-6300<br>Fax: (302) 984-6399<br>Email: | Nix, Patterson & Roach, L.L.P.<br>Nelson Roach<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Fax: (903) 645-5389<br>Email: ccp@nixlawfirm.com |
| Oppenheimer Blend Harrison & Tate<br>John H. Tate, II<br>711 Navarro, Sixth Floor<br>San Antonio, TX 78205<br>Fax: (210) 224-7540<br>Email: jtate@obht.com | Pate & Peters PC<br>56-58 S. Conception Street<br>P.O. Drawer 1308<br>Mobile, AL 36633<br>Fax:<br>Email: | Provost Umphrey, L.L.P.<br>Bryan Blevins<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704<br>Fax: (409) 838-8888 |

DAL02:437312.1

| | | |
|---|---|---|
| dinnocenti@obht.com<br>Quilling Selander Cummiskey & Lownds PC<br>Kenneth A. Hill<br>2001 Bryan Street, Suite 1800<br>Dallas, TX  75201<br>Tel:  (214) 871-2100<br>Fax: (214) 871-2111<br>Email: | Robert C. Pate<br>802 American Bank Plaza<br>Corpus Christi, TX 78475<br>Fax: (361) 887-6207<br>Email:  judgepate@swbell.net | Email:  bblevins@provostumphrey.com<br>Ryan A. Foster & Associates<br>Ryan Foster<br>440 Lousiana, Suite 2100<br>Houston, TX  77002<br>Fax:  (713) 236-0566<br>Email:  ryanf@rfosterlaw.com |
| Silber Pearlman, LLP<br>Steve Baron<br>2711 N. Haskell Ave., 5th Floor, LB-32<br>Cityplace Center East, 5th Floor<br>Dallas, TX  75204-2911<br>Fax:  (214) 824-8100<br>Email:  jeffo@splaw.com | Stutzman & Bromberg<br>Sander L. Esserman<br>2323 Bryan, Suite 2200<br>Dallas, TX  75201<br>Fax: (214) 969-4999<br>Email: esserman @stutzman-bromberg.com<br>Counsel to Official Committee | Williams•Bailey Law Firm, L.L.P.<br>Steve Kherker<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017<br>Fax:  (713) 643-6226<br>Email:  skherker@williamsbailey.com |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | | |
|---|---|---|
| Baron & Budd, P.C.<br>Russell Budd / Alan B. Rich<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Fax: (214) 520-1181<br>Email: arich@baronbudd.com | Bevan & Associates, L.P.A., Inc.<br>Tom Bevan<br>10360 Northfield Road<br>Northfield, OH 44067<br>Fax:  (330) 467-4493<br>Email:  bevantc@aol.com | Bogdan Law Firm<br>Eric Bogdan<br>8866 Gulf Freeway, Suite 515<br>Houston, TX  77017<br>Fax:  (713) 378-9379<br>Email:  bogdanlaw@aol.com |
| Brayton Purcell LLP<br>Alan R. Brayton<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA  94948<br>Fax:  (415) 898-1247<br>Email:  abrayton@braytonlaw.com<br>         bankruptcy@braytonlaw.com | Brent Coon & Associates<br>Brent Coon<br>917 Franklin Suite 100<br>Houston, TX 77002<br>Fax:  (713) 227-2018<br>Email:  brent@bcoonlaw.com | Kazan, McClain, Abrams, Fernandez, Lyones & Farrise, PLC<br>Steven Kazan<br>171 Twelfth, Suite 300<br>Oakland, CA 94607<br>Fax:  (510) 835-4913<br>Email:  skazan@kazanlaw.com |
| Kelley & Ferraro, LLP<br>Mike Kelley/James Ferraro/T.M. Wilson<br>1901 Penton Media Building<br>1300 East Ninth Street, Suite 1901<br>Cleveland, OH 44114<br>Fax:  (216) 575-0799<br>Email:  K&F@kelley-ferraro.com | Provost Umphrey, L.L.P.<br>Bryan Blevins<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX  77704<br>Fax:  (409) 838-8888<br>Email: bblevins@provostumphrey.com | Ryan A. Foster & Associates<br>Ryan Foster<br>440 Lousiana, Suite 2100<br>Houston, TX  77002<br>Fax:  (713) 236-0566<br>Email:  ryanf@rfosterlaw.com |
| Simmons Cooper, L.L.C.<br>Robert W. Phillips/Randy Bono<br>707 Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>Fax: (618) 259-2251<br>Email: info@simmonscooper.com<br>rbono@simmonscooper.com | Stutzman & Bromberg<br>Sander L. Esserman<br>2323 Bryan, Suite 2200<br>Dallas, TX  75201<br>Fax: (214) 969-4999<br>Em<br><br>ail: esserman @stutzman-bromberg.com<br>Counsel to Official Committee | Williams•Bailey Law Firm, L.L.P.<br>Steve Kherker<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017<br>Fax:  (713) 643-6226<br>Email:  skherker@williamsbailey.com |

