IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 05-21207 |
| ASARCO LLC, *et al.*, | § § | Chapter 11 |
| Debtors. | § § § | (Jointly Administered) |

**OFFICIAL LIMITED SERVICE LIST EFFECTIVE AUGUST 17, 2005**

| DEBTORS AND DEBTORS' COUNSEL |||
|---|---|---|
| ASARCO LLC<br>1150 North Seventh Avenue<br>Tucson, AZ  85705 | CAPCO Pipe Company, Inc.<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 | Cement Asbestos Products Company<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 |
| Lac d'Amiante du Québec Ltée<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 | Lake Asbestos of Quebec, Ltd.<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 | LAQ Canada, Ltd.<br>1150 North Seventh Avenue<br>Tucson, Arizona 85705 |
| Shelby A. Jordan<br>Nathaniel Peter Holzer<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>Suite 900, Bank of America<br>500 North Shoreline Blvd.<br>Corpus Christi, Texas  78471<br>Fax: (361) 888-5555<br>Email: sjordan@jhwclaw.com<br>      pholzer@jhwclaw.com | Jack L. Kinzie<br>James R. Prince<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Fax: (214) 953-6503<br>Email:  jack.kinzie@bakerbotts.com<br>       jim.prince@bakerbotts.com | Douglas E. McAllister<br>Karen Paul<br>ASARCO, LLC<br>8222 S. 48th Street<br>Phoenix, Arizona  85044<br>Fax:  (602) 977-6714<br>Email:   dmcallister@asarco.com<br>         kpaul@asarco.com |
| **OFFICE OF THE UNITED STATES TRUSTEE** |||
| Barbara C. Jue<br>Office of the United States Trustee<br>Southern District of Texas<br>Corpus Christi Office<br>606 North Carancahua St., Suite 1107<br>Corpus Christi, Texas  78476<br>Fax: (361) 888-3263 | | |
| **GOVERNMENTAL AUTHORITIES** |||
| Attorney General<br>Office of the Attorney General<br>Main Justice Building, Room 5111<br>10th and Constitution Ave., N.W.<br>Washington, D.C.  20530 | Attorney General<br>State of Texas<br>Office of the Attorney General<br>2820 S Padre Island Dr<br>Corpus Christi, TX  78401 | United States Attorney's Office<br>One Shoreline Plaza<br>800 N. Shoreline Blvd., Suite 500<br>Corpus Christi, TX 78401 |

| | | |
|---|---|---|
| Hal F. Morris<br>Edith Stuart Phillips<br>Ashley F. Bartram<br>Assistant Attorneys General<br>Office of the Texas Attorney General<br>William C. Clements State Office Building<br>Bankruptcy & Collection Division<br>300 West 15th Street, 8th Floor<br>P.O. Box 12548   MC 008<br>Austin, Texas   78711-2548<br>Tel: 512/475-4550<br>Fax: 512/463-2173<br>Email: hal.morris@oag.state.tx.us<br>Attorneys for Texas Commission on Environmental Quality | U. S. Securities and Exchange Commission<br>Attn: Bankruptcy Section<br>500 W. Madison, Suite 1400<br>Chicago, IL  60661 | David L. Dain<br>Department of Justice<br>Environmental and Natural Resources Division<br>Environmental Enforcement Section<br>PO Box 7611<br>Washington, D.C. 20044-7611 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Stop #5026AUS<br>300 E. 8th Street<br>Austin, TX   78701 | Comptroller of Public Accounts<br>State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX   78711 |
| United States Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | US EPA Region 2<br>290 Broadway<br>New York, NY 10007 | US EPA Region 4<br>Sam Nunn Atlanta Federal Center<br>61 Forsyth Street, SW<br>Atlanta, GA 30303-3104 |
| US EPA Region 5<br>77 W. Jackson Blvd.<br>Chicago, IL 60604 | US EPA Region 6<br>1445 Ross Avenue<br>Suite 1200<br>Dallas, Texas 75202 | US EPA Region 7<br>Office of External Programs<br>901 N. 5th Street<br>Kansas City, KS 66101 |
