```
IN THE UNITED STATES BANKRUPTCY COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
        CORPUS CHRISTI DIVISION
```

```
------------------------------X      Chapter 11
In re:                        :      Case No. 05-21207(RSS)
                              :      Jointly Administered
ASARCO LLC, et al.,           :
                              :
             Debtors.         :
------------------------------X
```

## NOTICE OF APPEARANCE OF
## MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AND
## HAYNES AND BOONE, LLP,
## AS COUNSEL TO AMERICAS MINING CORPORATION
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Americas Mining Corporation ("AMC"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

```
          Charles A. Beckham, Jr.
          Brooks Hamilton
          HAYNES AND BOONE, LLP
          1221 McKinney, Suite 2100
          Houston, TX 77010
          Telephone:   (713) 547-2000
          Facsimile:   (713) 547-2600
          Email: Charles.Beckham@haynesboone.com
                 Brooks.Hamilton@haynesboone.com
          And
```

NY2:#4653607v2

```
           Luc A. Despins, Esq.
           Robert E. Winter, Esq.
           MILBANK, TWEED, HADLEY & McCLOY llp
           1 Chase Manhattan Plaza
           New York, New York 10005
           Telephone:   (212) 530-5000
           Facsimile:   (212) 530-5219
           Email:       ldespins@milbank.com
                        rwinter@milbank.com
```

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of AMC or any other party in interest in these cases, including (a) the debtor and debtor in possession in the above-captioned case (the "Debtor"), (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of

any property, payment or other conduct by AMC or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of AMC (a) to have final orders in non-core matters entered only after de novo review by a District Court judge, (b) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims,

actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:    Houston, Texas
          August 19, 2005

**HAYNES AND BOONE, LLP**

By:    /s/ Brooks Hamilton
       Charles A. Beckham, Jr.
       Texas Bar No. 02016600
       Brooks Hamilton
       Texas Bar No. 24046015
       1221 McKinney, Suite 2100
       Houston, TX 77010
       (713) 547-2000

       - and -

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

       Luc A. Despins (LD 5141)
       Robert E. Winter (RW 9937)
       1 Chase Manhattan Plaza
       New York, New York 10005-1413
       (212) 530-5000

Counsel For Americas Mining Corporation