0UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

### WITNESS AND EXHIBIT LIST
[Relates to Dkt. No. 1902]

ATP Oil & Gas Corporation ("**ATP**" or the "**Debtor**"), submits this witness and exhibit list for all matters scheduled to be heard on **Thursday, June 13, 2013, at 9:30 a.m.** (the "**Hearing**"). The matter scheduled for the Hearing includes, but is not limited to, the following:

1. Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 365(a) Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Related to the Debtor's Gomez Properties and Abandonment of Any Interests Relating Thereto [**Dkt. No. 1902**]

### Witnesses

The Debtor may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Sean Clements;

2. James R. Latimer, III;

3. Albert L. Reese, Jr.;

4. Any witnesses called or designated by any other party; and

5. Any witnesses necessary to rebut the testimony of any witness called or designated by any other parties.

1

**Exhibits**

| Exhibit No. | Dkt. No. | Description | OFF | OBJ | ADM |
|---|---|---|---|---|---|
| 1 | | Timeline of Key Events | | | |
| 2 | | Gomez Memo to DIP Lenders | | | |
| 3 | 1494 | Gomez Shut-In Motion | | | |
| 4 | | *February 26, 2013 e-mail From A. Reese to P. Beck | | | |
| 5 | | *February 26, 2013 e-mail From A. Reese to G. Bourgeois | | | |
| 6 | | *February 26, 2013 e-mail From A. Reese to E. Griffis | | | |
| 7 | | *February 26, 2013 e-mail From A. Reese to P. Heath | | | |
| 8 | | *February 26, 2013 e-mail From A. Reese to C. Ryals | | | |
| 9 | | *February 26, 2013 e-mail From A. Reese to C. Ward | | | |
| 10 | | Transcript of February 28, 2013 Hearing | | | |
| 11 | 1531 | February 28, 2013 Gomez Shut-In Order | | | |
| 12 | | *March 8, 2013 e-mail from K. Godwin to P. Beck | | | |
| 13 | | *March 8, 2013 e-mail from K. Godwin to G. Bourgeois | | | |
| 14 | | *March 8, 2013 e-mail from K. Godwin to J. Pugh | | | |
| 15 | | *March 8, 2013 e-mail from K. Godwin to C. Ryals | | | |
| 16 | | *March 8, 2013 e-mail from K. Godwin to C. Ward | | | |
| 17 | | March 12, 2013 Letter from Gomez Parties | | | |
| 18 | | March 15, 2013 Gomez Presentation | | | |
| 19 | | *March 27 e-mail from L. Phillips to C. Kelley and R. Rios | | | |
| 20 | | March 28, 2013 e-mail from R. Rios to L. Phillips | | | |
| 21 | | Transcript of March 28, 2013 Hearing | | | |
| 22 | | Transcript of March 29, 2013 Hearing | | | |
| 23 | | April 22, 2013 E-mail from John Rodi | | | |
| 24 | 1754 | BSEE April 23, 2013 Shut-In Order | | | |
| 25 | | April 25, 2013 Gomez Presentation | | | |
| 26 | | Sign-in Sheet from April 25, 2013 Meeting | | | |
| 27 | | 6-Month Gomez Cash Flow Forecast (Operating Case) | | | |
| 28 | | 6-Month Gomez Cash Flow Forecast (Shut In Case) | | | |
| 29 | | Summary of May 2013 Gomez Expenses | | | |
| 30 | | May 20, 2013 C. Kelley e-mail to L. Protopapas and C. Moser | | | |
| 31 | | May 31, 2013 J. Latimer letter to L. Herbst | | | |

Items designated with an asterisk (*) are designated as Confidential pursuant to the Stipulated Protective Order [**Dkt. No. 838**].

The Debtor reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

**DATED**:  June 11, 2013

Respectfully submitted,

**MAYER BROWN LLP**

By:   /s/Charles S. Kelley____
Charles S. Kelley
Attorney-in-Charge
State Bar No. 11199580
Southern District of Texas Bar No. 15344
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Telephone:  713 238-3000
Facsimile:   713 238-4888

**ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**