| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

## Motion and Order for
## Admission *Pro Hac Vice*

OCT 3 0 2006

Michael N. Milby, Clerk of Court

| Division | Corpus Christi Division | Action Number | 05-21207 |
|---|---|---|---|
| ASARCO LLC, et al | | | |
| | *versus* | | |
| | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Michael William Melito |
|---|---|
| Firm | Office of the Colorado Attorney General |
| Street | 1525 Sherman St, 6th Floor |
| City & Zip | Denver, CO 80203 |
| State & Bar Number | CO 36059 |
| U.S. District Court | District of Colorado |

Seeks to appear as the attorney for this party:

Colorado School of Mines

Dated: October 25, 2006          Signed: _____

Order: This attorney is admitted *pro hac vice*.

Signed: _____, 200___.          _____
                                                United States District Judge