```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 1


                    ASARCO Incorporated
                    c/o Sander L. Esserman
                    Stutzman, Bromberg, Esserman & Plifka
                    2323 Bryan Street, Suite 2200
                    Dallas, Texas 75201-2689


Date/Slip# Description                                    HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
06/22/06   Peterson  / (01) meetings with committee/counsel      2.0   1400.00
#5102      Conference call with committee; review documents for 700.00
           call
```

```
Date: 07/21/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                  Page 2

              ASARCO


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
06/11/06  Peterson  / (12) data analysis/estimation/reports    1.5  1050.00
  #5101   Review email from Esserman re: estimation issues and  700.00
          related email correspondence; review claims data
-----------------------------------------------------------------------
```

```
Date: 07/21/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                Page 3

            ASARCO

        Summary Of Time Charges, By Month and Activity
                 June 2006 - June 2006

MONTH       ACTIVITY                                HOURS    AMOUNT
-----------------------------------------------------------------
June        - (01) meetings with committee/counsel    2.0   1400.00
June        - (12) data analysis/estimation/reports   1.5   1050.00
June        - (99) Total                               3.5   2450.00

Total       - (01) meetings with committee/counsel    2.0   1400.00
Total       - (12) data analysis/estimation/reports   1.5   1050.00
Total       - (99) Total                               3.5   2450.00

-----------------------------------------------------------------
```

```
Date: 07/21/06          Legal Analysis Systems, Inc.
Time: 8:00am                                              Page 4

             ASARCO

        Summary Of Time Charges, By Month and Person
                  June 2006 - June 2006

MONTH      PERSON                              HOURS    AMOUNT
------------------------------------------------------------------
June     - Peterson                             3.5   2450.00
June     - Total                                3.5   2450.00

Total    - Peterson                             3.5   2450.00
Total    - Total                                3.5   2450.00

------------------------------------------------------------------
```

Date: 07/21/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 5

          ASARCO

     Summary Of Time Charges, By Activity, Month, and Person
                    June 2006 - June 2006

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| (01) meetings with committee/counsel | | | | |
| June | - Peterson | 2.0 | 700. | 1400.00 |
| (12) data analysis/estimation/reports | | | | |
| June | - Peterson | 1.5 | 700. | 1050.00 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    ASARCO Incorporated
                    c/o Sander L. Esserman
                    Stutzman, Bromberg, Esserman & Plifka
                    2323 Bryan Street, Suite 2200
                    Dallas, Texas 75201-2689


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/12/06 #6601 | Peterson  / (12) data analysis/estimation/reports Telephone Esserman (.3); review current data (.4); review emails (.3) | 1.0 700.00 | 700.00 |
| 11/07/06 #6602 | Peterson  / (12) data analysis/estimation/reports Review Vasquez report in insurance litigation | 2.1 700.00 | 1470.00 |
| 11/10/06 #6603 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: status and data | 0.4 700.00 | 280.00 |
| 11/10/06 #6604 | Peterson  / (12) data analysis/estimation/reports Review data and forms for POC | 1.9 700.00 | 1330.00 |
| 11/10/06 #6801 | Relles    / (12) data analysis/estimation/reports Export ASARCO database from Access; examine database | 2.0 425.00 | 850.00 |
| 11/10/06 #6802 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: status and data | 0.4 425.00 | 170.00 |
| 11/13/06 #6605 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: data and report | 0.3 700.00 | 210.00 |
| 11/13/06 #6803 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: data and report | 0.3 425.00 | 127.50 |
| 11/20/06 #6606 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: status of litigation | 0.3 700.00 | 210.00 |
| 11/20/06 #6607 | Peterson  / (12) data analysis/estimation/reports Telephone Esserman | 0.3 700.00 | 210.00 |
| 11/20/06 #6804 | Relles    / (12) data analysis/estimation/reports Examine and summarize ASARCO data for Peterson discussion | 0.7 425.00 | 297.50 |
| 11/20/06 #6805 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: status of litigation | 0.3 425.00 | 127.50 |
| 11/23/06 #6806 | Relles    / (12) data analysis/estimation/reports Build analysis files from raw data | 2.0 425.00 | 850.00 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 2

              ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/26/06 #6608 | Peterson  / (12) data analysis/estimation/reports<br>Review data issues raised by Relles | 1.1<br>700.00 | 770.00 |
| 11/26/06 #6807 | Relles    / (12) data analysis/estimation/reports<br>Summarize information in files, send to Peterson | 1.2<br>425.00 | 510.00 |
| 11/27/06 #6609 | Peterson  / (12) data analysis/estimation/reports<br>Review claims data (2.0), discuss with Relles (.7) | 2.7<br>700.00 | 1890.00 |
| 11/27/06 #6808 | Relles    / (12) data analysis/estimation/reports<br>Telephone Peterson re: discuss claims data | 0.7<br>425.00 | 297.50 |

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                     Page 3

            ASARCO

        Summary Of Time Charges, By Month and Activity
                October 2006 - November 2006

MONTH       ACTIVITY                                     HOURS    AMOUNT
-------------------------------------------------------------------------
October   - (12) data analysis/estimation/reports         1.0    700.00
October   - (99) Total                                     1.0    700.00

November  - (12) data analysis/estimation/reports        16.7   9600.00
November  - (99) Total                                    16.7   9600.00

Total     - (12) data analysis/estimation/reports        17.7  10300.00
Total     - (99) Total                                    17.7  10300.00

-------------------------------------------------------------------------
```

Date: 12/29/06                  Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 4

            ASARCO

        Summary Of Time Charges, By Month and Person
                October 2006 - November 2006

| MONTH | PERSON | HOURS | AMOUNT |
|-------|--------|-------|--------|
| October | - Peterson | 1.0 | 700.00 |
| October | - Total | 1.0 | 700.00 |
| | | | |
| November | - Relles | 7.6 | 3230.00 |
| November | - Peterson | 9.1 | 6370.00 |
| November | - Total | 16.7 | 9600.00 |
| | | | |
| Total | - Relles | 7.6 | 3230.00 |
| Total | - Peterson | 10.1 | 7070.00 |
| Total | - Total | 17.7 | 10300.00 |

```
Date: 12/29/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 5

          ASARCO

          Summary Of Time Charges, By Activity, Month, and Person
                         October 2006 - November 2006

MONTH        PERSON                              HOURS    RATE    AMOUNT
-------------------------------------------------------------------------
(12) data analysis/estimation/reports

October    - Peterson                             1.0    700.     700.00
November   - Relles                               7.6    425.    3230.00
November   - Peterson                             9.1    700.    6370.00

-------------------------------------------------------------------------
```

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                ASARCO Incorporated
                c/o Sander L. Esserman
                Stutzman, Bromberg, Esserman & Plifka
                2323 Bryan Street, Suite 2200
                Dallas, Texas 75201-2689
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/03/06 #6801 | Peterson  / (01) meetings with committee/counsel<br>Review Esserman materials | 0.3<br>700.00 | 210.00 |
| 12/13/06 #6814 | Peterson  / (01) meetings with committee/counsel<br>Send memo to Tate, Esserman re: additional data | 1.0<br>700.00 | 700.00 |
| 12/14/06 #6815 | Peterson  / (01) meetings with committee/counsel<br>Review Esserman email and memo re: bankruptcy<br>petition by subsidiaries | 0.2<br>700.00 | 140.00 |
| 12/19/06 #6816 | Peterson  / (01) meetings with committee/counsel<br>Review and comment on draft D'Apice letter re: data<br>request | 0.7<br>700.00 | 490.00 |
| 12/20/06 #6817 | Peterson  / (01) meetings with committee/counsel<br>Review and comment on draft D'Apice letter re: data<br>request | 0.5<br>700.00 | 350.00 |
| 12/21/06 #6819 | Peterson  / (01) meetings with committee/counsel<br>Telephone D'Apice re: need for requested information | 0.3<br>700.00 | 210.00 |

```
Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

                ASARCO


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
12/12/06   Peterson  / (03) meetings with other party experts     0.5    350.00
#6807      Conference call: Relles, Sims, McDougall re: data    700.00

12/12/06   Peterson  / (03) meetings with other party experts     0.4    280.00
#6808      Telephone Relles re: call with HRA, Claro            700.00

