# Debtor's Exhibit D-11

# OMAHA LEAD SITE
## Response Cost Analysis



# OMAHA LEAD SITE
## Response Cost Analysis



1. If past costs are consistent with NCP, future costs are consistent with NCP.

Remaining Properties:
- No Boundary: 3,941
- Boundary 2: 1,307
- Boundary 1: 13

EPA Oversight (per year):
- No Boundary: $361,741
- Boundary 2: $119,375
- Boundary 1: $119,375

Health Education (per year):
- No Boundary: $156,815
- Boundary 2: $51,748
- Boundary 1: $51,748

[Begin 2007, 1,000 properties per year]

[2007 – 2010]

02

# OMAHA LEAD SITE
## Response Cost Analysis



RI/FS Costs:

| | |
|---|---|
| No Boundary: | $7,388,146 |
| Boundary 2: | $2,438,088 |
| Boundary 1: | $29,553 |

[2007-2010]

1. If past costs are consistent with NCP, future costs are consistent with NCP.

03

# OMAHA LEAD SITE
# Response Cost Analysis

Future Remedy

High Estimate Properties:
- No Boundary: 10,400
- Boundary 2: 3,448
- Boundary 1: 27

Low Estimate Properties:
- No Boundary: 0
- Boundary 2: 0
- Boundary 1: 0

C → Houses to be Remediated

- 75% → High Estimate Cleanup Criteria = 400 ppm
- 25% → Low Estimate Cleanup Criteria = 800 ppm

- 100% → Excavation → $14,781 per property $28,563/yr O&M
- 0% → Phosphate Treatment → $12,282 per property $85,688/yr O&M

Health Education (per year):
- No Boundary: $156,815
- Boundary 2: $51,748
- Boundary 1: $51,748

Active EPA Oversight (per year):
- No Boundary: $361,741
- Boundary 2: $119,375
- Boundary 1: $119,375

Inactive EPA Oversight (per year):
- All Boundaries: $22,550

EPA Five-Year Reviews (per event):
- All Boundaries: $159,393

→ Health Education → EPA Oversight Costs

- 50% [2] → With Exterior Lead Paint Stabilization $3,459 per Property
  - 60% [1] → Consistent with NCP → ASARCO Cost Share (See Allocation)
  - 40% [1] → Not Consistent with NCP → ASARCO Cost Share 0%
- 50% [2] → Without Exterior Lead Paint Stabilization
  - 25% [1] → Consistent with NCP → ASARCO Cost Share (See Allocation)
  - 75% [1] → Not Consistent with NCP → ASARCO Cost Share 0%

→ END

1. If past costs are consistent with NCP, future costs are consistent with NCP.

2. These probabilities are dependent upon and linked to the probabilities of exterior lead paint stabilization for the interim remedy.

[Begin 2011, 1,000 properties per year]

04