# Debtor's Exhibit D-12

