# Debtor's Exhibit D-13

| TABLE 1a | | | | |
|---|---|---|---|---|
| **Summary of Analysis (In $ Million NPV)** | | | | |
| | | **ASARCO Cost Share** | | |
| **Cost Component** | **Total (Gross) Cost NPV** | **Orphan-Adjusted Share** | **Orphan and Non-Industrial Source-Adjusted Share** | **Direct Share** |
| Past Response Costs | $ 1.05 | $ 0.25 | $ 0.65 | $ 0.22 |
| Interim Remedy | $ 8.39 | $ 2.10 | $ 5.22 | $ 1.85 |
| Final Remedy | $ 11.95 | $ 3.08 | $ 7.51 | $ 2.71 |
| Future Response Costs | $ 20.34 | $ 5.17 | $ 12.73 | $ 4.56 |
| Total Response Costs | $ 21.39 | $ 5.42 | $ 13.38 | $ 4.78 |
| Past NRD | NA | NA | NA | NA |
| Future NRD | NA | NA | NA | NA |
| Future NRDA | $ - | $ - | $ - | $ - |
| Total NRD | $ - | $ - | $ - | $ - |
| Total Past Costs | $ 1.05 | $ 0.25 | $ 0.65 | $ 0.22 |
| Total Future Costs | $ 20.34 | $ 5.17 | $ 12.73 | $ 4.56 |
| TOTAL COSTS | $ 21.39 | $ 5.42 | $ 13.38 | $ 4.78 |

| | | Site Boundary (Gross Share) | | |
|---|---|---|---|---|
| **Cost Component** | **Total (Gross) Cost NPV** | **Boundary Maintainted** | **Boundary 2** | **Boundary 1** |
| Past Response Costs | $ 1.05 | $ 3.46 | $ 1.15 | $ 0.02 |
| Interim Remedy | $ 8.39 | $ 27.05 | $ 9.57 | $ 0.38 |
| Final Remedy | $ 11.95 | $ 37.34 | $ 15.09 | $ 0.75 |
| Future Response Costs | $ 20.34 | $ 64.39 | $ 24.65 | $ 1.13 |
| Total Response Costs | $ 21.39 | $ 67.85 | $ 25.80 | $ 1.15 |
| Past NRD | NA | NA | NA | NA |
| Future NRD | NA | NA | NA | NA |
| Future NRDA | $ - | $ - | $ - | $ - |
| Total NRD | $ - | $ - | $ - | $ - |
| Total Past Costs | $ 1.05 | $ 3.46 | $ 1.15 | $ 0.02 |
| Total Future Costs | $ 20.34 | $ 64.39 | $ 24.65 | $ 1.13 |
| TOTAL COSTS | $ 21.39 | $ 67.85 | $ 25.80 | $ 1.15 |

**TABLE 1b**
**Summary of Analysis**
**(In $ Million NPV)**

| | | Cleanup Criteria (Gross Share) | |
|---|---|---|---|
| Cost Component | Total (Gross) Cost NPV | 400ppm | 800ppm |

**TABLE 1c — Summary of Analysis (In $ Million NPV)**

| Cost Component | Total (Gross) Cost NPV | 400ppm | 800ppm |
|---|---|---|---|
| Past Response Costs | $ 1.05 | $ 1.05 | $ 1.05 |
| Interim Remedy | $ 8.39 | $ 8.38 | $ 8.41 |
| Final Remedy | $ 11.95 | $ 15.41 | $ 1.78 |
| Future Response Costs | $ 20.34 | $ 23.80 | $ 10.20 |
| Total Response Costs | $ 21.39 | $ 24.85 | $ 11.25 |
| Past NRD | NA | NA | NA |
| Future NRD | NA | NA | NA |
| Future NRDA | $ - | $ - | $ - |
| Total NRD | $ - | $ - | $ - |
| Total Past Costs | $ 1.05 | $ 1.05 | $ 1.05 |
| Total Future Costs | $ 20.34 | $ 23.80 | $ 10.20 |
| TOTAL COSTS | $ 21.39 | $ 24.85 | $ 11.25 |