**Debtor's Exhibit D-18**

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

## TABLE 5 (A)
### OMAHA LEAD SITE ALLOCATION - SCENARIO 1 (BOUNDARY 1)
#### SECTION 1 - OMAHA LEAD SITE ALLOCATION OPERATION PERIOD RELATED PARTY SHARES

| Party | Notes | Updated | | | | Operator Share | Owner Share |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | From | Through | Months | Share | | |
| **Owner / Operator Share Split** | | | | | | 80% | 20% |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 1,10 | 02/01/1871 | 04/22/1886 | 183 | 9.52% | 7.62% | 1.90% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 2,10 | 04/23/1886 | 02/13/1919 | 394 | 20.52% | 16.42% | 4.10% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 3,10 | 02/14/1919 | 10/11/1921 | 32 | 1.66% | 1.33% | 0.33% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 4,10 | 10/12/1921 | 04/15/1946 | 294 | 15.33% | 12.26% | 3.07% |
| ASARCO/ASARCO April 1946-1997 | 5 | 04/16/1946 | 12/31/1997 | 621 | 32.34% | 25.87% | 6.47% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 6 | | | | | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 6 | | | | | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 | 7 | 01/01/1950 | 06/30/1963 | 162 | 8.44% | 6.75% | 1.69% |
| Gould National Batteries 1963-1982 | 8 | 07/01/1963 | 12/31/1982 | 234 | 12.20% | 9.76% | 2.44% |
| | | | | 1,919 | 100.00% | | |

#### SECTION 2 - WEIGHTING - PYROMETALLURGICAL PRODUCTION V. OTHER LEAD SOURCES

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Other Lead Sources | 9 | | | | 0% | | |
| Pyrometallurgical Production | 9 | | | | 100% | | |
| Total | | | | | 100.00% | | |

#### SECTION 3 - RECALIBRATED PYROMETALLURGICAL PRODUCTION SHARES

| Party | Operator Share | Owner Share |
| --- | --- | --- |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 7.62% | 1.90% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 16.42% | 4.10% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 1.33% | 0.33% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 12.26% | 3.07% |
| ASARCO/ASARCO April 1946-1997 | 25.87% | 6.47% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 | 6.75% | 1.69% |
| Gould National Batteries 1963-1982 | 9.76% | 2.44% |
| Total | 80.00% | 20.00% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

| TABLE 5 (A) |
|---|
| **OMAHA LEAD SITE ALLOCATION - SCENARIO 1 (BOUNDARY 1)** |
| **SECTION 4 - FINAL SHARES** |

| Party | Updated | | |
|---|---|---|---|
| | Direct Share | Shares With Orphan Share | Shares With Orphan Share and Other Sources |
| Other Lead Sources | 0.00% | 0.00% | 0.00% |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 7.62% | 7.62% | 7.62% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 16.42% | 16.42% | 16.42% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 1.33% | 1.33% | 1.33% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 12.26% | 12.26% | 12.26% |
| ASARCO/ASARCO April 1946-1997 | 25.87% | 25.87% | 25.87% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 0.00% | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 0.00% | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 | 6.75% | 6.75% | 6.75% |
| Gould National Batteries 1963-1982 | 9.76% | 9.76% | 9.76% |
| | | | |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 [Owner] | 1.90% | 1.90% | 1.90% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 [Owner] | 4.10% | 4.10% | 4.10% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 [Owner] | 0.33% | 0.33% | 0.33% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 [Owner] | 3.07% | 3.07% | 3.07% |
| ASARCO/ASARCO April 1946-1997 [Owner] | 6.47% | 6.47% | 6.47% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries]  [Owner] | 0.00% | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries]  [Owner] | 0.00% | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 [Owner] | 1.69% | 1.69% | 1.69% |
| Gould National Batteries 1963-1982 [Owner] | 2.44% | 2.44% | 2.44% |
| | 100.00% | 100.00% | 100.00% |
| | | | |
| ASARCO Direct Share | 69.96% | | |
| ASARCO Share With Orphan Share | | 79.36% | |
| ASARCO Share With Orphan Share and Share of "Other Lead Sources" | | | 79.36% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