DAL02:437312.1

| UNION REPRESENTATIVES | | |
|---|---|---|
| International Association of Machinists and Aerospace Workers, Local 2181<br>Attn:  John Ramsey, President & Chief Steward<br>P.O. Box 818<br>Kearny, AZ  85237 | International Brotherhood of Boilermakers, Local 627<br>Attn:  Ralph Garcia, Local Representative<br>3542 North Dudleyville Road<br>Winkelman, AZ  85292 | International Brotherhood of Boilermakers, Local 627<br>Attn:  John A. Gallo, International Rep.<br>10811 South 865 East<br>Sandy, UT  84094 |
| International Brotherhood of Electrical Workers, Local 518<br>Attn:  Ron Chesley, Business Manager<br>P.O. Box 88<br>Globe, AZ  85502 | International Brotherhood of Electrical Workers, Local 518<br>Attn:  Harold Eaton, Unit Chairman<br>P.O. Box 478<br>Globe, AZ  85237 | International Brotherhood of Electrical Workers, Local 518<br>Attn:  Harold Eaton, President<br>P.O. Box 88<br>Globe, AZ  85502 |
| International Brotherhood of Electrical Workers, Local 570<br>Attn:  Donald T. Berry, President<br>750 South Tucson Boulevard<br>Tucson, AZ  85716 | International Brotherhood of Electrical Workers, Local 570<br>Attn:  Bill Turner, Business Agent<br>750 South Tucson Boulevard<br>Tucson, AZ  85716 | International Brotherhood of Electrical Workers, Local Union #583<br>6967 Commerce<br>El Paso, TX  79915 |
| International Brotherhood of Electrical Workers, Local Union #602<br>Attn:  Mr. Terry Schardein, President<br>P.O. Box 143<br>Amarillo, TX  79105 | International Brotherhood of Electrical Workers, Local Union #602<br>Attn:  Mr. Jody Maples, Business Manager<br>P.O. Box 143<br>Amarillo, TX  79105 | International Brotherhood of Teamsters, Local 104<br>Attn:  Rodney D. Wilson, Business Rep.<br>1450 South 27th Avenue<br>Phoenix, AZ  85009 |
| International Union of Operating Engineers, Local 428<br>6601 North Black Canyon Highway<br>Phoenix, AZ  85015-1027 | International Union of Operating Engineers, Local 428<br>Attn:  Henry Montano<br>1949 East Eastland Street<br>Tucson, AZ  85719-6933 | Millwrights Local 1914<br>Attn:  Al Aguirre, Local Representative<br>P.O. Box 757<br>Hayden, AZ  85235 |
| Millwrights Local 1914<br>Attn:  Al Aguirre<br>P.O. Box 575<br>Hayden, AZ  85235 | Millwrights, Local 1914<br>Attn:  Wylie E. Miller, Business Agent<br>1841 North 24th Street, Room 3<br>Phoenix, AZ  85008 | Millwrights Local 1914<br>Attn:  Jim Kelley, Business Agent<br>4547 W. McDowell Rd.<br>Phoenix, AZ  85035 |
| United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 741<br>Attn:  Ray Carter, Business Manager<br>2475 East Water Street<br>Tucson, AZ  85719 | United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 741<br>Attn:  Rob Deopke<br>P.O. Box 508<br>Hayden, AZ  85235 | United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 741<br>Attn:  Bernie Ramirez, Union Representative<br>9161 Creeks Lane<br>Winkelman, AZ  85292 |
| United Steelworkers of America, Local 886<br>Attn:  Tony Meza, President<br>P.O. Box 366<br>Kearny, AZ  85237-0366 | United Steelworkers of America Local 937<br>Attn:  Bill Hogan, President<br>14768 East Colossal Road<br>Vail, AZ  85641 | United Steel Workers of America, Local 5613<br>4230 State Highway 136<br>Amarillo, TX  79107 |
| United Steelworkers of America<br>Attn:  Manny Armenta<br>Sub-District 8 Director<br>2123 East Grant Road<br>Tucson, AZ  85719 | United Steel Workers of America, Local 886-02<br>Attn:  Robert Sandoval, Unit President<br>P.O. Drawer D<br>Hayden, AZ  85235 | United Steelworkers of America, Local 915<br>Attn:  Joey Martinez, President<br>P.O. Box 550<br>Kearny, AZ  85237 |
| United Steelworkers of America, Local 5252<br>Attn:  Robert G. Manriquez, President/Safety<br>P.O. Box 896<br>Bidegain Acres<br>Kearny, AZ  85237 | United Steelworkers of America, District 12<br>Attn:  Mr. Terry L. Bonds, Director<br>3150 Carlisle Blvd., NE, Suite 212<br>Albuquerque, NM  87110 | |

DAL02:437312.1