| EPA Region 8 Office<br>999-18th St. Suite 300<br>Denver, CO 80202-2466 | U. S. EPA Region 9<br>75 Hawthorne Street<br>San Francisco, CA, 94105 | U.S. EPA, Region 10<br>1200 Sixth Avenue<br>Seattle, WA 98101 |
| David A. Kelly<br>National Labor Relations Board<br>Region 28<br>2600 N. Central Avenue, Suite 1800<br>Phoenix, AZ   85004<br>Tel: 602/640-2134<br>Fax: 602/640-2178<br>Email: David.Kelly@nlrb.gov | | |
| **20 LARGEST CREDITORS OF ASARCO LLC** | | |
| Deutsche Bank Trust Company Americas<br>Trust Securities Services<br>Indenture Trustee<br>60 Wall Street<br>NYC 60-2715<br>New York, NY  10005 | Wilmington Trust Company<br>Indenture Trustee<br>Attn:  Joseph W. Callaway, Jr.<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001 | Wells Fargo Bank Minnesota NA<br>Corporate Trust Services<br>608 Second Avenue South<br>Minneapolis, MN  55479 |
| St. Paul Travelers<br>One Square 4PB<br>Hartford, CT   06183 | Mitsui and Co. (U.S.A.), Inc.<br>New York Headquarters<br>Met Life Bldg.<br>200 Park Avenue<br>New York, N.Y. 10166-0130 | Montana Resources Incorporated<br>P.O. Box 16630<br>Missoula, MT 59808 |
| American Home Assurance Co. (AIG)<br>175 Water St.<br>26th Floor<br>New York, NY   10038 | CAN Surety<br>333 S. Wabash-135<br>Chicago, IL   60685 | Wachovia<br>301 South College Street<br>18th Floor<br>Charlotte, NC 28202 |

| | | |
|---|---|---|
| Chevron Natural Gas<br>P.O. Box 730116<br>Dallas, TX 75373-0116 | Sidley Austin Brown & Wood LLP<br>Richard W. Havel<br>855 West 5th Street, 40th Floor<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: rhavel@sidley.com | Road Machinery<br>716 S. Seventh Street<br>Phoenix, AZ 85034 |
| Komatsu Financial<br>719 S. Seventh Street<br>Phoenix, AZ 85034 | AT&T<br>US Bank, One Federal Street<br>Boston, MA 02110 | P&H Mine Pro Services<br>3200 Paysphere Circle<br>Chicago, IL 60674-3200 |
| Williams Detroit Diesel<br>1375 West Glenn Street<br>Tucson, AZ 85705-4029 | Department of Justice<br>Environmental and Natural Resources Division<br>PO Box 7611<br>Washington, D.C. 20044-7611 | State of Washington<br>Washington State Department of Ecology<br>P.O. Box 47600<br>Olympia, WA 98504-7600 |
| State of Texas<br>Texas Commission on Environmental Quality<br>Paul C. Sarahan<br>MC 175<br>P.O. Box 13087<br>Austin, TX 78711-3087 | State of Arizona<br>Arizona Department of Environmental Quality<br>Phoenix Main Office<br>1110 W. Washington St.<br>Phoenix, AZ 85007 | P&H Mine Pro Services<br>112 West Iron Avenue<br>Mesa, AZ 85211 |
| **ASARCO LLC LIEN HOLDERS** | | |
| Air Liquide America Corporation<br>801 NW Carrier Parkway<br>Grand Prairie, TX 75050 | Air Liquide America, L.P.<br>801 NW Carrier Parkway<br>Grand Prairie, TX 75050 | Alan Gray Incorporated<br>88 Broad Street<br>Boston, MA 02110 |
| Allfirst Bank<br>25 S. Charles St.<br>Baltimore, MD 21201 | American Express Business Finance<br>800 Travis Street, Suite 1300<br>Houston, TX 77002 | Americas Sales Corporation<br>2575 East Camelback Rd., Suite 500<br>Phoenix, AZ 85016-4240 |
| BNY Capital Resources Corporation<br>8400 E. Prentice Ave., Suite 240<br>Greenwood Village, CO 80111 | Donald Branin and Linda Branin, et al<br>c/o Steptoe & Johnson LLP<br>Collier Center<br>201 East Washington Street<br>Suite 1600<br>Phoenix, AZ 85004-2382 | CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039 |
| CitiCapital Commercial Corporation<br>P.O. Box 2340<br>Newport Beach, CA 92658 | Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774 | Concord Commercial<br>Div. of HSBC Business Loans, Inc.<br>2010 Main Street, Suite 500<br>Irvine, CA 92614 |