12/12/06   Peterson  / (03) meetings with other party experts     2.2   1540.00
#6809      Review data and materials from Sims; review prior    700.00
           data

12/12/06   Relles     / (03) meetings with other party experts    0.5    212.50
#7009      telephone Sims (HR&A), McDougall (Claro Group),      425.00
           Peterson  re: genealogy of ASARCO databases

12/12/06   Relles     / (03) meetings with other party experts    0.3    127.50
#7011      send materials to Sims and McDougall                 425.00

12/13/06   Peterson  / (03) meetings with other party experts     0.3    210.00
#6811      Review materials from HRA/Claro call                 700.00
```

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

                    ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/05/06 #7001 | Relles   / (12) data analysis/estimation/reports develop Asarco analytic database, prepare summary crosstabs, review results | 2.6 425.00 | 1105.00 |
| 12/08/06 #6802 | Peterson  / (12) data analysis/estimation/reports Telephone Relles: summary tables | 0.5 700.00 | 350.00 |
| 12/08/06 #6803 | Peterson  / (12) data analysis/estimation/reports Review data results | 1.0 700.00 | 700.00 |
| 12/08/06 #7002 | Relles    / (12) data analysis/estimation/reports telephone Peterson re: summary tables | 0.5 425.00 | 212.50 |
| 12/08/06 #7003 | Relles    / (12) data analysis/estimation/reports review backup documentation for data files | 0.7 425.00 | 297.50 |
| 12/11/06 #6804 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: ASARCO data, role of subsidiaries | 0.4 700.00 | 280.00 |
| 12/11/06 #6805 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: summarize data on ASARCO subsidiaries | 0.2 700.00 | 140.00 |
| 12/11/06 #6806 | Peterson  / (12) data analysis/estimation/reports Review information about claims against ASARCO entities | 2.7 700.00 | 1890.00 |
| 12/11/06 #7004 | Relles    / (12) data analysis/estimation/reports telephone Peterson re: ASARCO data, role of subsidiaries | 0.4 425.00 | 170.00 |
| 12/11/06 #7005 | Relles    / (12) data analysis/estimation/reports summarize data on ASARCO subsidiaries (.5); telephone Peterson re: same (.2) | 0.7 425.00 | 297.50 |
| 12/11/06 #7006 | Relles    / (12) data analysis/estimation/reports review bar motions in preparation for phone call, review data | 1.6 425.00 | 680.00 |
| 12/12/06 #6810 | Peterson  / (12) data analysis/estimation/reports Review material on subsidiaries | 0.8 700.00 | 560.00 |
| 12/12/06 #7007 | Relles    / (12) data analysis/estimation/reports read Vasquez report | 0.5 425.00 | 212.50 |

Date: 01/23/07             Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

                  ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/12/06 #7008 | Relles    / (12) data analysis/estimation/reports prepare for conference call | 0.4 425.00 | 170.00 |
| 12/12/06 #7010 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: call with HR&A, Claro | 0.4 425.00 | 170.00 |
| 12/13/06 #6812 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: additional information | 0.4 700.00 | 280.00 |
| 12/13/06 #6813 | Peterson  / (12) data analysis/estimation/reports Review Vasquez report | 1.2 700.00 | 840.00 |
| 12/13/06 #7012 | Relles    / (12) data analysis/estimation/reports link historical and bar date files, summarize overlaps | 1.7 425.00 | 722.50 |
| 12/13/06 #7013 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: additional information | 0.4 425.00 | 170.00 |
| 12/21/06 #6818 | Peterson  / (12) data analysis/estimation/reports Review letter | 0.1 700.00 | 70.00 |
| 12/22/06 #6820 | Peterson  / (12) data analysis/estimation/reports Review email correspondence re: data requests | 0.3 700.00 | 210.00 |

```
Date: 01/23/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

                ASARCO

              Summary Of Time Charges, By Month and Activity
                      December 2006 - December 2006


MONTH        ACTIVITY                                     HOURS    AMOUNT
-----------------------------------------------------------------------
December   - (01) meetings with committee/counsel          3.0    2100.00
December   - (03) meetings with other party experts        4.2    2720.00
December   - (12) data analysis/estimation/reports        17.5    9527.50
December   - (99) Total                                   24.7   14347.50