| TABLE 6 (A) |
|---|
| **OMAHA LEAD SITE ALLOCATION - SCENARIO 2 (BOUNDARY 2)** |

### SECTION 1 - OMAHA LEAD SITE ALLOCATION OPERATION PERIOD RELATED PARTY SHARES

| Party | Notes | Updated From | Updated Through | Updated Months | Updated Share | Operator Share | Owner Share |
|---|---|---|---|---|---|---|---|
| **Owner / Operator Share Split** | | | | | | 80% | 20% |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 1,10 | 02/01/1871 | 04/22/1886 | 183 | 9.52% | 7.62% | 1.90% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 2,10 | 04/23/1886 | 02/13/1919 | 394 | 20.52% | 16.42% | 4.10% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 3,10 | 02/14/1919 | 10/11/1921 | 32 | 1.66% | 1.33% | 0.33% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 4,10 | 10/12/1921 | 04/15/1946 | 294 | 15.33% | 12.26% | 3.07% |
| ASARCO/ASARCO May 1946-1997 | 5 | 04/16/1946 | 12/31/1997 | 621 | 32.34% | 25.87% | 6.47% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 6 | | | | | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 6 | | | | | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 | 7 | 01/01/1950 | 06/30/1963 | 162 | 8.44% | 6.75% | 1.69% |
| Gould National Batteries 1964-1982 | 8 | 07/01/1963 | 12/31/1982 | 234 | 12.20% | 9.76% | 2.44% |
| | | | | 1,919 | 100.00% | | |

### SECTION 2 - WEIGHTING - PYROMETALLURGICAL PRODUCTION V. OTHER LEAD SOURCES

| | Notes | | | | Share | | |
|---|---|---|---|---|---|---|---|
| Other Lead Sources | 9 | | | | 62% | | |
| Pyrometallurgical Production | 9 | | | | 38% | | |
| Total | | | | | 100.00% | | |

### SECTION 3 - RECALIBRATED PYROMETALLURGICAL PRODUCTION SHARES

| Party | | | | | | Operator Share | Owner Share |
|---|---|---|---|---|---|---|---|
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | | | | | | 2.89% | 0.72% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | | | | | | 6.24% | 1.56% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | | | | | | 0.51% | 0.13% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | | | | | | 4.66% | 1.16% |
| ASARCO/ASARCO May 1946-1997 | | | | | | 9.83% | 2.46% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | | | | | | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | | | | | | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 | | | | | | 2.57% | 0.64% |
| Gould National Batteries 1964-1982 | | | | | | 3.71% | 0.93% |
| Total | | | | | | 30.40% | 7.60% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

| TABLE 6 (A) |
|---|
| **OMAHA LEAD SITE ALLOCATION - SCENARIO 2 (BOUNDARY 2)** |
| **SECTION 4 - FINAL SHARES** |

| Party | Updated | | |
|---|---|---|---|
| | Direct Share | Shares With Orphan Share | Shares With Orphan Share and Other Sources |
| Other Lead Sources | 62.00% | 62.00% | 62.00% |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 2.89% | 2.89% | 2.89% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 6.24% | 6.24% | 6.24% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 0.51% | 0.51% | 0.51% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 4.66% | 4.66% | 4.66% |
| ASARCO/ASARCO May 1946-1997 | 9.83% | 9.83% | 9.83% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 0.00% | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 0.00% | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 | 2.57% | 2.57% | 2.57% |
| Gould National Batteries 1964-1982 | 3.71% | 3.71% | 3.71% |
| | | | |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 [Owner] | 0.72% | 0.72% | 0.72% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 [Owner] | 1.56% | 1.56% | 1.56% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 [Owner] | 0.13% | 0.13% | 0.13% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 [Owner] | 1.16% | 1.16% | 1.16% |
| ASARCO/ASARCO May 1946-1997 [Owner] | 2.46% | 2.46% | 2.46% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries]  [Owner] | 0.00% | 0.00% | 0.00% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries]  [Owner] | 0.00% | 0.00% | 0.00% |
| Aaron Ferer & Sons 1950-1963 [Owner] | 0.64% | 0.64% | 0.64% |
| Gould National Batteries 1964-1982 [Owner] | 0.93% | 0.93% | 0.93% |
| | 100.00% | 100.00% | 100.00% |
| | | | |
| ASARCO Direct Share | 26.58% | | |
| ASARCO Share With Orphan Share | | 30.16% | |
| ASARCO Share With Orphan Share and Share of "Other Lead Sources" | | | 79.36% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

| TABLE 7 (A) |
|---|
| **OMAHA LEAD SITE ALLOCATION - SCENARIO 3 (BOUNDARY 3)** |
| **SECTION 1 - OMAHA LEAD SITE ALLOCATION OPERATION PERIOD RELATED PARTY SHARES** |