| The Connecticut Bank and Trust Company<br>National Association<br>58 State House Square<br>Hartford, CT 06103 | Copper Basin Railway, Inc.<br>c/o Mariscal, Weeks, McIntyre & Friedlander, P.A.<br>2901 North Central Ave., Suite 200<br>Phoenix, AZ 85012-2705 | Credit Suisse First Boston<br>5 Cabot Square<br>London, England E14 4QR |
| Deutsche Bank Trust Company Americas<br>60 Wall Street<br>New York, NY 10005 | Deutsche Bank<br>31 West 52nd Street<br>New York, NY 10019 | Dresdner Bank<br>Riverbank House<br>2 Swan Lane<br>London, England |
| Dresdner Bank<br>75 Wall Street<br>New York, NY 10005 | Empire Southwest, LLC<br>P.O. Box 2985<br>Phoenix, AZ 85062 | Empire Southwest, LLC<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 |
| Financial Federal Credit Inc.<br>7 Corporate Park, Suite 240<br>Irvine, CA 92612 | First Union Commercial Corporation<br>One Wachovia Center, 18th Floor<br>Charlotte, NC 28288 | First Union Commercial Corporation<br>7 St. Paul Street, 3rd Floor<br>Baltimore, MD 21202 |
| Fleet Capital Corporation<br>One Financial Plaza<br>Providence, RI 02903 | Fleet Capital Corporation<br>50 Kennedy Plaza, 5th Floor<br>Providence, RI 02903 | Gerald Metals, Inc.<br>6 High Ridge Park<br>Stamford, CT 06905 |

| | | |
|---|---|---|
| The Industrial Development Authority of the County of Gila, Arizona<br>c/o Gila County Courthouse<br>1400 E. Ash Street<br>Globe, AZ   85501 | Komatsu Financial Limited Partnership<br>1333 Butterfield Road, Suite 600<br>Downers Grove, IL   60515 | Garry Miller and Dianna Miller<br>c/o Mundy & Singley LLP<br>816 Congress Avenue, Suite 1230<br>Austin, TX   78701 |
| M&T Credit Services, LLC<br>25 South Charles Street<br>Baltimore, MD   21202 | Minera Mexico Internacional, Inc.<br>2575 E. Camelback Road, Suite 500<br>Phoenix, AZ   85016 | Mitsubishi International Corporation<br>NEM/Copper<br>655 Third Avenue<br>New York, NY   10017 |
| Mitsui & Co. (U.S.A.), Inc.<br>200 Park Avenue<br>New York, NY   10166 | Mitsui & Co. Metals (U.S.A.), Inc.<br>200 Park Avenue<br>New York, NY   10166 | National Indemnity Company<br>4016 Farnam<br>Omaha, NE   68131 |
| Pechiney World Trade (U.S.A.), Inc.<br>Stamford Harbor Park<br>333 Ludlow Street<br>Stamford, CT   06902 | Pitney Bowes Credit Corporation<br>201 Merritt Seven<br>Norwalk, NY   10038 | Road Machinery Co.<br>716 South 7th Street<br>Phoenix, AZ   85705 |
| Salt River Project Agricultural Improvement and Power District<br>Mail Station PAB-215<br>P.O. Box 52025<br>Phoenix, AZ   85072 | Sempra Metals & Concentrates Corp.<br>58 Commerce Road<br>Stamford, CT   06902 | Societe Generale<br>1221 Avenue of the Americas<br>New York, NY   10020 |
| Sun Microsystems Finance<br>1400 Computer Drive<br>Westborough, MA   01581 | Trafigura AG<br>One Stamford Plaza<br>263 Tresser Boulevard<br>Stamford, CT   06901 | United States of America<br>c/o U.S. Dept. of Justice<br>Environmental & Natural Resources Div./Environmental Enforcement Sec.<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C.   20044 |
| Vancouver Wharves Limited Partnership<br>1995 West First Street<br>North Vancouver, BC V7P1A8, 0809<br>Canada | | |
| **30 LARGEST CREDITORS OF SUBSIDIARY DEBTORS**<br>**Case No. 05-20521, Southern District of Texas, Corpus Christi  Division** | | |
| Karl Asch, Esq.<br>150 Tices Lane<br>East Brunswick, NJ   08816 | Baron & Budd, P.C.<br>Russell Budd / Alan B. Rich<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Fax:  (214) 520-1181<br>Email:  arich@baronbudd.com | Bevan & Associates, L.P.A., Inc.<br>Tom Bevan<br>10360 Northfield Road<br>Northfield, OH 44067<br>Fax:  (330) 467-4493<br>Email:  bevantc@aol.com |