Total      - (01) meetings with committee/counsel          3.0    2100.00
Total      - (03) meetings with other party experts        4.2    2720.00
Total      - (12) data analysis/estimation/reports        17.5    9527.50
Total      - (99) Total                                   24.7   14347.50

-----------------------------------------------------------------------
```

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                           Page 6

           ASARCO

           Summary Of Time Charges, By Month and Person
                   December 2006 - December 2006

MONTH      PERSON                                HOURS    AMOUNT
-----------------------------------------------------------------------
December   - Relles                               10.7    4547.50
December   - Peterson                             14.0    9800.00
December   - Total                                24.7   14347.50

Total      - Relles                               10.7    4547.50
Total      - Peterson                             14.0    9800.00
Total      - Total                                24.7   14347.50
-----------------------------------------------------------------------
```

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 7

              ASARCO

        Summary Of Time Charges, By Activity, Month, and Person
                   December 2006 - December 2006

MONTH        PERSON                          HOURS   RATE   AMOUNT
-----------------------------------------------------------------------
(01) meetings with committee/counsel

December  - Peterson                          3.0    700.   2100.00

(03) meetings with other party experts

December  - Relles                            0.8    425.    340.00
December  - Peterson                          3.4    700.   2380.00

(12) data analysis/estimation/reports

December  - Relles                            9.9    425.   4207.50
December  - Peterson                          7.6    700.   5320.00

-------------------------------------------------------------------------
```

Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                                Page 1


                    ASARCO Incorporated
                    c/o Sander L. Esserman
                    Stutzman, Bromberg, Esserman & Plifka
                    2323 Bryan Street, Suite 2200
                    Dallas, Texas 75201-2689


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
01/11/07   Peterson  / (01) meetings with committee/counsel      0.7      490.00
#4002      telephone Relles re: D'Apice email (.3); review    700.00
           analysis (.4)

01/11/07   Peterson  / (01) meetings with committee/counsel      1.3      910.00
#4004      Telephone D'Apice; review emails                   700.00

01/11/07   Relles    / (01) meetings with committee/counsel      0.8      340.00
#4201      telephone Peterson re: D'Apice email (.3); trace   425.00
           through analysis and compare to Vasquez report (.5)

Date: 03/07/07             Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 2

             ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/04/07 #4001 | Peterson  / (12) data analysis/estimation/reports Read memo re: databases and settlement history | 0.2 700.00 | 140.00 |
| 01/11/07 #4003 | Peterson  / (12) data analysis/estimation/reports Review Vasquez report | 1.9 700.00 | 1330.00 |
| 01/14/07 #4005 | Peterson  / (12) data analysis/estimation/reports Review data and Vasquez report | 1.8 700.00 | 1260.00 |
| 01/18/07 #4006 | Peterson  / (12) data analysis/estimation/reports Review correspondence with Genender        700.00 | 1.0 | 700.00 |
| 01/20/07 #4202 | Relles     / (12) data analysis/estimation/reports scan through Access dataset sent on disk, determine its contents | 1.4 425.00 | 595.00 |
| 01/25/07 #4007 | Peterson  / (12) data analysis/estimation/reports Review Simms email about POC data | 0.2 700.00 | 140.00 |

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 3

              ASARCO


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 01/29/07  Peterson  / (21) hearings, depositions        2.2   1540.00
 #4008     Review Vasquez deposition                  700.00
------------------------------------------------------------------------
```

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 4

        ASARCO

        Summary Of Time Charges, By Month and Activity
                January 2007 - January 2007

MONTH       ACTIVITY                                HOURS    AMOUNT
------------------------------------------------------------------
January   - (01) meetings with committee/counsel      2.8   1740.00
January   - (12) data analysis/estimation/reports     6.5   4165.00
January   - (21) hearings, depositions                2.2   1540.00
January   - (99) Total                               11.5   7445.00

Total     - (01) meetings with committee/counsel      2.8   1740.00
Total     - (12) data analysis/estimation/reports     6.5   4165.00
Total     - (21) hearings, depositions                2.2   1540.00
Total     - (99) Total                               11.5   7445.00