| Party | Notes | Updated | | | | Operator Share | Owner Share |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | From | Through | Months | Share | | |
| **Owner / Operator Share Split** | | | | | | 80% | 20% |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 1,10 | 02/01/1871 | 04/22/1886 | 183 | 6.95% | 5.56% | 1.39% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 2,10 | 04/23/1886 | 02/13/1919 | 394 | 14.99% | 11.99% | 3.00% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 3,10 | 02/14/1919 | 10/11/1921 | 32 | 1.21% | 0.97% | 0.24% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 4,10 | 10/12/1921 | 04/15/1946 | 294 | 11.20% | 8.96% | 2.24% |
| ASARCO/ASARCO May 1946-1997 | 5 | 04/16/1946 | 12/31/1997 | 621 | 23.62% | 18.90% | 4.72% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 6 | 01/01/1878 | 06/30/1890 | 150 | 5.71% | 4.57% | 1.14% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 6 | 07/01/1890 | 12/31/1936 | 558 | 21.24% | 16.99% | 4.25% |
| Aaron Ferer & Sons 1950-1963 | 7 | 01/01/1950 | 06/30/1963 | 162 | 6.16% | 4.93% | 1.23% |
| Gould National Batteries 1964-1982 | 8 | 07/01/1963 | 12/31/1982 | 234 | 8.91% | 7.13% | 1.78% |
| | | | | 2,627 | 100.00% | | |

| SECTION 2 - WEIGHTING - PYROMETALLURGICAL PRODUCTION V. OTHER LEAD SOURCES |
| --- |

| | Notes | | | | Share | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Other Lead Sources | 9 | | | | 62% | | |
| Pyrometallurgical Production | 9 | | | | 38% | | |
| Total | | | | | 100.00% | | |

| SECTION 3 - RECALIBRATED PYROMETALLURGICAL PRODUCTION SHARES |
| --- |

| Party | | | | | | Operator Share | Owner Share |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | | | | | | 2.11% | 0.53% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | | | | | | 4.56% | 1.14% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | | | | | | 0.37% | 0.09% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | | | | | | 3.40% | 0.85% |
| ASARCO/ASARCO May 1946-1997 | | | | | | 7.18% | 1.80% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | | | | | | 1.74% | 0.43% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | | | | | | 6.46% | 1.61% |
| Aaron Ferer & Sons 1950-1963 | | | | | | 1.87% | 0.47% |
| Gould National Batteries 1964-1982 | | | | | | 2.71% | 0.68% |
| Total | | | | | | 30.40% | 7.60% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

| TABLE 7 (A) | | | |
|---|---|---|---|
| **OMAHA LEAD SITE ALLOCATION - SCENARIO 3 (BOUNDARY 3)** | | | |
| **SECTION 4 - FINAL SHARES** | | | |
| | **Updated** | | |
| Party | Direct Share | Shares With Orphan Share | Shares With Orphan Share and Other Sources |
| Other Lead Sources | 62.00% | 62.00% | 62.00% |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 | 2.11% | 2.11% | 2.11% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 | 4.56% | 4.56% | 4.56% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 | 0.37% | 0.37% | 0.37% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 | 3.40% | 3.40% | 3.40% |
| ASARCO/ASARCO May 1946-1997 | 7.18% | 7.18% | 7.18% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] | 1.74% | 1.74% | 1.74% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] | 6.46% | 6.46% | 6.46% |
| Aaron Ferer & Sons 1950-1963 | 1.87% | 1.87% | 1.87% |
| Gould National Batteries 1964-1982 | 2.71% | 2.71% | 2.71% |
| | | | |
| Omaha Smelting and Refining Company - ASARCO/Unidentified Land Owner/City of Omaha 1871-1886 [Owner] | 0.53% | 0.53% | 0.53% |
| Omaha & Grant Smelting & Refining Company - ASARCO/Union Pacific Railroad Company/City of Omaha 1886-1919 [Owner] | 1.14% | 1.14% | 1.14% |
| ASARCO/Federal Government/City of Omaha February 1919-October 1921 [Owner] | 0.09% | 0.09% | 0.09% |
| ASARCO/Union Pacific Railroad Company/City of Omaha October 1921-April 1946 [Owner] | 0.85% | 0.85% | 0.85% |
| ASARCO/ASARCO May 1946-1997 [Owner] | 1.80% | 1.80% | 1.80% |
| Carter White Lead (Location 1) 1878-1890 [NL Industries] [Owner] | 0.43% | 0.43% | 0.43% |
| Carter White Lead (Location 2) 1890-1936 [NL Industries] [Owner] | 1.61% | 1.61% | 1.61% |
| Aaron Ferer & Sons 1950-1963 [Owner] | 0.47% | 0.47% | 0.47% |
| Gould National Batteries 1964-1982 [Owner] | 0.68% | 0.68% | 0.68% |
| | 100.00% | 100.00% | 100.00% |
| ASARCO Direct Share | 19.42% | | |
| ASARCO Share With Orphan Share | | 22.03% | |
| ASARCO Share With Orphan Share and Share of "Other Lead Sources" | | | 57.97% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