| Brayton Purcell LLP<br>Alan R. Brayton<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA  94948<br>Tel:  (415) 898-1555<br>Fax:  (415) 898-1247<br>Email:  abrayton@braytonlaw.com<br>            bankruptcy@braytonlaw.com | Brent Coon & Associates<br>Brent Coon<br>917 Franklin Suite 100<br>Houston, TX 77002<br>Fax:  (713) 227-2018<br>Email:  brent@bcoonlaw.com | Brookman Rosenberg Brown & Sandler<br>17th Floor, One Penn Square West<br>30 South Fifteenth Street<br>Philadelphia, PA 19102<br>Fax:  (215) 569-2222<br>Email:  lbrown@brbs.com |
| Cooney & Conway<br>John Cooney<br>120 N. LaSalle, 30th Floor<br>Chicago, IL 60602<br>Fax:  (312) 236-3029<br>Email:  jcooney@cooneyconway.com | Early Ludwick & Sweeney, LLC<br>One Century Tower<br>265 Church St., 11th Floor<br>P.O. Box 1866<br>New Haven, CT  06508-1866<br>Fax:  (203) 785-1671<br>Email:  jfe@elslaw.com | Environmental Attorneys Group, P.C.<br>Martin K. Berks<br>2145 14th Avenue South, Suite 100<br>Birmingham, AL   35205<br>Tel:  (205) 326-1000<br>Fax:  (205) 326-1007<br>Email: MBerks@eaglawyers.com |

| | | |
|---|---|---|
| Foster & Sear, LLP<br>Scott W. Wert<br>524 E. Lamar Blvd., Suite 200<br>Arlington, TX 76011<br>Tel: (817) 633-3305<br>Fax: (817) 633-5507<br>Email: swert@fostersear.com | Garruto, Galex & Cantor<br>c/o Tortoreti Tomes & Callahan PC<br>150 Tices Lane<br>East Brunswick, NJ 08816-2089<br>Fax: (732) 257-9012<br>Email: ftomes@gttlawyers.com | Gavin & Gavin PC<br>22 Beech Lane<br>Edison, NJ 08820 |
| Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102<br>Fax: (215) 985-2960<br>Email: | Hamburg, Rubin, Mullin, Maxwell & Lupin<br>E. Rubin<br>375 Morris Road<br>P.O. Box 1479<br>Lansdale, PA 19446-0773<br>Fax: (215) 661-0315<br>Email: lawyers@hrmml.com<br>Refuses service via email | Jacobs & Crumplar, P.A.<br>Robert Jacobs<br>2 East 7th St<br>P.O. Box 1271<br>Wilmington, DE 19899<br>Fax: (302) 656-5875<br>Email: smaurer@dca.net |
| James F. Humphreys & Associates LC<br>David Cecil<br>United Center, Suite 800,<br>500 Virginia Street, East<br>Charleston, WV 25301<br>Fax: (304) 347-5055<br>Email: law@jfhumphreys.com | John Arthur Eaves Law Firm<br>101 North State St.<br>Jackson, MS 39201-2811<br>Fax: (601) 355-0530<br>Email: johnjr@eaveslaw.com | Kazan, McClain, Abrams, Fernandez, Lyones & Farrise, PLC<br>Steven Kazan<br>171 Twelfth, Suite 300<br>Oakland, CA 94607<br>Fax: (510) 835-4913<br>Email: skazan@kazanlaw.com |
| Law Offices of Peter G. Angelos (Baltimore)<br>One Charles Center, 22nd Floor,<br>100 North Charles Street<br>Baltimore, MD 21201<br>Fax: (410) 659-1780<br>Email: grusselljr@lawpga.com | Lynch Martin<br>1368 How Lane<br>North Brunswick, NJ 08902<br>Fax: (732) 545-4780<br>Email: info@lynchmartin.com | McCurdy & McCurdy, LLP<br>524 E. Lamar Blvd., Suite 250<br>Arlington, TX 76011<br>Fax: (817) 649-5008<br>Email: |
| Morris Eisen & Perry Weitz PC<br>c/o Weitz & Luxenberg, P.C.<br>Perry Weitz<br>180 Maiden Lane<br>New York, NY 10038<br>Fax: (212) 344-5461<br>Email: clientrelations@weitzlux.com | Paul Hanley & Harley LLP<br>c/o Hanley & Harley LLP<br>Paul Hanley<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710<br>Fax: (510) 559-9970<br>Email: NorCal@phhlaw.com | Pitkow & Witt<br>Hal Pitkow<br>138 N. State Street<br>Newtown, PA 18940<br>Fax: (215) 860-0908<br>Email: pitkow@aol.com |