------------------------------------------------------------------
```

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 5


            ASARCO

            Summary Of Time Charges, By Month and Person
                      January 2007 - January 2007

MONTH       PERSON                                     HOURS    AMOUNT
-------------------------------------------------------------------
January     - Relles                                    2.2     935.00
January     - Peterson                                  9.3    6510.00
January     - Total                                    11.5    7445.00

Total       - Relles                                    2.2     935.00
Total       - Peterson                                  9.3    6510.00
Total       - Total                                    11.5    7445.00

-------------------------------------------------------------------
```

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 6

          ASARCO

          Summary Of Time Charges, By Activity, Month, and Person
                    January 2007 - January 2007

MONTH      PERSON                              HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(01) meetings with committee/counsel

January    - Relles                             0.8    425.    340.00
January    - Peterson                           2.0    700.   1400.00

(12) data analysis/estimation/reports

January    - Relles                             1.4    425.    595.00
January    - Peterson                           5.1    700.   3570.00

(21) hearings, depositions

January    - Peterson                           2.2    700.   1540.00

-----------------------------------------------------------------------
```

```
Date: 03/21/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 1


                      ASARCO Incorporated
                      c/o Sander L. Esserman
                      Stutzman, Bromberg, Esserman & Plifka
                      2323 Bryan Street, Suite 2200
                      Dallas, Texas 75201-2689
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/01/07 #4001 | Peterson  / (01) meetings with committee/counsel<br>Email Felsenthal re: meeting on report | 0.3<br>700.00 | 210.00 |
| 02/05/07 #4208 | Relles    / (01) meetings with committee/counsel<br>Prepare for conference call with committee | 0.8<br>425.00 | 340.00 |
| 02/05/07 #4209 | Relles    / (01) meetings with committee/counsel<br>Conf call with committee | 1.0<br>425.00 | 425.00 |
| 02/23/07 #4019 | Peterson  / (01) meetings with committee/counsel<br>Meet with Felsenthal, Tate, Relles (by phone): re:<br>draft report | 3.0<br>700.00 | 2100.00 |
| 02/23/07 #4228 | Relles    / (01) meetings with committee/counsel<br>Work on preparing draft report for review at meeting<br>with Tate and Felsenthal | 5.5<br>425.00 | 2337.50 |
| 02/27/07 #4249 | Relles    / (01) meetings with committee/counsel<br>Receive and review comments from Felsenthal, email<br>Felsenthal | 0.4<br>425.00 | 170.00 |
| 02/27/07 #4250 | Relles    / (01) meetings with committee/counsel<br>Revise report based on Felsenthal comments | 4.5<br>425.00 | 1912.50 |
| 02/28/07 #4253 | Relles    / (01) meetings with committee/counsel<br>Telephone Felsenthal re: comments on report | 0.4<br>425.00 | 170.00 |
| 02/28/07 #4255 | Relles    / (01) meetings with committee/counsel<br>Create and send near-final draft to Committee | 1.7<br>425.00 | 722.50 |
| 02/28/07 #4256 | Relles    / (01) meetings with committee/counsel<br>Create exhibits for report, perform additional<br>revisions, send final report to Committee | 1.0<br>425.00 | 425.00 |

```
Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

            ASARCO


Date/Slip# Description                                   HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
02/05/07  Relles    / (03) meetings with other party experts    0.4   170.00
#4210     Telephone Sims re: data                       425.00

02/12/07  Relles    / (03) meetings with other party experts    0.4   170.00
#4218     Telephone Sims re: alternative analysis datasets   425.00

02/22/07  Relles    / (03) meetings with other party experts    0.3   127.50
#4224     Review Sims' database of jurisdiction information   425.00
```

Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

                    ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/02/07 #4201 | Relles    / (12) data analysis/estimation/reports Review all data and email to prepare for developing projection models | 1.6 425.00 | 680.00 |
| 02/03/07 #4002 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: discuss data and preliminary results | 1.2 700.00 | 840.00 |
| 02/03/07 #4003 | Peterson  / (12) data analysis/estimation/reports Review ASARCO documents re: bar data, instructions, results | 3.2 700.00 | 2240.00 |
| 02/03/07 #4202 | Relles    / (12) data analysis/estimation/reports Work on developing analytical datasets for projection models | 4.8 425.00 | 2040.00 |
| 02/03/07 #4203 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: discuss data and preliminary results | 1.2 425.00 | 510.00 |
| 02/04/07 #4004 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re: discuss data and preliminary results | 0.5 700.00 | 350.00 |
| 02/04/07 #4005 | Peterson  / (12) data analysis/estimation/reports Review analyses | 2.7 700.00 | 1890.00 |
| 02/04/07 #4204 | Relles    / (12) data analysis/estimation/reports Work on developing analytical datasets for projection models | 3.5 425.00 | 1487.50 |
| 02/04/07 #4205 | Relles    / (12) data analysis/estimation/reports Telephone Peterson re: discuss data and preliminary results | 0.5 425.00 | 212.50 |
| 02/05/07 #4006 | Peterson  / (12) data analysis/estimation/reports Telephone conference Relles and counsel re: report | 1.0 700.00 | 700.00 |
| 02/05/07 #4007 | Peterson  / (12) data analysis/estimation/reports Telephone Relles re:projection models | 1.0 700.00 | 700.00 |
| 02/05/07 #4008 | Peterson  / (12) data analysis/estimation/reports Review projections and analyses | 2.5 700.00 | 1750.00 |
| 02/05/07 #4009 | Peterson  / (12) data analysis/estimation/reports Review hearing transcript | 0.3 700.00 | 210.00 |

```
Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 4

              ASARCO


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
02/05/07   Relles    / (12) data analysis/estimation/reports    2.3   977.50
#4206      Develop projection models                425.00

02/05/07   Relles    / (12) data analysis/estimation/reports    1.0   425.00
#4207      Telephone Peterson re:projection models  425.00

02/05/07   Relles    / (12) data analysis/estimation/reports    1.0   425.00
#4211      Telephone conference Peterson and counsel re: report 425.00

02/06/07   Relles    / (12) data analysis/estimation/reports    0.8   340.00
#4212      Revise methods for aggregating over defendants 425.00

02/06/07   Relles    / (12) data analysis/estimation/reports    1.9   807.50
#4213      Develop analysis datasets                425.00

02/06/07   Relles    / (12) data analysis/estimation/reports    1.3   552.50
#4214      Run and summarize projections            425.00

02/07/07   Relles    / (12) data analysis/estimation/reports    1.0   425.00
#4215      Review latest ASARCO cdrom               425.00

02/11/07   Relles    / (12) data analysis/estimation/reports    1.8   765.00
#4216      Integrate bar date claims into the historical 425.00
           database

02/12/07   Peterson  / (12) data analysis/estimation/reports    0.4   280.00
#4010      Telephone Relles re: status of datasets  700.00

02/12/07   Relles    / (12) data analysis/estimation/reports    0.4   170.00
#4217      Telephone Peterson re: status of datasets 425.00

02/15/07   Peterson  / (12) data analysis/estimation/reports    1.1   770.00
#4011      Prepare for meeting on 23rd              700.00

02/17/07   Peterson  / (12) data analysis/estimation/reports    3.2   2240.00
#4012      Work on report, review documents         700.00

02/17/07   Relles    / (12) data analysis/estimation/reports    2.8   1190.00
#4219      Explore differences between claimants filing against 425.00
           different entities

02/18/07   Peterson  / (12) data analysis/estimation/reports    4.6   3220.00
#4013      Work on report                           700.00
```

Date: 03/21/07                Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 5