| Table 8 | | | |
|---|---|---|---|
| **Omaha Lead Site Allocation**<br>**Comparison of Original and Updated Shares** | | | |
| **Band or Scenario** | **Type of Share** | **Old Share** | **New Share** |
| Band 1 / Scenario 1 | Direct<br>Direct and Orphan<br>Direct, Orphan and Share of Other Sources | 70.48%<br>79.87%<br>79.87% | 69.96%<br>79.36%<br>79.36% |
| Band 2 / Scenario 2 | Direct<br>Direct and Orphan<br>Direct, Orphan and Share of Other Sources | 26.78%<br>30.35%<br>79.87% | 26.58%<br>30.16%<br>79.36% |
| Band 3 / Scenario 3 | Direct<br>Direct and Orphan<br>Direct, Orphan and Share of Other Sources | 19.45%<br>22.05%<br>58.02% | 19.42%<br>22.03%<br>57.97% |

See Tables 5, 6 and 7 (original submission) and new Tables 5 (A), 6 (A) and 7 (A) as updated.

ASARCO
OMAHA LEAD SITE COST ALLOCATION ANALYSIS

**NOTES:**

1. Omaha Smelting and Refining Company (predecessor to ASARCO) built a primary lead smelter in 1870 and began operations in **February** 1871.  While it cannot be documented with certainty, it appears likely that Union Pacific Railroad Co. leased the smelter site from its inception in 1870 as the company acquired property in 1863 for its base of operations in Omaha. PHR Environmental Consultants, Inc., *Preliminary Draft Land-Use History and PRP Investigation, Omaha Lead Plant, Omaha Nebraska*, February 14, 1997, pp.4-5.

2. A reference in a 1912 property lease documents that by at least 1886, the Union Pacific owned the subject site and leased it to Omaha & Grant Smelting & Refining Company a predecessor in interest to ASARCO. Omaha & Grant Smelting & Refining Companyalong with ten other firms formed ASARCO in 1899. *See:* PHR Environmental Consultants, Inc., *Preliminary Draft Land-Use History and PRP Investigation, Omaha Lead Plant, Omaha Nebraska,* February 14, 1997, pp.5-6. *See Also:* Douglas County Miscellaneous Record Book No. 38, *Lease between Union Pacific Railroad Co. and American Smelting & Refining Co., Article 4, Section 6,* April 23, 1912  pp. 337-343.

3. During this period ASARCO operated the facility and the Federal Government assumed ownership of the facility through its seizure of the Union Pacific Railroad Company.  The period of Federal control began on February 14, 1919 and was terminated on October 11, 1921. *See:*  John C. Davis, *Final Agreement of Settlement,* October 11, 1921, p.1.  *See Also:*  Union Pacific Railroad Company, *Comments of Union Pacific Railroad Company on EPA's "Proposed Plan, Residential Yard Soils, Omaha Lead Site, Nebraska" (July 16, 2004),* October 14, 2004, p.13 (OM 00002777).

4. During this period ASARCO continued to lease the site from Union Pacific.  In April 1946, ASARCO purchased the property from Union Pacific Railroad and owned through the end of its operating period in 1997. *See:* PHR Environmental Consultants, *Preliminary Draft Land-Use History and PRP Investigation, Omaha Lead Plant, Omaha Nebraska,* February 14, 1997, p.10.  See Also: U.S.. Environmental Protection Agency, Region 7, *Omaha Lead Site, Operable Unit 01, Interim Record of Decision,* December 15, 2004, p.1 (OM00001554).