| Reaud, Morgan & Quinn, Inc.<br>Glen Morgan<br>801 Laurel<br>Beaumont, TX 77704<br>Fax: (409) 833-8236<br>Email: cporter@rmqlawfirm.com<br><br>Refuses service via email | Robert E. Sweeney Co., L.P.A.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>Fax: (216) 696-0606<br>Email: | Shein Paul Reich & Meyers PC<br>Shein Law Center<br>121 South Broad Street, 21st Floor<br>Philadelphia, PA 19107<br>Fax: (215) 732-3630<br>Email: bshein@sheinlaw.com |
| Simmons Law Firm, L.L.C.<br>c/o Simmons Cooper, L.L.C.<br>Robert W. Phillips<br>707 Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>Fax: (618) 259-2251<br>Email: info@simmonscooper.com<br>rphillips@simmonscooper.com | Waters & Kraus, LLP<br>Peter Kraus / Charles S. Siegel<br>3219 McKinney Ave., Suite 3000<br>Dallas, TX 75204<br>Tel: (214) 357-6244<br>Fax: (214) 871-2263<br>Email: kraus@awpk.com<br>waters@awpk.com | Wilentz Goldman & Spitzer, P.C.<br>90 Woodbridge Center Drive<br>Suite 300, Box 10<br>Woodbridge, NJ 07095<br>Fax: (732) 855-6117<br>Email: wilenw@wilentz.com |

| FUTURE CLAIMS REPRESENTATIVE | | |
|---|---|---|
| Robert C. Pate<br>802 American Bank Plaza<br>Corpus Christi, TX 78475<br>Fax: (361) 887-6207<br>Email: judgepate@swbell.net<br>Future Claims Representative | Oppenheimer Blend Harrison & Tate<br>John H. Tate, II<br>711 Navarro, Sixth Floor<br>San Antonio, TX 78205<br>Fax: (210) 224-7540<br>Email: jtate@obht.com<br>dinnocenti@obht.com<br>Counsel to Future Claims Representative | |

| OTHER INTERESTED PARTIES APPEARING ON THE OFFICIAL SERVICE LIST DATED JULY 1, 2005<br>Case No. 05-20521, Southern District of Texas, Corpus Christi Division | | |
|---|---|---|
| Bogdan Law Firm<br>Eric Bogdan<br>8866 Gulf Freeway, Suite 515<br>Houston, TX 77017<br>Fax: (713) 378-9379<br>Email: bogdanlaw@aol.com | Bradley Arant Rose & White LLP<br>Jay R. Bender<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104<br>Tel: (205) 521-8000<br>Fax: (205) 521-8800<br>Email: jbender@bradleyarant.com | The Calwell Practice, PLLC<br>Stuart Calwell<br>500 Randolph Street<br>Charleston, WV 25302-2019<br>Fax: (304) 344-3684<br>Email: stuartcalwell@thecalwellpractice.com |
| Campbell, Cherry, Harrison, Davis & Dove, P.C. (Jackson)<br>Stephen Harrison<br>3003 Lakeland Cove Dr., Suite F<br>Jackson, MS 39232<br>Fax: (601) 420-9292<br>Email: campbell@TheTrialLawyers.com | Campbell, Cherry, Harrison, Davis & Dove, PC (Waco)<br>Stephen Harrison<br>P.O. Drawer 21387<br>Waco, TX 76702-1387<br>Fax: (254) 761-3300<br>Email: campbell@TheTrialLawyers.com | Goldberg Persky & White, PC<br>T. Goldberg/M. Meyer/J. Bedortha<br>1030 Fifth Avenue, Third Floor<br>Pittsburgh, PA 15219-6295<br>Tel: (412) 471-3980<br>Fax: (412) 471-8308<br>Email: tgoldberg@gpwlaw.com |
| Goldenberg Miller Heller & Antognoli, PC<br>Randy L. Gori<br>2227 South State Route 157<br>PO Box 959<br>Edwardsville, IL 62025<br>Tel: (618) 656-5150<br>Fax: (618) 656-6230<br>Email: randy@gmhalaw.com<br>info@gmhalaw.com | Heard, Robins, Cloud, Lubel & Greenwood, LLP<br>Ian Cloud<br>500 Dallas, Suite 3100<br>Houston, TX 77002<br>Fax: (713) 650-1400<br>Email: icloud@rcgl-law.com | Hissey, Kientz, & Herron, P.L.L.C.<br>Robert Kientz<br>16800 Imperial Valley Dr., Suite 130<br>Houston, TX 77060<br>Fax: (713) 224-7671<br>Email: hkh@hkhlaw.com |
| Jenkens & Gilchrist, P.C.<br>Scott Matney<br>1401 McKinney, Suite 2700<br>Houston, TX 77010-5215<br>Fax:<br>Email: | Kaeske Law Firm<br>Mike Kaeske<br>6301 Gaston Ave., Ste. 735<br>Dallas, TX 75214<br>Fax: (214) 821-0977<br>Email: | Kelley & Ferraro, LLP<br>Mike Kelley/James Ferraro/T.M. Wilson<br>1901 Penton Media Building<br>1300 East Ninth Street, Suite 1901<br>Cleveland, OH 44114<br>Tel: (216) 575-0777<br>Fax: (216) 575-0799<br>Email: K&F@kelley-ferraro.com |