                    ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/18/07 #4220 | Relles    / (12) data analysis/estimation/reports Investigate effect of alternative transition matrices on projections | 1.5 425.00 | 637.50 |
| 02/18/07 #4221 | Relles    / (12) data analysis/estimation/reports Determine additional computations needed for report, develop candidate exhibits | 2.5 425.00 | 1062.50 |
| 02/19/07 #4014 | Peterson  / (12) data analysis/estimation/reports Work on report | 6.2 700.00 | 4340.00 |
| 02/19/07 #4222 | Relles    / (12) data analysis/estimation/reports Work on exhibits for report | 4.3 425.00 | 1827.50 |
| 02/20/07 #4015 | Peterson  / (12) data analysis/estimation/reports Work on report | 6.8 700.00 | 4760.00 |
| 02/21/07 #4016 | Peterson  / (12) data analysis/estimation/reports Work on report | 5.6 700.00 | 3920.00 |
| 02/22/07 #4017 | Peterson  / (12) data analysis/estimation/reports Work on report | 8.9 700.00 | 6230.00 |
| 02/22/07 #4223 | Relles    / (12) data analysis/estimation/reports Update analysis datasets | 2.3 425.00 | 977.50 |
| 02/22/07 #4225 | Relles    / (12) data analysis/estimation/reports Run projections | 1.7 425.00 | 722.50 |
| 02/22/07 #4226 | Relles    / (12) data analysis/estimation/reports Develop graphics | 1.2 425.00 | 510.00 |
| 02/22/07 #4227 | Relles    / (12) data analysis/estimation/reports Work on text of report, work on integrating output into report | 4.6 425.00 | 1955.00 |
| 02/23/07 #4018 | Peterson  / (12) data analysis/estimation/reports Work on report | 5.2 700.00 | 3640.00 |
| 02/23/07 #4020 | Peterson  / (12) data analysis/estimation/reports Telephone Relles (several calls) re: draft report for attorneys' meeting | 1.0 700.00 | 700.00 |
| 02/23/07 #4229 | Relles    / (12) data analysis/estimation/reports Telephone Peterson (several calls) re: draft report for attorneys' meeting | 1.0 425.00 | 425.00 |

Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 6

                ASARCO

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/23/07 #4230 | Relles    / (12) data analysis/estimation/reports<br>Review and revise computations for updates of report | 1.3<br>425.00 | 552.50 |
| 02/23/07 #4231 | Relles    / (12) data analysis/estimation/reports<br>Update draft report | 6.5<br>425.00 | 2762.50 |
| 02/24/07 #4021 | Peterson  / (12) data analysis/estimation/reports<br>Telephone Relles re: discussion of analytical<br>issues, revisions to report | 1.3<br>700.00 | 910.00 |
| 02/24/07 #4022 | Peterson  / (12) data analysis/estimation/reports<br>Work on report | 7.2<br>700.00 | 5040.00 |
| 02/24/07 #4232 | Relles    / (12) data analysis/estimation/reports<br>Revise analytical datasets to use new methods for<br>assessing the effects of unknown disease claims | 5.6<br>425.00 | 2380.00 |
| 02/24/07 #4233 | Relles    / (12) data analysis/estimation/reports<br>Run projections | 1.4<br>425.00 | 595.00 |
| 02/24/07 #4234 | Relles    / (12) data analysis/estimation/reports<br>Rebuild tables for revised report | 1.6<br>425.00 | 680.00 |
| 02/24/07 #4235 | Relles    / (12) data analysis/estimation/reports<br>Telephone Peterson re: discussion of analytical<br>issues, revisions to report | 1.3<br>425.00 | 552.50 |
| 02/25/07 #4023 | Peterson  / (12) data analysis/estimation/reports<br>Telephone Relles (several calls) re: review tables | 1.5<br>700.00 | 1050.00 |
| 02/25/07 #4024 | Peterson  / (12) data analysis/estimation/reports<br>Work on report | 10.2<br>700.00 | 7140.00 |
| 02/25/07 #4236 | Relles    / (12) data analysis/estimation/reports<br>Develop new tables for report | 4.0<br>425.00 | 1700.00 |
| 02/25/07 #4237 | Relles    / (12) data analysis/estimation/reports<br>Telephone Peterson (several calls) re: review tables | 1.5<br>425.00 | 637.50 |
| 02/25/07 #4238 | Relles    / (12) data analysis/estimation/reports<br>Update computations based on Peterson discussion | 3.2<br>425.00 | 1360.00 |
| 02/25/07 #4239 | Relles    / (12) data analysis/estimation/reports<br>Read report | 1.0<br>425.00 | 425.00 |

```
Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

              ASARCO


Date/Slip# Description                               HOURS/RATE  AMOUNT
------------------------------------------------------------------------
02/25/07  Relles    / (12) data analysis/estimation/reports    3.3   1402.50
#4240     Work on computations for report              425.00

02/25/07  Relles    / (12) data analysis/estimation/reports    1.7    722.50
#4241     Develop tables for report                    425.00

02/26/07  Peterson  / (12) data analysis/estimation/reports    1.5   1050.00
#4025     Telephone Relles (several calls) re: draft report  700.00

02/26/07  Peterson  / (12) data analysis/estimation/reports    9.6   6720.00
#4026     Work on report                               700.00

02/26/07  Relles    / (12) data analysis/estimation/reports    1.5    637.50
#4242     Telephone Peterson (several calls) re: draft report 425.00

02/26/07  Relles    / (12) data analysis/estimation/reports    1.3    552.50
#4243     Run additional computations, regenerate tables for 425.00
          report

02/26/07  Relles    / (12) data analysis/estimation/reports    2.6   1105.00
#4244     Generate graphics for report                 425.00

02/26/07  Relles    / (12) data analysis/estimation/reports    2.0    850.00
#4245     Integrate Peterson revisions into latest draft 425.00

02/26/07  Relles    / (12) data analysis/estimation/reports    1.5    637.50
#4246     Apply final touches, produce and send first draft to 425.00
          attorneys

02/27/07  Peterson  / (12) data analysis/estimation/reports    0.8    560.00
#4027     Telephone Relles (several calls) re: report  700.00

02/27/07  Peterson  / (12) data analysis/estimation/reports    4.2   2940.00
#4028     Review report                                700.00

02/27/07  Relles    / (12) data analysis/estimation/reports    1.7    722.50
#4247     Revise liquidated claims treatment, build new tables 425.00

02/27/07  Relles    / (12) data analysis/estimation/reports    8.5   3612.50
#4248     Read and revise report                       425.00

02/27/07  Relles    / (12) data analysis/estimation/reports    0.8    340.00
#4251     Telephone Peterson (several calls) re: report 425.00
```

```
Date: 03/21/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

          ASARCO


Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
02/28/07  Peterson  / (12) data analysis/estimation/reports    0.5   350.00
#4029     Telephone Relles (several calls) re: comments on    700.00
          report

02/28/07  Relles    / (12) data analysis/estimation/reports    2.3   977.50
#4252     Perform final review of report                      425.00

02/28/07  Relles    / (12) data analysis/estimation/reports    0.5   212.50
#4254     Telephone Peterson (several calls) re: comments on  425.00
          report
--------------------------------------------------------------------------
```

```
Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 9

            ASARCO

        Summary Of Time Charges, By Month and Activity
                February 2007 - February 2007

MONTH       ACTIVITY                                    HOURS    AMOUNT
--------------------------------------------------------------------
February  - (01) meetings with committee/counsel        18.6   8812.50
February  - (03) meetings with other party experts       1.1    467.50
February  - (12) data analysis/estimation/reports      192.3 107082.50
February  - (99) Total                                 212.0 116362.50

Total     - (01) meetings with committee/counsel        18.6   8812.50
Total     - (03) meetings with other party experts       1.1    467.50
Total     - (12) data analysis/estimation/reports      192.3 107082.50
Total     - (99) Total                                 212.0 116362.50

--------------------------------------------------------------------------------
```

```
Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 10

            ASARCO

        Summary Of Time Charges, By Month and Person
              February 2007 - February 2007

MONTH      PERSON                                  HOURS    AMOUNT
-------------------------------------------------------------------
February  - Relles                                 116.5  49512.50
February  - Peterson                                95.5  66850.00
February  - Total                                  212.0 116362.50

Total     - Relles                                 116.5  49512.50
Total     - Peterson                                95.5  66850.00
Total     - Total                                  212.0 116362.50

-------------------------------------------------------------------
```

```
Date: 03/21/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 11

           ASARCO

         Summary Of Time Charges, By Activity, Month, and Person
                   February 2007 - February 2007

MONTH       PERSON                              HOURS   RATE    AMOUNT
-------------------------------------------------------------------------
(01) meetings with committee/counsel

February  - Relles                              15.3    425.    6502.50
February  - Peterson                             3.3    700.    2310.00

(03) meetings with other party experts

February  - Relles                               1.1    425.     467.50

(12) data analysis/estimation/reports

February  - Relles                             100.1    425.   42542.50
February  - Peterson                            92.2    700.   64540.00

-------------------------------------------------------------------------
```