5. In April 1946, ASARCO purchased the property from Union Pacific Railroad and owned through the end of its operating period in 1997. U.S. Environmental Protection Agency, Region 7, *Omaha Lead Site, Operable Unit 01, Interim Record of Decision,* December 15, 2004, p.1 (OM00001554).

6. The Carter White lead Company operated in two locations in proximity to the smelter area.  The first, at 20th Street and the Union Pacific Railroad from 1878 to 1890 and the second at 21st Street and Locust from 1890 to 1936. Andy Davis, Ph.D., *United States District Court of Nebraska, Von R. Trimble, Jr., et. al. on Their Own Behalf and On Behalf of Others Similarly Situated, Plaintiffs vs. ASARCO Incorporated, No. 8197CV428, Expert Report of Andy Davis, Ph.D.,* November 23, 1998.)

7. Aaron Ferer & Sons opened and operated a secondary lead smelter and lead battery recycling plant from the early 1950s until 1963. U.S. Environmental Protection Agency, Region 7, Omaha Lead Site, Operable Unit 01, Interim Record of Decision, December 15, 2004, p.1 (OM00001554).

8. In 1963, the facility was purchased by Gould, which operated it until it closed in 1982. U.S. Environmental Protection Agency, Region 7, Omaha Lead Site, Operable Unit 01, Interim Record of Decision, December 15, 2004, p.1 (OM00001554)

9. These numbers represent the weighting of Pyrometallurgical Production to Other Lead Sources.  The ratio is taken from a report done for U.S. EPA Region VII by Dr. John Drexler.  In his report, Dr. Drexler indicates that " At least 38% of the bulk lead concentration in community soils is from a pyrometallurgical source." LECG's reliance on Dr. Drexler's 38% apportionment with regard to the sources of lead in soils should not be construed as agreement with his conclusions.  Rather, LECG has employed a conservative allocation approach that relies on Dr. Drexlers numbers in the absence of an alternative.  Dr. John W. Drexler, *A Study On The Source of Anomalous Lead Concentrations in Soils From The Omaha Community--Omaha, Nebraska,* September 22, 2002, p.66 (OM 00009567).

10. From February 1871 to June 1926 the City of Omaha owned approximately 4.4 acres of property on which the smelter operated.  During this period the Union Pacific Railroad and the Federal Government owned varying amounts of acreage (e.g. 9.6 acres April 23, 1886- October 22,1889, 15.25 acres October 23, 1889- June 29,1926) that was leased to ASARCO and its predecessors.  It appears from the historical record that the City's ownership of the 4.4 acres did not come to light until 1916 as a result of an Interstate Commerce Commission investigation that was not completely resolved until the City vacated the streets and alleys making up the 4.4 acres through an ordinance passed on June 29, 1926.  See  Union Pacific Railroad, Factual Background, no date, no pages, (UPRR000959 - UPRR000960). The City of Omaha should bear its share as an owner, in proportion to acreage, for the relevant period (i.e. 4.4 / (4.4+15.25) = 22.39%). Since the City of Omaha share rises as the Union Pacific acreage falls, the 22.39% should serve as a floor. Applied over the approximately 666 months of ownership, this would translate into a share of approximately 1.55% to the City of Omaha (in Table 5-A), which is distributed over the identified operating periods.These periods are identified in the first four

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

### TABLE 9
### SENSITIVITY ANALYSIS FOR ALLOCATION SCENARIOS

#### TABLE 1 RESULTS: ZELIKSON & WHITE REPORT
#### ($ Millions NPV)

| Share to Boundary | Gross | Direct | | Orphan | | Orphan Plus | |
|---|---|---|---|---|---|---|---|
| 60% | $ 1.1 | $ 0.8 | 69.96% | $ 0.9 | 79.36% | $ 0.9 | 79.36% |
| 15% | $ 25.8 | $ 6.9 | 26.58% | $ 7.8 | 30.16% | $ 20.5 | 79.36% |
| 25% | $ 67.9 | $ 13.2 | 19.42% | $ 14.9 | 22.03% | $ 39.3 | 57.97% |
| 100% | $ 21.5 | $ 4.8 | 22.32% | $ 5.4 | 25.32% | $ 13.5 | 62.50% |