| Law Offices of Robert A. Pritchard<br>Robert A. Pritchard<br>934 Jackson Ave.<br>P.O. Box 1500<br>Ocean Springs, MS 39566<br>Fax: (228) 769-5879<br>Email: rap@pritchardlawfirm.com | McCarter & English LLP<br>Paul A. Bradley<br>919 North Market Street, Suite 1800<br>Wilmington, DE 19899<br>Tel: (302) 984-6300<br>Fax: (302) 984-6399<br>Email: | Nix, Patterson & Roach, L.L.P.<br>Nelson Roach<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Fax: (903) 645-5389<br>Email: ccp@nixlawfirm.com |
| Pate & Peters PC<br>56-58 S. Conception Street<br>P.O. Drawer 1308<br>Mobile, AL 36633<br>Fax:<br>Email: | Provost Umphrey, L.L.P.<br>Bryan Blevins<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704<br>Fax: (409) 838-8888<br>Email: bblevins@provostumphrey.com | Quilling Selander Cummiskey & Lownds PC<br>Kenneth A. Hill<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>Tel: (214) 871-2100<br>Fax: (214) 871-2111<br>Email: |

| | | |
|---|---|---|
| Ryan A. Foster & Associates<br>Ryan Foster<br>440 Lousiana, Suite 2100<br>Houston, TX 77002<br>Fax: (713) 236-0566<br>Email: ryanf@rfosterlaw.com | Silber Pearlman, LLP<br>Steve Baron<br>2711 N. Haskell Ave., 5th Floor, LB-32<br>Cityplace Center East, 5th Floor<br>Dallas, TX 75204-2911<br>Fax: (214) 824-8100<br>Email: jeffo@splaw.com | Stutzman Bromberg Esserman & Plifka. PC<br>Sander L. Esserman<br>Jacob L. Newton<br>2323 Bryan, Suite 2200<br>Dallas, TX 75201-2689<br>Tel: (214) 969-4900<br>Fax: (214) 969-4999<br>Email: esserman @stutzman-bromberg.com<br>Counsel to Official Committee |
| Williams•Bailey Law Firm, L.L.P.<br>Steve Kherker<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Fax: (713) 643-6226<br>Email: skherker@williamsbailey.com | | |

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>Case No. 05-20521, Southern District of Texas, Corpus Christi Division |||
|---|---|---|
| Baron & Budd, P.C.<br>Russell Budd / Alan B. Rich<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Tel: (214) 521-3605<br>Fax: (214) 520-1181<br>Email: arich@baronbudd.com | Bevan & Associates, L.P.A., Inc.<br>Tom Bevan<br>10360 Northfield Road<br>Northfield, OH 44067<br>Fax: (330) 467-4493<br>Email: bevantc@aol.com | Bogdan Law Firm<br>Eric Bogdan<br>8866 Gulf Freeway, Suite 515<br>Houston, TX 77017<br>Fax: (713) 378-9379<br>Email: bogdanlaw@aol.com |
| Brayton Purcell LLP<br>Alan R. Brayton<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948<br>Fax: (415) 898-1247<br>Email: abrayton@braytonlaw.com<br>bankruptcy@braytonlaw.com | Brent Coon & Associates<br>Brent Coon<br>917 Franklin Suite 100<br>Houston, TX 77002<br>Fax: (713) 227-2018<br>Email: brent@bcoonlaw.com | Kazan, McClain, Abrams, Fernandez, Lyones & Farrise, PLC<br>Steven Kazan<br>171 Twelfth, Suite 300<br>Oakland, CA 94607<br>Fax: (510) 835-4913<br>Email: skazan@kazanlaw.com |
| Kelley & Ferraro, LLP<br>Mike Kelley/James Ferraro/T.M. Wilson<br>1901 Penton Media Building<br>1300 East Ninth Street, Suite 1901<br>Cleveland, OH 44114<br>Fax: (216) 575-0799<br>Email: K&F@kelley-ferraro.com | Provost Umphrey, L.L.P.<br>Bryan Blevins<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704<br>Fax: (409) 838-8888<br>Email: bblevins@provostumphrey.com | Ryan A. Foster & Associates<br>Ryan Foster<br>440 Lousiana, Suite 2100<br>Houston, TX 77002<br>Fax: (713) 236-0566<br>Email: ryanf@rfosterlaw.com |