#### Alternative Calculation
#### Based on U.S. (Medine) Calculations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60% | $ 1.1 | $ 0.9 | 79.67% | $ 1.1 | 99.29% | $ 1.1 | 99.29% |
| 15% | $ 25.8 | $ 7.8 | 30.28% | $ 9.7 | 37.73% | $ 25.6 | 99.29% |
| 25% | $ 67.9 | $ 20.4 | 30.08% | $ 25.4 | 37.49% | $ 66.9 | 98.66% |
| 100% | $ 21.5 | $ 6.8 | 31.70% | $ 8.5 | 39.51% | $ 21.3 | 98.79% |

#### Alternative Calculation
#### Based on Gould (Forslund) Calculations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60% | $ 1.1 | $ 0.9 | 79.79% | $ 1.1 | 99.74% | $ 1.1 | 99.74% |
| 15% | $ 25.8 | $ 7.8 | 30.32% | $ 9.8 | 37.90% | $ 25.7 | 99.74% |
| 25% | $ 67.9 | $ 20.6 | 30.32% | $ 25.7 | 37.90% | $ 67.7 | 99.74% |
| 100% | $ 21.5 | $ 6.9 | 31.90% | $ 8.6 | 39.88% | $ 21.5 | 99.74% |

#### Alternative Calculation
#### Based on UP (Steen) Calculations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60% | $ 1.1 | $ 0.9 | 82.42% | $ 1.1 | 97.46% | $ 1.1 | 97.46% |
| 15% | $ 25.8 | $ 8.1 | 31.32% | $ 9.6 | 37.04% | $ 25.1 | 97.46% |
| 25% | $ 67.9 | $ 16.8 | 24.75% | $ 19.9 | 29.27% | $ 52.3 | 77.03% |
| 100% | $ 21.5 | $ 6.0 | 27.78% | $ 7.1 | 32.84% | $ 17.5 | 81.36% |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