| Simmons Cooper, L.L.C.<br>Robert W. Phillips<br>707 Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>Tel: (618) 259-2222<br>Fax: (618) 259-2251<br>Email: info@simmonscooper.com<br>rphillips@simmonscooper.com | Stutzman & Bromberg<br>Sander L. Esserman<br>2323 Bryan, Suite 2200<br>Dallas, TX 75201<br>Fax: (214) 969-4999<br>Em<br><br>Email: esserman @stutzman-bromberg.com<br>Counsel to Official Committee | Williams•Bailey Law Firm, L.L.P.<br>Steve Kherker<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Fax: (713) 643-6226<br>Email: skherker@williamsbailey.com |

| NOTICE OF APPEARANCE | | |
|---|---|---|
| Angelo, Gordon & Co.<br>Leigh Walzer<br>245 Park Avenue, 26th Floor<br>New York, NY 10167-0094<br>Tel: (212) 692-8251<br>Fax: (212) 867-6395<br>Email: lwalzer@angelogordon.com | Baron & Budd, P.C.<br>Russell Budd / Alan B. Rich<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Tel: (214) 521-3605<br>Fax: (214) 520-1181<br>Email: arich@baronbudd.com | Bradley Arant Rose & White LLP<br>Jay R. Bender<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104<br>Tel: (205) 521-8000<br>Fax: (205) 521-8800<br>Email: jbender@bradleyarant.com |
| Brayton Purcell LLP<br>Alan R. Brayton<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948<br>Tel: (415) 898-1555<br>Fax: (415) 898-1247<br>Email: abrayton@braytonlaw.com<br>bankruptcy@braytonlaw.com | Carrington, Coleman, Sloman & Blumenthal, L.L.P.<br>Stephen A. Goodwin<br>200 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 855-3000<br>Fax: (214) 855-1333<br>Email: sgoodwin@ccsb.com | Cohen, Weiss & Simon<br>Bruce H. Simon<br>Robin H. Gise<br>330 West 42nd Street<br>New York, NY 10036<br>Tel: (212) 563-4100<br>Fax: (212) 695-5436<br>Email: bsimon@cwsny.com<br>rgise@cwsny.com |
| Curtis Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>Jerrol L. Bregman<br>J. David Leamon<br>101 Park Avenue<br>New York, NY 10178-0061<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br>Email: sreisman@cm-p.com<br>jbregman@cm-p.com<br>dleamon@cm-p.com | The Doe Run Company<br>Attn: Mark E. Young, Credit Manager<br>1801 Park 270 Drive, Suite 300<br>St. Louis, MO 63146<br>Tel: (314) 453-7138<br>Fax: (314) 453-7178<br>Email: | Empire Southwest LLC<br>Christopher W. Zaharis<br>1725 South Country Club Drive<br>Mesa, AZ 85211-1059<br>Tel: (480) 633-4252<br>Fax: (480) 633-4782<br>Email: czaharis@empire-cat.com |
| Environmental Attorneys Group, P.C.<br>Martin K. Berks<br>2145 14th Avenue South, Suite 100<br>Birmingham, AL 35205<br>Tel: (205) 326-1000<br>Fax: (205) 326-1007<br>Email: MBerks@eaglawyers.com | Patrick M. Flynn<br>1330 Post Oak Blvd., Suite 2995<br>Houston, TX 77056-3041<br>Tel: (713) 861-6163<br>Fax: (713) 292-9114<br>Email: pmflaw@evl.net | Foster & Sear, LLP<br>Scott W. Wert<br>524 E. Lamar Blvd., Suite 200<br>Arlington, TX 76011<br>Tel: (817) 633-3305<br>Fax: (817) 633-5507<br>Email: swert@fostersear.com |
| Gardner Carton & Douglas LLP<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>191 North Wacker Drive, Suite 3700<br>Chicago, IL 60606-1698<br>Tel: (312) 569-1204 or 569-1203<br>Fax: (312) 569-3204 or 569-3203<br>Email: hkaplan@gcd.com<br>mhebbeln@gcd.com | Gardner Carton & Douglas LLP<br>Susan Barnes de Resendiz<br>10815 Oak Hollow Street<br>Houston, TX 77024-3017<br>Tel: (713) 984-9234<br>Fax: (713) 984-1440<br>Email: sderesendiz@gcd.com | Goldberg Persky & White, PC<br>T. Goldberg/M. Meyer/J. Bedortha<br>1030 Fifth Avenue, Third Floor<br>Pittsburgh, PA 15219-6295<br>Tel: (412) 471-3980<br>Fax: (412) 471-8308<br>Email: tgoldberg@gpwlaw.com |
| Goldenberg Miller Heller & Antognoli, PC<br>Randy L. Gori<br>2227 South State Route 157<br>PO Box 959<br>Edwardsville, IL 62025<br>Tel: (618) 656-5150<br>Fax: (618) 656-6230<br>Email: randy@gmhalaw.com<br>info@gmhalaw.com | Kelley & Ferraro, LLP<br>Mike Kelley/James Ferraro/T.M. Wilson<br>1901 Penton Media Building<br>1300 East Ninth Street, Suite 1901<br>Cleveland, OH 44114<br>Tel: (216) 575-0777<br>Fax: (216) 575-0799<br>Email: K&F@kelley-ferraro.com | Konigsberg Law Office PLLC<br>Neil J. Konigsberg<br>2205 E. Speedway<br>Tucson, AZ 85719-4728<br>Tel: (520) 321-0424<br>Fax: (520) 232-5437<br>Email: neil@konigsberglaw.com |

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson LLP<br>David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>Tel: (210) 225-4422<br>Fax: (210) 225-6410<br>Email: sanantonio.bankruptcy@publicans.com | Mitsui & Company (U.S.A.), Inc.<br>Jose Luis Guerra<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 878-4047<br>Fax: (212) 878-0941<br>Email: j.guerra@mitsui.com | Office of the Texas Attorney General<br>Bankruptcy & Collection Division<br>Hal F. Morris<br>Edith Stuart Phillips<br>Ashley F. Bartram<br>Assistant Attorneys General<br>William C. Clements State Office Building<br>300 West 15th Street, 8th Floor<br>P.O. Box 12548   MC 008<br>Austin, Texas 78711-2548<br>Tel: 512/475-4550<br>Fax: 512/463-2173<br>Email: hal.morris@oag.state.tx.us<br>Attorneys for Texas Commission on Environmental Quality |
| Perkins Coie Brown & Bain P.A.<br>Richard M. Lorenzen<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788<br>Tel: (602) 351-8405<br>Fax: (602) 648-7077<br>Email: rlorenzen@perkinscoie.com | Pryor Cashman Sherman & Flynn LLP<br>Tina Niehold Moss<br>410 Park Avenue<br>New York, NY 10022-4441<br>Tel: (212) 421-4100 | Riddell Williams P.S.<br>Bruce J. Borrus<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>Tel: (206) 624-3600<br>Fax: (206) 389-1708<br>Email: bborrus@riddellwilliams.com |
| Simmons Cooper, L.L.C.<br>Robert W. Phillips<br>707 Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>Tel: (618) 259-2222<br>Fax: (618) 259-2251<br>Email: info@simmonscooper.com<br>rphillips@simmonscooper.com | Snell & Wilmer L.L.P.<br>Donald L. Gaffney/Peter J. Rathwell<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>Tel: (602) 382-6000<br>Fax: (602) 382-6070<br>Email: dgaffney@swlaw.com<br>         prathwell@swlaw.com | Stutzman Bromberg Esserman & Plifka. PC<br>Sander L. Esserman<br>Jacob L. Newton<br>2323 Bryan, Suite 2200<br>Dallas, TX 75201-2689<br>Tel: (214) 969-4900<br>Fax: (214) 969-4999<br>Email: esserman @stutzman-bromberg.com<br>Counsel to Official Committee |
| Sullivan & Cromwell<br>Bruce Clark<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588<br>Email: ClarkB@sullcrom.com | Sutherland Asbill & Brennan LLP<br>Mark D. Sherrill<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 383-0100<br>Fax: (202) 637-3593 | Tucson Electric Power Company<br>Patricia Reed Constant<br>800 North Shoreline Blvd.<br>Suite 320 South Tower<br>One Shoreline Plaza<br>Corpus Christi, TX 78401-3733<br>Tel: (361) 887-1044<br>Fax: (361) 887-1043<br>Email: prconstant@swbell.net |
| United Steelworkers<br>David R. Jury, Asst. General Counsel<br>Five Gateway Center, Room 807<br>Pittsburgh, PA 15222<br>Tel: (412) 562-2545<br>Fax: (412) 562-2429<br>Email: djury@steelworkers-usw.org | Waters & Kraus, LLP<br>Peter Kraus / Charles S. Siegel<br>3219 McKinney Ave., Suite 3000<br>Dallas, TX 75204<br>Tel: (214) 357-6244<br>Fax: (214) 871-2263<br>Email: kraus@awpk.com<br>         waters@awpk.com | Wilmington Trust Company<br>Indenture Trustee<br>Attn: Joseph W. Callaway, Jr.<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001 |