## TABLE 9
### Supporting Calculations

| | | | Months | Share | B1-B2 | B3 | EPA / MEDINE | Share | B1-B2 | B3 | GOULD / FORSLUND | Share | B1-B2 | B3 | UP / STEEN | Share | B1-B2 | B3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASARCO | 02/01/1871 | 04/22/1886 | 183 | 12% | 9.52% | 6.95% | 26,568.0 | 16% | 15.63% | 15.53% | 20,380.0 | 10% | 10.30% | 10.30% | 4,028.8 | 17% | 17.05% | 13.48% |
| ASARCO | 04/23/1886 | 02/13/1919 | 394 | 26% | 20.52% | 14.99% | 94,420.7 | 56% | 55.53% | 55.18% | 114,427.0 | 58% | 57.85% | 57.85% | 7,909.7 | 34% | 33.47% | 26.46% |
| ASARCO | 02/14/1919 | 10/11/1921 | 32 | 2% | 1.66% | 1.21% | 10,101.8 | 6% | 5.94% | 5.90% | 9,066.7 | 5% | 4.58% | 4.58% | 616.1 | 3% | 2.61% | 2.06% |
| ASARCO | 10/12/1921 | 04/15/1946 | 294 | 19% | 15.33% | 11.20% | 35,696.4 | 21% | 20.99% | 20.86% | 53,408.3 | 27% | 27.00% | 27.00% | 5,217.3 | 23% | 22.08% | 17.45% |
| ASARCO | 04/16/1946 | 12/31/1997 | 621 | 41% | 32.34% | 23.62% | 2,043.2 | 1% | 1.20% | 1.19% | - | 0% | 0.00% | 0.00% | 5,258.2 | 23% | 22.25% | 17.59% |
| | | | 1,523 | 100% | 79.36% | 57.97% | 168,830.0 | 100% | 99.29% | 98.66% | 197,282.0 | 100% | 99.74% | 99.74% | 23,030.0 | 100% | 97.46% | 77.03% |
| GOULD | 01/01/1950 | 12/31/1982 | 396 | | 20.64% | 15.07% | 1,203 | | 0.71% | 0.70% | 509 | | 0.26% | 0.26% | 600 | | 2.54% | 2.01% |
| SUBTOTAL | | | 1,919 | | 100.00% | | 170,033 | | 100.00% | | 197,791 | | 100.00% | | 23,630 | | 100.00% | |
| CARTER WHITE | 01/01/1878 | 12/31/1936 | 708 | | | 26.95% | 1,092 | | | 0.64% | - | | | 0.00% | 4,684 | | | 15.67% |
| OTHERS | | | - | | | 0.00% | - | | | 0.00% | - | | | 0.00% | 1,584 | | | 5.30% |
| | | | 2,627 | | | 100.00% | 171,125 | | | 100.00% | 197,791 | | | 100.00% | 29,898 | | | 100.00% |
| | | | | | 7.62% | | | | 12.50% | | | | 8.24% | | | | 13.64% | |
| | | | | | 16.42% | | | | 44.42% | | | | 46.28% | | | | 26.78% | |
| | | | | | 1.33% | | | | 4.75% | | | | 3.67% | | | | 2.09% | |
| | | | | | 12.26% | | | | 16.80% | | | | 21.60% | | | | 17.66% | |
| | | | | | 25.87% | | | | 0.96% | | | | 0.00% | | | | 17.80% | |
| | | | | | 6.47% | | | | 0.24% | | | | 0.00% | | | | 4.45% | |
| | | | | | 69.96% | | | | 79.67% | | | | 79.79% | | | | 82.42% | |
| | | | | | 79.36% | | | | 99.29% | | | | 99.74% | | | | 97.46% | |
| | | | | | 79.36% | | | | 99.29% | | | | 99.74% | | | | 97.46% | |
| | | | | | 2.89% | | | | 4.75% | | | | 3.13% | | | | 5.18% | |
| | | | | | 6.24% | | | | 16.88% | | | | 17.59% | | | | 10.18% | |
| | | | | | 0.51% | | | | 1.81% | | | | 1.39% | | | | 0.79% | |
| | | | | | 4.66% | | | | 6.38% | | | | 8.21% | | | | 6.71% | |
| | | | | | 9.83% | | | | 0.37% | | | | 0.00% | | | | 6.76% | |
| | | | | | 2.46% | | | | 0.09% | | | | 0.00% | | | | 1.69% | |
| | | | | | 26.58% | | | | 30.28% | | | | 30.32% | | | | 31.32% | |
| | | | | | 30.16% | | | | 37.73% | | | | 37.90% | | | | 37.04% | |
| | | | | | 79.36% | | | | 99.29% | | | | 99.74% | | | | 97.46% | |
| | | | | | 2.11% | | | | 4.72% | | | | 3.13% | | | | 4.10% | |
| | | | | | 4.56% | | | | 16.77% | | | | 17.59% | | | | 8.04% | |
| | | | | | 0.37% | | | | 1.79% | | | | 1.39% | | | | 0.63% | |
| | | | | | 3.40% | | | | 6.34% | | | | 8.21% | | | | 5.30% | |
| | | | | | 8.98% | | | | 0.45% | | | | 0.00% | | | | 6.68% | |
| | | | | | 19.42% | | | | 30.08% | | | | 30.32% | | | | 24.75% | |
| | | | | | 22.03% | | | | 37.49% | | | | 37.90% | | | | 29.27% | |
| | | | | | 57.97% | | | | 98.66% | | | | 99.74% | | | | 77.03% | |

**ASARCO**
**OMAHA LEAD SITE COST ALLOCATION ANALYSIS**

**TABLE 10**
**Summary of Allocation Results by Party by Boundary**

| Parties | Boundary 1 | | | Boundary 2 | | | Boundary 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Direct | Orphan Adjusted | Orphan Adjusted & Other Sources | Direct | Orphan Adjusted | Orphan Adjusted & Other Sources | Direct | Orphan Adjusted | Orphan Adjusted & Other Sources |
| ASARCO | 68.46% | 68.46% | 68.46% | 26.01% | 26.01% | 68.46% | 19.00% | 19.00% | 50.01% |
| US GOVERNMENT | 1.83% | 1.83% | 1.83% | 0.70% | 0.70% | 1.83% | 0.51% | 0.51% | 1.34% |
| CITY OF OMAHA | 1.55% | 1.55% | 1.55% | 0.59% | 0.59% | 1.55% | 0.43% | 0.43% | 1.14% |
| UNION PACIFIC | 7.52% | 7.52% | 7.52% | 2.86% | 2.86% | 7.52% | 2.09% | 2.09% | 5.49% |
| GOULD | 20.64% | 20.64% | 20.64% | 7.84% | 7.84% | 20.64% | 5.73% | 5.73% | 15.07% |
| CARTER WHITE | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 10.24% | 10.24% | 26.95% |
| NON-PYROMETALLURGICAL | 0.00% | 0.00% | 0.00% | 62.00% | 62.00% | 0.00% | 62.00% | 62.00% | 0.00% |
| TOTAL | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |