# EXHIBIT B-1

# Ballot for Class 1 Priority Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.,* | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Ballot for Class 1 Priority Claims**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 1 Priority Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

---

[Creditor Name]

[Claim Amount]

[Name of Debtor]

---

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**          **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                              ☐ **Reject** the Debtors' Plan

**Item 2.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

---

_____ Debtors' Plan

_____ Grupo Plan

---

**Item 3.**  **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor: _____        Address: _____
                   (Print or Type)                                           Street
Signature: _____
                                                             City, State, and Zip Code

Tax ID Number: _____        Date Completed: _____

**Item 4.**  **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on** <ins>**October 27 2008**</ins> (the "<ins>Voting Deadline</ins>"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <ins>NOT</ins> BE COUNTED.**

# EXHIBIT B-2

# Ballot for Class 2 Secured Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.,*** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 2 Secured Claims**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 2 Secured Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

> [Creditor Name]
>
> [Claim Amount]
>
> [Name of Debtor]

---

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

---

**Item 1.**          **Vote.**  The undersigned votes to:


          ☐ **Accept** the Debtors' Plan                                        ☐ **Reject** the Debtors' Plan


**Item 2.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**     **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____          Address:  _____
               (Print or Type)                                                             Street

Signature:  _____                          _____
                                                                                         City, State, and Zip Code

Tax ID Number:  _____          Date Completed:  _____

**Item 4.**     **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on** <u>**October 27 2008**</u> (the "<u>Voting Deadline</u>"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

# EXHIBIT B-3

# Ballot for Class 3 Trade and General Unsecured Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.,* | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Ballot for Class 3 Trade and General Unsecured Claims**

> **THE DEADLINE FOR RETURNING THIS BALLOT IS**
> **4:00 P.M., CENTRAL TIME, ON [DATE]**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 3 Trade and General Unsecured Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

> [Creditor Name]
>
> [Claim Amount]
>
> [Name of Debtor]

> PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**        **Vote.**  The undersigned votes to:


☐ **Accept** the Debtors' Plan                                   ☐ **Reject** the Debtors' Plan


**Item 2.**        **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**        **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____        Address:   _____
                          (Print or Type)                                                                Street

Signature:   _____                              _____
                                                                                                         City, State, and Zip Code

Tax ID Number:   _____        Date Completed:   _____

**Item 4.**        **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on __October 27 2008__** (the "__Voting Deadline__"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL __NOT__ BE COUNTED.**

# EXHIBIT B-4

# Ballot for Beneficial Owners of $100,000,000 ASARCO Incorporated 7.875% Debentures due 2013

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.*,** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

<u>**Ballot for Beneficial Owners of $100,000,000 ASARCO Incorporated 7.875% Debentures due 2013**</u>

All capitalized terms not defined in this Ballot are defined in the "<u>Solicitation and Tabulation Procedures</u>" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $100,000,000 ASARCO Incorporated 7.875% Debentures due 2013 issued by ASARCO LLC ("<u>7.875% Debentures</u>").  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

CUSIP NO.:  _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "<u>Master Ballot Agent</u>") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE 7.875% DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

---

<u>Item 1.</u>  **Voting Classification and Amount.**  The undersigned is (are) the beneficial owners(s) of 7.875% Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

$_____          _____          _____
(enter amount)          Name of Broker, Bank, Dealer          Account Number
          or Other Agent or Nominee

**Item 2.**          **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                              ☐ **Reject** the Debtors' Plan

**Item 3.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| \_\_\_\_\_ Debtors' Plan |
|---|
| \_\_\_\_\_ Grupo Plan |

**Item 4.**  **Acknowledgments.**   By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the 7.875% Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*

| | |
|---|---|
| Name | Street Address |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| Signature | Telephone Number |
| If by Authorized Agent, Name and Title | Date Completed |
| Name of Institution | Participant Number |

# EXHIBIT B-5

**Ballot for Beneficial Owners of $150,000,000 ASARCO Incorporated 8.50% Debentures due 2025**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

_____

**Ballot for Beneficial Owners of $150,000,000 ASARCO Incorporated 8.50% Debentures due 2025**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $150,000,000 ASARCO Incorporated 8.50% Debentures due 2025 issued by ASARCO LLC ("8.50% Debentures").  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

CUSIP NO.:  _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE 8.50% DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

---

**Item 1.**  **Voting Classification and Amount.**  The undersigned is (are) the beneficial owners(s) of 8.50% Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

$_____      _____      _____
(enter amount)             Name of Broker, Bank, Dealer       Account Number
                           or Other Agent or Nominee

**Item 2.**         **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 3.**         **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 4.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the 8.50% Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*

| | |
|---|---|
| _____ | _____ |
| Name | Street Address |
| _____ | _____ |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| _____ | _____ |
| Signature | Telephone Number |
| _____ | _____ |
| If by Authorized Agent, Name and Title | Date Completed |
| _____ | _____ |
| Name of Institution | Participant Number |

# EXHIBIT B-6

# Ballot for Beneficial Owners of $71,900,000 Industrial Development Authority of the County of Gila, Arizona Debentures due 2027

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.,* | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Ballot for Beneficial Owners of $71,900,000 Industrial Development Authority**
**of the County of Gila, Arizona Debentures due 2027**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $71,900,000 Industrial Development Authority of the County of Gila, Arizona Debentures due 2027 issued by ASARCO LLC ("$71,900,000 Debentures").  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

CUSIP NO.:  _____

> **THE DEADLINE FOR RETURNING THIS BALLOT IS**
> **4:00 P.M., CENTRAL TIME, ON [DATE]**

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $71,900,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**  **Voting Classification and Amount.**  The undersigned is (are) the beneficial owners(s) of $71,900,000 Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

| $ _____ | _____ | _____ |
|---|---|---|
| (enter amount) | Name of Broker, Bank, Dealer or Other Agent or Nominee | Account Number |

**Item 2.**            **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                              ☐ **Reject** the Debtors' Plan

**Item 3.**                **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| _____ Debtors' Plan |
|---|
| _____ Grupo Plan |

**Item 4.**  **Acknowledgments.**  By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the $71,900,000 Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*

_____                    _____
Name                                                                    Street Address

_____                    _____
Social Security or Federal Tax I.D. No.                         City, State, Zip Code

_____                    _____
Signature                                                              Telephone Number

_____                    _____
If by Authorized Agent, Name and Title                        Date Completed

_____                    _____
Name of Institution                                                 Participant Number

# EXHIBIT B-7

# Ballot for Beneficial Owners of $33,160,000 Lewis and Clark County, Montana Debentures due 2027

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Beneficial Owners of $33,160,000 Lewis and Clark County, Montana Debentures due 2027**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $33,160,000 Lewis and Clark County, Montana Debentures due 2027 issued by ASARCO LLC ("$33,160,000 Debentures").  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

CUSIP NO.:  _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $33,160,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

---

**Item 1.**  **Voting Classification and Amount.**  The undersigned is (are) the beneficial owners(s) of $33,160,000 Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

| $_____ | _____ | _____ |
|---|---|---|
| (enter amount) | Name of Broker, Bank, Dealer or Other Agent or Nominee | Account Number |

**Item 2.**  **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 3.**  **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| |
|---|
| _____ Debtors' Plan |
| _____ Grupo Plan |

**Item 4.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the $33,160,000 Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*

| | |
|---|---|
| Name | Street Address |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| Signature | Telephone Number |
| If by Authorized Agent, Name and Title | Date Completed |
| Name of Institution | Participant Number |

# EXHIBIT B-8

# Ballot for Beneficial Owners of $27,740,000 Nueces River Authority Debentures due 2027

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.,*** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

---

**Ballot for Beneficial Owners of $27,740,000 Nueces River Authority Debentures due 2027**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $27,740,000 Nueces River Authority Debentures due 2027 issued by ASARCO LLC ("$27,740,000 Debentures").  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

CUSIP NO.:  _____

┌─────────────────────────────────────────────┐
│ **THE DEADLINE FOR RETURNING THIS BALLOT IS** │
│ **4:00 P.M., CENTRAL TIME, ON [DATE]** │
└─────────────────────────────────────────────┘

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $27,740,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

┌─────────────────────────────────────────────────────────────────────────────┐
│ PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS │
│ CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, │
│ THIS BALLOT WILL NOT BE COUNTED. │
└─────────────────────────────────────────────────────────────────────────────┘

**Item 1.**  **Voting Classification and Amount.**  The undersigned is (are) the beneficial owners(s) of $27,740,000 Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

| $_____ | _____ | _____ |
|---|---|---|
| (enter amount) | Name of Broker, Bank, Dealer or Other Agent or Nominee | Account Number |

**Item 2.**         **Vote.**  The undersigned votes to:

□ **Accept** the Debtors' Plan                    □ **Reject** the Debtors' Plan

**Item 3.**         **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 4.  Acknowledgments.**   By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the $27,740,000 Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*

| | |
|---|---|
| _____ <br> Name | _____ <br> Street Address |
| _____ <br> Social Security or Federal Tax I.D. No. | _____ <br> City, State, Zip Code |
| _____ <br> Signature | _____ <br> Telephone Number |
| _____ <br> If by Authorized Agent, Name and Title | _____ <br> Date Completed |
| _____ <br> Name of Institution | _____ <br> Participant Number |

# EXHIBIT B-9

# Ballot for Beneficial Owners of $34,800,000
# Lewis & Clark County, Montana Debentures due 2033

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No. 05-21207** |
| | § | |
| **ASARCO LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Beneficial Owners of $34,800,000 Lewis & Clark County, Montana Debentures due 2033**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $34,800,000 Lewis & Clark County, Montana Debentures due 2033 issued by ASARCO LLC ("$34,800,000 Debentures"). Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote. Please contact your attorney if you have further questions.

CUSIP NO.: _____

---
**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**
---

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN. HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $34,800,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---
PLEASE COMPLETE ITEMS 1 THROUGH 4. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.
---

**Item 1.** **Voting Classification and Amount.** The undersigned is (are) the beneficial owners(s) of $34,800,000 Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

| $_____ | _____ | _____ |
|---|---|---|
| (enter amount) | Name of Broker, Bank, Dealer or Other Agent or Nominee | Account Number |

**Item 2.**          **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 3.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 4.  Acknowledgments.**   By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the $34,800,000 Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*

| | |
|---|---|
| _____ | _____ |
| Name | Street Address |
| _____ | _____ |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| _____ | _____ |
| Signature | Telephone Number |
| _____ | _____ |
| If by Authorized Agent, Name and Title | Date Completed |
| _____ | _____ |
| Name of Institution | Participant Number |

# EXHIBIT B-10

# Ballot for Beneficial Owners of $22,200,000 Nueces River Authority Debentures due 2018

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No. 05-21207** |
| | § | |
| **ASARCO LLC, *et al.,*** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Beneficial Owners of $22,200,000 Nueces River Authority Debentures due 2018**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $22,200,000 Nueces River Authority Debentures due 2018 issued by ASARCO LLC ("$22,200,000 Debentures").  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

CUSIP NO.: _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Debtors' Plan filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $22,200,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

---

**Item 1.  Voting Classification and Amount.**  The undersigned is (are) the beneficial owners(s) of $22,200,000 Debentures in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

| $_____ | _____ | _____ |
|---|---|---|
| (enter amount) | Name of Broker, Bank, Dealer or Other Agent or Nominee | Account Number |

**Item 2.**          **Vote.**  The undersigned votes to:


☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan


**Item 3.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan |
| _____ Grupo Plan |

**Item 4.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the $22,200,000 Debentures voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Debtors' Plan as indicated on this Ballot on behalf of the Beneficial Owner(s).  The undersigned understand(s) that, if this Ballot does not indicate either acceptance or rejection of the Debtors' Plan, this Ballot will not be COUNTED.

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below.  Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct.*


| | |
|---|---|
| _____ | _____ |
| Name | Street Address |
| _____ | _____ |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| _____ | _____ |
| Signature | Telephone Number |
| _____ | _____ |
| If by Authorized Agent, Name and Title | Date Completed |
| _____ | _____ |
| Name of Institution | Participant Number |

# EXHIBIT B-11

# Ballot for Class 5 Unsecured Asbestos Personal Injury Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC**, *et al.*, | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

### Ballot for Individuals Voting Class 5 Unsecured Asbestos Personal Injury Claims

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

**IF YOU ARE AN INDIVIDUAL AND INTEND FOR YOUR COUNSEL TO VOTE YOUR CLAIM ON A MASTER BALLOT, THEN PLEASE ARRANGE WITH YOUR COUNSEL TO VOTE ON THE DEBTORS' PLAN ON YOUR BEHALF WELL IN ADVANCE OF THE VOTING DEADLINE (AS DEFINED BELOW) SO THAT YOUR VOTE MAY BE INCLUDED ON THE MASTER BALLOT.  IF YOU ARE AN INDIVIDUAL AND INTEND TO VOTE DIRECTLY OR IF YOUR CLAIM IS NOT INCLUDED ON YOUR COUNSEL'S MASTER BALLOT, THEN IN ORDER FOR YOUR VOTE TO BE COUNTED, THIS BALLOT MUST BE PROPERLY COMPLETED, SIGNED, AND RETURNED SO THAT IT IS RECEIVED BY THE BALLOTING AGENT, BEFORE 4:00 P.M., PREVAILING CENTRAL TIME, ON OCTOBER 27, 2008 (THE "VOTING DEADLINE"), AT THE FOLLOWING ADDRESS:**

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

You may return your Ballot by mail, hand delivery, or overnight courier.  **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

This Ballot is for Persons who hold Class 5 Unsecured Asbestos Personal Injury Claims to vote on the Debtors' Plan.  Please review the Plans, Disclosure Statements, and the enclosed Voting Instructions before casting your vote.

> [Creditor Name]
>
> [Claim Amount]
>
> [Name of Debtor]

> ***IMPORTANT NOTICE:*** **If the Debtors' Plan is confirmed and becomes effective, it will permanently enjoin and bar your clients from pursuing any Asbestos Personal Injury Claims against any of the ASARCO Protected Parties.**

PLEASE COMPLETE ITEMS 1 THROUGH 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**         **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.**         To complete the chart below, first determine into which category your Asbestos Personal Injury Claim falls.  Descriptions of the disease categories can be found in the instructions attached to this Ballot.  If your Claim falls into more than one category, designate only the most serious disease category that applies.

**BASIS OF CLAIM.**  For purposes of voting to accept or reject the Debtors' Plan, indicate whether your Claim is based on one of the following diseases.  Please check the appropriate basis for your claim.  **Check one box only.**

☐         The basis for the claim is **MESOTHELIOMA**.

☐         The basis for the claim is **LUNG CANCER 1**.

☐         The basis for the claim is **LUNG CANCER 2**.

☐         The basis for the claim is **OTHER CANCER**.

☐         The basis for the claim is **SEVERE ASBESTOSIS**.

☐         The basis for the claim is **ASBESTOSIS/PLEURAL DISEASE (LEVEL III)**.

☐         The basis for the claim is **ASBESTOSIS/PLEURAL DISEASE (LEVEL II)**.

☐         The basis for the claim is **OTHER ASBESTOS CLAIM**.

**Item 3.**         **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| \_\_\_\_\_ Debtors' Plan |
| \_\_\_\_\_ Grupo Plan |

**Item 4.**         **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statementss.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____          Address:   _____
                          (Print or Type)                                            Street
Signature: _____
                                                                              City, State, and Zip Code
Last four digits of
Social Security  Number: _____          Date Completed:  _____

**VOTING INSTRUCTIONS FOR COMPLETING THE BALLOT
FOR INDIVIDUAL HOLDERS OF CLASS 5 UNSECURED ASBESTOS PERSONAL INJURY CLAIMS**

**PLAN CONFIRMATION.**  Two separate plan proponents have each proposed a plan for reorganizing one or all of the Debtors.[1]  The two plan proponents and their plans are as follows:

(1)  "*Joint Plan of Reorganization for the Debtors Under Chapter 11 of the United States Bankruptcy Code*" (the "Debtors' Plan") filed by the Debtors;

(2)  "*Parent's and AMC's Plan of Reorganization for ASARCO LLC, Southern Peru Holdings, LLC, and Sacaton, LLC under Chapter 11 of the United States Bankruptcy Code*" (the "Grupo Plan") filed by Americas Mining Corporation and ASARCO Incorporated, both subsidiaries of Grupo Mexico S.A. de C.V. (collectively, "Grupo Mexico").

The Debtors' Plan and the Grupo Plan are referred to collectively herein as the "Plans."

Only one plan can be confirmed by the Bankruptcy Court.  If more than one plan meets the requisites for confirmation, the Bankruptcy Court shall consider the preferences of creditors and equity security holders in determining which plan to confirm.  Grupo Mexico asserts that it is not required to solicit your vote on the Grupo Plan based on the treatment of your Claim therein.  The Debtors will dispute that assertion at the Confirmation Hearing, but this Ballot does not allow you to vote on the Grupo Plan.  **YOU MAY, HOWEVER, INDICATE YOUR ORDER OF PREFERENCE AS AMONGST BOTH PLANS ON YOUR BALLOT.  IF YOU DO NOT INDICATE YOUR PREFERENCE AMONG THE PLANS, YOU WILL BE PRESUMED TO HAVE NO PREFERENCE AMONGST THE PLANS.**

The Bankruptcy Court may confirm a plan if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the plan.  Even if all classes do not accept the plan, the Bankruptcy Court may confirm the plan if the treatment afforded the class or classes rejecting the plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a plan, that plan will be binding on you.**

**VOTING PROCEDURE.**  **IF YOUR CLAIM IS NOT INCLUDED IN A CLASS 5 UNSECURED ASBESTOS PERSONAL INJURY CLAIM MASTER BALLOT SUBMITTED BY YOUR COUNSEL, THIS BALLOT MUST BE RETURNED DIRECTLY TO THE BALLOTING AGENT.  ALTERNATIVELY, IF YOUR CLAIM IS INCLUDED IN A MASTER BALLOT SUBMITTED BY YOUR COUNSEL, YOU NEED NOT RETURN THIS BALLOT.  IF YOU DO NOT KNOW IF YOUR CLAIM WILL BE INCLUDED IN YOUR COUNSEL'S MASTER BALLOT, PLEASE CONTACT YOUR COUNSEL.**

**THE ENCLOSED BALLOT ALLOWS YOU TO VOTE ON THE DEBTORS' PLAN.**  If you hold an Allowed Class 5 Unsecured Asbestos Personal Injury Claim and wish to vote to accept or reject the Debtors' Plan, you must sign the Ballot(s) provided to you and return such Ballot(s) to the Balloting Agent by first class mail, hand delivery, or overnight courier.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST THE DEBTORS' PLAN, YOU MUST FULLY COMPLETE YOUR BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION IN THE APPROPRIATE SPACES AND SIGN AND RETURN SUCH BALLOT(S) TO:**

---

[1] Capitalized terms not defined herein are defined in the "Solicitation and Tabulation Procedures" enclosed in this solicitation package.

**ASARCO BALLOTING**
**c/o ALIXPARTNERS, LLP**
**2100 MCKINNEY AVENUE**
**SUITE 800**
**DALLAS, TX  75201**

**SO THAT THE BALLOT(S) ARE RECEIVED <u>NO LATER THAN 4:00 P.M. CENTRAL TIME ON OCTOBER 27, 2008</u> (THE "<u>VOTING DEADLINE</u>").  BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE BANKRUPTCY COURT.  A PRE-ADDRESSED, POSTAGE-STAMPED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.  BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED, EXCEPT AS ORDERED BY THE COURT.**

Except as otherwise set forth in the Ballot, if a Ballot is not completed in its entirety so that all the required information and signatures are provided, the Ballot will not be counted unless the Bankruptcy Court orders otherwise.  If more than one Ballot is received from you for the same Claim, the last dated Ballot received prior to the Voting Deadline will be counted.

You may not split your vote.  Accordingly, (i) you have a single vote for the Debtors' Plan, (ii) the full amount of your Claim (as described below) shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

**<u>DISCLAIMER.</u>**  Before casting your vote, you should review the enclosed Plans and Disclosure Statements, which the Bankruptcy Court has approved for distribution.  You may wish to seek legal or other advice concerning the Plans and the classification and treatment of your Claim under the Plans.  If you do not have the Plans and the Disclosure Statementss, you may obtain copies from the Balloting Agent.

**<u>BALLOT DOES NOT CONSTITUTE A CLAIM.</u>**  Submission of a Ballot does not constitute a proof of claim, an amendment to a proof of claim or a waiver of any bar date, or deadline to file a proof of claim.

**<u>NO ENCLOSURES.</u>**  Do not enclose any correspondence, securities, instruments, invoices, or other documents with a Ballot.

**<u>QUESTIONS.</u>**  If your Ballot is damaged, or if you have any questions about the voting procedures, you should write to **ASARCO BALLOTING, c/o ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201**, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).  **YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

---

**INSTRUCTIONS FOR COMPLETING**
**ITEMS 1 THROUGH 4 ON THE BALLOT**

---

**<u>INSTRUCTIONS FOR COMPLETING ITEM 1</u>**.  Item 1 of the Ballot allows you to indicate whether you accept the Debtors' Plan or reject the Debtors' Plan.  Please check the appropriate box.  If you submit a signed Ballot but fail to indicate whether you accept or reject the Plan, your vote will not be counted either as an acceptance or rejection of the Debtors' Plan.

**<u>INSTRUCTIONS FOR COMPLETING ITEM 2</u>**.  Item 2 of the Ballot requires that you indicate the disease category applicable to your Claim.  Each holder of a Claim in a particular disease category is assigned an average value pertaining to that category for purposes of voting on the Debtors' Plan, except as to holders of Asbestos Personal Injury Claims asserting an Other Asbestos Disease – Cash Discount Payment (Level I) who are assigned a Scheduled Value.  Below is a chart reflecting the values assigned to the disease categories.

**[To Come]**

**INSTRUCTIONS FOR COMPLETING ITEM 3**.  In Item 3, indicate your order of preference as amongst the Debtors' Plan and the Grupo Plan.  If you do not indicate your preference among the plans, you will be presumed to have no preference amongst the plans.

**INSTRUCTIONS FOR COMPLETING ITEM 4**.  Item 4 of the Ballot requires you to certify your vote and the disease category applicable to your Claim.  Please note that your certification is provided under penalty of perjury, pursuant to 28 U.S.C. § 1746.

# EXHIBIT B-12

# Ballot for Class 6 Toxic Tort Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.*,** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 6 Toxic Tort Claims**

<div style="border:1px solid">

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

</div>

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 6 Toxic Tort Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

<div style="border:1px solid">

[Creditor Name]

[Claim Amount]

[Name of Debtor]

</div>

<div style="border:1px solid">

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

</div>

**Item 1.**        **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.**        **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**        **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____          Address:    _____
                     (Print or Type)                                          Street

Signature:            _____                          _____
                                                                              City, State, and Zip Code

Tax ID Number:    _____          Date Completed:  _____

**Item 4.**        **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on <u>October 27 2008</u>** (the "<u>Voting Deadline</u>"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier.  **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

# EXHIBIT B-13

## Ballot for Class 7 Previously Settled Environmental Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.,* | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Ballot for Class 7 Previously Settled Environmental Claims**

> **THE DEADLINE FOR RETURNING THIS BALLOT IS**
> **4:00 P.M., CENTRAL TIME, ON [DATE]**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 7 Previously Settled Environmental Claims against any of the Debtors. Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

> [Creditor Name]
>
> [Claim Amount]
>
> [Name of Debtor]

> PLEASE COMPLETE ITEMS 1 THROUGH 3.   IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**          **Vote.**  The undersigned votes to:

□ **Accept** the Debtors' Plan                          □ **Reject** the Debtors' Plan

**Item 2.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**        **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____          Address:     _____
                         (Print or Type)                                  Street
Signature:        _____                        _____
                                                                         City, State, and Zip Code

Tax ID Number:   _____          Date Completed:  _____

**Item 4.**        **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on** **October 27 2008** (the "Voting Deadline"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

# EXHIBIT B-14

# Ballot for Class 8 Miscellaneous Federal and State Environmental Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 8 Miscellaneous Federal and State Environmental Claims**

> **THE DEADLINE FOR RETURNING THIS BALLOT IS**
> **4:00 P.M., CENTRAL TIME, ON [DATE]**

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 8 Miscellaneous Federal and State Environmental Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote. Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

> [Creditor Name]
>
> [Claim Amount]
>
> [Name of Debtor]

> PLEASE  COMPLETE  ITEMS  1  THROUGH  3.   IF  NEITHER  THE  "ACCEPT"  NOR  "REJECT"  BOX  IS
> CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW,
> THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**        **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.**        **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**         **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.

Name of Creditor: _____          Address: _____

                          (Print or Type)          Street

Signature: _____

                                                                City, State, and Zip Code

Tax ID Number: _____          Date Completed: _____

**Item 4.**         **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on October 27 2008** (the "Voting Deadline"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

# EXHIBIT B-15

# Ballot for Class 9 Residual Environmental Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.,*** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 9 Residual Environmental Claims**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 9 Residual Environmental Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

---

[Creditor Name]

[Claim Amount]

[Name of Debtor]

---

PLEASE  COMPLETE  ITEMS  1  THROUGH  3.   IF  NEITHER  THE  "ACCEPT"  NOR  "REJECT"  BOX  IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.** 	**Vote.**  The undersigned votes to:

&#9633; **Accept** the Debtors' Plan 	&#9633; **Reject** the Debtors' Plan

**Item 2.** 	**Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**          **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____          Address:          _____
                    (Print or Type)                                                                Street

Signature:          _____                              _____
                                                                                                       City, State, and Zip Code

Tax ID Number:    _____          Date Completed:    _____


**Item 4.**          **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on October 27 2008** (the "Voting Deadline"):

<div align="center">

ASARCO Balloting

c/o AlixPartners, LLP

2100 McKinney Avenue, Suite 800

Dallas, TX  75201

</div>


In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

# EXHIBIT B-16

# Ballot for Class 10 Late-Filed Claims

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 10 Late-Filed Claims**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 10 Late-Filed Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

---

[Creditor Name]

[Claim Amount]

[Name of Debtor]

---

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**          **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**  **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor: _____          Address: _____
                          (Print or Type)                                                     Street

Signature: _____                              _____
                                                                                                   City, State, and Zip Code

Tax ID Number: _____          Date Completed: _____

**Item 4.**  **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on October 27 2008** (the "Voting Deadline"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

# EXHIBIT B-17

# Ballot for Class 11 Subordinated Claims

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, _et al.,_** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 11 Subordinated Claims**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 11 Subordinated Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

---

[Creditor Name]

[Claim Amount]

[Name of Debtor]

---

PLEASE  COMPLETE  ITEMS  1  THROUGH  3.   IF  NEITHER  THE  "ACCEPT"  NOR  "REJECT"  BOX  IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.** **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.** **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**        **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____        Address:    _____
                      (Print or Type)                                           Street
Signature:    _____        _____
                                                                             City, State, and Zip Code

Tax ID Number:   _____        Date Completed:   _____

**Item 4.**        **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on <u>October 27 2008</u>** (the "<u>Voting Deadline</u>"):

<p style="text-align:center">ASARCO Balloting<br/>c/o AlixPartners, LLP<br/>2100 McKinney Avenue, Suite 800<br/>Dallas, TX  75201</p>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

# EXHIBIT B-18

# Ballot for Class 12 Interests in ASARCO

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.*,** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 12 Interests in ASARCO**

<div style="border:1px solid;">

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

</div>

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 12 Interests in ASARCO.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

<div style="border:1px solid;">

[Creditor Name]

[Claim Amount]

[Name of Debtor]

</div>

<div style="border:1px solid;">

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

</div>

**Item 1.**          **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

| | |
|---|---|
| _____ Debtors' Plan | |
| _____ Grupo Plan | |

**Item 3.**        **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____        Address: _____
                 (Print or Type)                                Street

Signature: _____                              _____
                                                                 City, State, and Zip Code

Tax ID Number: _____        Date Completed: _____

**Item 4.**        **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on** <u>**October 27 2008**</u> (the "<u>Voting Deadline</u>"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

# EXHIBIT B-19

# Ballot for Class 13 Interests in the Asbestos Subsidiary Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 13 Interests in the Asbestos Subsidiary Debtors**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 13 Interests in the Asbestos Subsidiary Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

---

[Creditor Name]

[Claim Amount]

[Name of Debtor]

---

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**          **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                              ☐ **Reject** the Debtors' Plan

**Item 2.**          **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

---

_____ Debtors' Plan

_____ Grupo Plan

---

**Item 3.**        **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor:_____        Address:        _____
                            (Print or Type)                                                          Street
Signature:        _____
                                                                                                    _____
                                                                                                    City, State, and Zip Code

Tax ID Number:        _____        Date Completed:        _____

**Item 4.**        **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on <u>October 27 2008</u>** (the "<u>Voting Deadline</u>"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

# EXHIBIT B-20

# Ballot for Class 14 Interests in the
# Other Subsidiary Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC**, *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Ballot for Class 14 Interests in the Other Subsidiary Debtors**

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for Persons who hold Class 14 Interests in the Other Subsidiary Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

Based on the procedures set forth in the Solicitation and Tabulation Procedures, the Balloting Agent's records indicate that you are the holder of the Claim in the box below:

---

[Creditor Name]

[Claim Amount]

[Name of Debtor]

---

PLEASE COMPLETE ITEMS 1 THROUGH 3.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED.

**Item 1.**        **Vote.**  The undersigned votes to:

☐ **Accept** the Debtors' Plan                    ☐ **Reject** the Debtors' Plan

**Item 2.**        **Preference Election.**  Please indicate your preference between the Debtors' Plan and the Grupo Plan in order of priority below.  Number 1 indicates the plan that you prefer the most.

---

_____ Debtors' Plan

_____ Grupo Plan

---

**Item 3.**      **Creditor Information and Signature.**  By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Disclosure Statements.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*** *that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Name of Creditor: _____          Address: _____
                   (Print or Type)                           Street

Signature: _____                          _____
                                                             City, State, and Zip Code

Tax ID Number: _____          Date Completed: _____

**Item 4.**      **Return Your Ballot.**  You must return this Ballot to the Balloting Agent at the following address so that it is *physically* received by no later than **4:00 p.m. Central Time on October 27 2008** (the "Voting Deadline"):

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

In order to have your vote count, you must sign and return the Ballot to the Balloting Agent by the Voting Deadline.  You may return your Ballot by mail, hand delivery, or overnight courier. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

# EXHIBIT B-21

# Master Ballot for $100,000,000 ASARCO Incorporated 7.875% Debentures due 2013

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No. 05-21207** |
| | § | |
| **ASARCO LLC, *et al.*,** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees**
**for Beneficial Owners of $100,000,000 ASARCO Incorporated 7.875% Debentures due 2013**

All capitalized terms not defined in this Master Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.: _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $100,000,000 ASARCO Incorporated 7.875% Debentures due 2013 issued by ASARCO LLC ("7.875% Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan proposed in the above-captioned bankruptcy cases.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN. HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE 7.875% DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE. YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1.  Tabulation of Beneficial Owner Voting.**  The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | **No. of Acceptances** | **Aggregate Claim Amount** | **No. of Rejections** | **Aggregate Claim Amount** | **No. of Preferences** | **Aggregate Claim Amount** |
| Debtors' Plan | | | | | | |
| Grupo Plan | ███████ | ███████ | ███████ | ███████ | | |

**Item 2. Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of 7.875% Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of 7.875% Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3. Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4. Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the 7.875% Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the 7.875% Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.

| | |
|---|---|
| _____ | _____ |
| Name | Street Address |
| _____ | _____ |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| _____ | _____ |
| Signature | Telephone Number |
| _____ | _____ |
| If by Authorized Agent, Name and Title | Date Completed |
| _____ | _____ |
| Name of Institution | Participant Number |

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE MASTER BALLOT

1.      If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees) and then to the Balloting Agent) before the Voting Deadline.

2.      Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "<u>Balloting Agent</u>") at the following address:

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "<u>Voting Deadline</u>").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.      The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of 7.875% Debentures should not surrender certificates representing their 7.875% Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.      With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.      If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any 7.875% Debentures and you wish to vote such 7.875% Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to the Voting Instructions.

6.      Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.      Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of 7.875% Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical registration, only list that customer once in the schedule requested by Item 2.  The total principal amount of

all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.    A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan.  An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast.  A beneficial owner may not split its vote.  Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.    No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation.  Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients.  For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10.   This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE).  YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-22

## Master Ballot for $150,000,000 ASARCO Incorporated 8.50% Debentures due 2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| ASARCO LLC, *et al.,* | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees**
**for Beneficial Owners of $150,000,000 ASARCO Incorporated 8.50% Debentures due 2025**

All capitalized terms not defined in this Master Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.: _____

> **THE DEADLINE FOR RETURNING THIS BALLOT IS**
> **4:00 P.M., CENTRAL TIME, ON [DATE]**

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $150,000,000 ASARCO Incorporated 8.50% Debentures due 2025 issued by ASARCO LLC ("8.50% Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan proposed in the above-captioned bankruptcy cases.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN. HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE 8.50% DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE. YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1. Tabulation of Beneficial Owner Voting.** The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | No. of Acceptances | Aggregate Claim Amount | No. of Rejections | Aggregate Claim Amount | No. of Preferences | Aggregate Claim Amount |
| Debtors' Plan | | | | | | |
| Grupo Plan | | | | | | |

**Item 2.  Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of 8.50% Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of 8.50% Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3.  Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4.  Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the 8.50% Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the 8.50% Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.

_____
Name

_____
Social Security or Federal Tax I.D. No.

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Participant Number

**VOTING INFORMATION AND INSTRUCTIONS
FOR COMPLETING THE MASTER BALLOT**

1.  If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees and then to the Balloting Agent) before the Voting Deadline.

2.  Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "<u>Balloting Agent</u>") at the following address:

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "<u>Voting Deadline</u>").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.  The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of 8.50% Debentures should not surrender certificates representing their 8.50% Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.  With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.  If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any 8.50% Debentures and you wish to vote such 8.50% Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to Joint Voting Instructions.

6.  Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.  Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of 8.50% Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical registration, only list that customer once in the schedule requested by Item 2.  The total principal amount of

all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.      A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan.  An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast.  A beneficial owner may not split its vote.  Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.      No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation.  Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients.  For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10.     This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE).  YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-23

## Master Ballot for $71,900,000 Industrial Development Authority of the County of Gila, Arizona Debentures due 2027

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees for Beneficial Owners of $71,900,000 Industrial Development Authority of the County of Gila, Arizona Debentures due 2027**

All capitalized terms not defined in this Master Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.: _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $71,900,000 Industrial Development Authority of the County of Gila, Arizona Debentures due 2027 issued by ASARCO LLC ("$71,900,000 Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN. HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $71,900,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE. YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1. Tabulation of Beneficial Owner Voting.** The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | **No. of Acceptances** | **Aggregate Claim Amount** | **No. of Rejections** | **Aggregate Claim Amount** | **No. of Preferences** | **Aggregate Claim Amount** |
| Debtors' Plan | | | | | | |
| Grupo Plan | | | | | | |

**Item 2.  Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of $71,900,000 Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of $71,900,000 Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3.  Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4.  Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the $71,900,000 Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the $71,900,000 Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.

|  |  |
|---|---|
| _____ | _____ |
| Name | Street Address |
| _____ | _____ |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| _____ | _____ |
| Signature | Telephone Number |
| _____ | _____ |
| If by Authorized Agent, Name and Title | Date Completed |
| _____ | _____ |
| Name of Institution | Participant Number |

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE MASTER BALLOT

1.     If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees and then to the Balloting Agent) before the Voting Deadline.

2.     Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "Balloting Agent") at the following address:

<div align="center">

ASARCO Balloting

c/o AlixPartners, LLP

2100 McKinney Avenue, Suite 800

Dallas, TX  75201

</div>

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "Voting Deadline").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.     The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of $71,900,000 Debentures should not surrender certificates representing their $71,900,000 Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.     With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.     If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any $71,900,000 Debentures and you wish to vote such $71,900,000 Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to the Voting Instructions.

6.     Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.     Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of $71,900,000 Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical

registration, only list that customer once in the schedule requested by Item 2.  The total principal amount of all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.      A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan.  An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast.  A beneficial owner may not split its vote.  Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.      No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation.  Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients.  For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10.     This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE). YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-24

# Master Ballot for $33,160,000 Lewis and Clark County, Montana Debentures due 2027

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees**
**for Beneficial Owners of $33,160,000 Lewis and Clark County, Montana Debentures due 2027**

All capitalized terms not defined in this Master Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.:  _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $33,160,000 Lewis and Clark County, Montana Debentures due 2027 issued by ASARCO LLC ("$33,160,000 Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan proposed in the above-captioned bankruptcy cases.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $33,160,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE.  YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1.  Tabulation of Beneficial Owner Voting.**  The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | No. of Acceptances | Aggregate Claim Amount | No. of Rejections | Aggregate Claim Amount | No. of Preferences | Aggregate Claim Amount |
| Debtors' Plan | | | | | | |
| Grupo Plan | ▮ | ▮ | ▮ | ▮ | | |

**Item 2.  Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of $33,160,000 Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of $33,160,000 Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3.  Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4.  Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the $33,160,000 Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the $33,160,000 Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.

_____          _____
Name                                                          Street Address

_____          _____
Social Security or Federal Tax I.D. No.                    City, State, Zip Code

_____          _____
Signature                                                     Telephone Number

_____          _____
If by Authorized Agent, Name and Title                    Date Completed

_____          _____
Name of Institution                                           Participant Number

**VOTING INFORMATION AND INSTRUCTIONS
FOR COMPLETING THE MASTER BALLOT**

1.      If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees and then to the Balloting Agent) before the Voting Deadline.

2.      Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "Balloting Agent") at the following address:

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "Voting Deadline").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.      The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of $33,160,000 Debentures should not surrender certificates representing their $33,160,000 Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.      With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.      If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any $33,160,000 Debentures and you wish to vote such $33,160,000 Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to the Voting Instructions.

6.      Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.      Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of $33,160,000 Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical

registration, only list that customer once in the schedule requested by Item 2.  The total principal amount of all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.      A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan.  An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast.  A beneficial owner may not split its vote.  Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.      No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation.  Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients.  For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10.     This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE). YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-25

## Master Ballot for $27,740,000
## Nueces River Authority Debentures due 2027

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.,*** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees**
**for Beneficial Owners of $27,740,000 Nueces River Authority Debentures due 2027**

All capitalized terms not defined in this Mater Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.:  _____

```
┌─────────────────────────────────────────────────────────┐
│        THE DEADLINE FOR RETURNING THIS BALLOT IS         │
│        4:00 P.M., CENTRAL TIME, ON [DATE]                │
└─────────────────────────────────────────────────────────┘
```

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $27,740,000 Nueces River Authority Debentures due 2027 issued by ASARCO LLC ("$27,740,000 Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan proposed in the above-captioned bankruptcy cases.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $27,740,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE.  YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1.  Tabulation of Beneficial Owner Voting.**  The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | **No. of Acceptances** | **Aggregate Claim Amount** | **No. of Rejections** | **Aggregate Claim Amount** | **No. of Preferences** | **Aggregate Claim Amount** |
| Debtors' Plan | | | | | | |
| Grupo Plan | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | | |

**Item 2.  Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of $27,740,000 Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of $27,740,000 Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3.  Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4.  Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the $27,740,000 Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the $27,740,000 Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.

| | |
|---|---|
| _____ | _____ |
| Name | Street Address |
| _____ | _____ |
| Social Security or Federal Tax I.D. No. | City, State, Zip Code |
| _____ | _____ |
| Signature | Telephone Number |
| _____ | _____ |
| If by Authorized Agent, Name and Title | Date Completed |
| _____ | _____ |
| Name of Institution | Participant Number |

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE MASTER BALLOT

1.      If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees and then to the Balloting Agent) before the Voting Deadline.

2.      Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "Balloting Agent") at the following address:

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "Voting Deadline").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.      The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of $27,740,000 Debentures should not surrender certificates representing their $27,740,000 Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.      With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.      If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any $27,740,000 Debentures and you wish to vote such $27,740,000 Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to the Voting Instructions.

6.      Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.      Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of $27,740,000 Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical

registration, only list that customer once in the schedule requested by Item 2.  The total principal amount of all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.      A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan.  An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast.  A beneficial owner may not split its vote.  Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.      No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation.  Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients.  For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10.     This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE).  YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-26

## Master Ballot for $34,800,000
## Lewis & Clark County, Montana Debentures due 2033

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees**
**for Beneficial Owners of $34,800,000 Lewis & Clark County, Montana Debentures due 2033**

All capitalized terms not defined in this Master Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.: _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS**
**4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $34,800,000 Lewis & Clark County, Montana Debentures due 2033 issued by ASARCO LLC ("$34,800,000 Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan proposed in the above-captioned bankruptcy cases.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN. HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $34,800,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE. YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1. Tabulation of Beneficial Owner Voting.** The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | **No. of Acceptances** | **Aggregate Claim Amount** | **No. of Rejections** | **Aggregate Claim Amount** | **No. of Preferences** | **Aggregate Claim Amount** |
| Debtors' Plan | | | | | | |
| Grupo Plan | | | | | | |

**Item 2.  Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of $34,800,000 Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of $34,800,000 Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3.  Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4.  Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the $34,800,000 Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the $34,800,000 Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.


_____           _____
            Name                                        Street Address


_____           _____
Social Security or Federal Tax I.D. No.                City, State, Zip Code


_____           _____
          Signature                                    Telephone Number


_____           _____
If by Authorized Agent, Name and Title                Date Completed


_____           _____
      Name of Institution                             Participant Number

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE MASTER BALLOT

1.      If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees and then to the Balloting Agent) before the Voting Deadline.

2.      Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "<u>Balloting Agent</u>") at the following address:

<div align="center">

ASARCO Balloting

c/o AlixPartners, LLP

2100 McKinney Avenue, Suite 800

Dallas, TX  75201

</div>

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "<u>Voting Deadline</u>").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.      The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of $34,800,000 Debentures should not surrender certificates representing their $34,800,000 Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.      With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.      If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any $34,800,000 Debentures and you wish to vote such $34,800,000 Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to the Voting Instructions.

6.      Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.      Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of $34,800,000 Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical

registration, only list that customer once in the schedule requested by Item 2. The total principal amount of all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.  A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan. An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast. A beneficial owner may not split its vote. Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.  No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation. Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients. For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10. This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE). YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-27

# Master Ballot for $22,200,000
# Nueces River Authority Debentures due 2018

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.  05-21207 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**Master Ballot for Use by Brokers, Banks, Dealers, and Other Agents or Nominees
for Beneficial Owners of $22,200,000 Nueces River Authority Debentures due 2018**

All capitalized terms not defined in this Master Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

CUSIP NO.:  _____

---

**THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON [DATE]**

---

This Master Ballot is to be used by brokers, banks, dealers, or other agents or nominees for summarizing votes cast by beneficial owners holding $22,200,000 Nueces River Authority Debentures due 2018  issued by ASARCO LLC ("$22,200,000 Debentures"), or nominees of such beneficial owners for which you are a nominee, to accept or reject the Debtors' Plan proposed in the above-captioned bankruptcy cases.

**THIS MASTER BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE DEBTORS' PLAN.  HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $22,200,000 DEBENTURES AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

**IF YOU ARE AN INTERMEDIARY BROKER, PROXY AGENT, OR OTHER INTERVENING NOMINEE, YOU ARE REQUIRED TO COMPLETE THIS MASTER BALLOT AND DELIVER IT TO YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE.  YOU SHOULD RETURN THIS MASTER BALLOT SO AS TO ALLOW ADDITIONAL TIME FOR ALL BALLOTS TO BE DELIVERED BY YOUR BROKER, PROXY INTERMEDIARY, OR OTHER NOMINEE TO THE BALLOTING AGENT (OR TO ANY FURTHER INTERMEDIARY NOMINEES, AND THEN TO THE BALLOTING AGENT) BY THE VOTING DEADLINE.**

**PLEASE READ THE ATTACHED VOTING INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**Item 1.  Tabulation of Beneficial Owner Voting.**  The undersigned certifies that the chart below is accurate and complete:

| Plan | Acceptance | | Rejections | | Preference | |
|---|---|---|---|---|---|---|
| | No. of Acceptances | Aggregate Claim Amount | No. of Rejections | Aggregate Claim Amount | No. of Preferences | Aggregate Claim Amount |
| Debtors' Plan | | | | | | |
| Grupo Plan | ██████ | ██████ | ██████ | ██████ | | |

**Item 2.  Beneficial Owner Information.**  The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial owners of $22,200,000 Debentures as identified by their respective account numbers, that have delivered duly completed Individual Ballot to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to accept or reject the Debtors' Plan.

(Please complete the information requested below.  Attach additional sheets and print landscape if necessary.)

| Customer Account Number for Each Beneficial Owner: | Principal Amount of $22,200,000 Debentures Voted (in thousands): | | | |
|---|---|---|---|---|
| | To Accept the Debtors' Plan | To Reject the Debtors' Plan | That Prefer the Debtors' Plan | That Prefer the Grupo Plan |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| Total: | | | | |

**Item 3.  Additional Certifications.**  Except in the case of a vote recorded in a Master Ballot received from an intermediary, the undersigned certifies that each beneficial owner whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statements and the other applicable solicitation materials and that the Individual Ballot received from each beneficial owner or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

**Item 4.  Registered Owner.**  The undersigned certifies that it is either:  the registered owner in its own name or through a position held at a securities depository of the $22,200,000 Debentures identified in Item 2 above; or is an intermediary nominee on account of a beneficial holder of the $22,200,000 Debentures, in which case such party should complete this Master Ballot and forward it to such party's nominee intermediary, who represents such party's interests.

_____          _____
            Name                                          Street Address

_____          _____
Social Security or Federal Tax I.D. No.            City, State, Zip Code

_____          _____
          Signature                                     Telephone Number

_____          _____
If by Authorized Agent, Name and Title              Date Completed

_____          _____
     Name of Institution                            Participant Number

**VOTING INFORMATION AND INSTRUCTIONS**
**FOR COMPLETING THE MASTER BALLOT**

1.      If you are not either a registered holder or a beneficial holder, but, instead, are an intermediary broker, proxy, or other intervening nominee, you are required to complete this Master Ballot and deliver it to your broker, proxy intermediary, or other nominee (and disregard instructions to the contrary herein).  You should return this Master Ballot so as to allow additional time for all Ballots to be processed and then delivered by your nominee to the Balloting Agent (or, if applicable, to further intermediary nominees and then to the Balloting Agent) before the Voting Deadline.

2.      Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by first-class mail, overnight courier, or personal delivery to AlixPartners, LLP (the "Balloting Agent") at the following address:

<div align="center">

ASARCO Balloting
c/o AlixPartners, LLP
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

</div>

**Master Ballots must be *received* by the Balloting Agent by 4:00 p.m., Central Time, on [DATE] (the "Voting Deadline").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.

3.      The attached Master Ballot is not a letter of transmittal and may not be used for any purpose other than to transmit votes to accept or reject the Debtors' Plan.  *Holders of $22,200,000 Debentures should not surrender certificates representing their $22,200,000 Debentures at this time, and neither the Debtors nor the Balloting Agent will accept delivery of any such certificates transmitted together with a Master Ballot.*  Surrender of securities for exchange pursuant to a plan may be made only pursuant to a letter of transmittal, which will be furnished by the Debtors (or their agent) after confirmation of such plan by the Bankruptcy Court.

4.      With respect to any Individual Ballots or Master Ballots returned to you by a beneficial owner or intermediary nominee, you must complete a Master Ballot, return it to the Balloting Agent and retain such Individual Ballots and Master Ballots for inspection for a period of one year following the Effective Date of whichever plan is Confirmed.

5.      If, in addition to acting as broker, bank, dealer, or agent or other nominee, you also are a beneficial owner of any $22,200,000 Debentures and you wish to vote such $22,200,000 Debentures beneficially held by you, you may either complete an Individual Ballot or add your vote to the attached Master Ballot.  If you choose to complete an Individual Ballot, please refer to the Voting Instructions.

6.      Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement rather than supersede earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Supplemental Master Ballot" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

7.      Please note that Item 2 of the Master Ballot requests that you transcribe information or attach a schedule to the Master Ballot in the indicated format providing information for each individual beneficial owner of $22,200,000 Debentures on whose behalf you are executing a Master Ballot.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner (or, if applicable, the customer account number assigned to the beneficial owner by his/her/its immediate nominee).  If a single customer has more than one account with the identical

registration, only list that customer once in the schedule requested by Item 2.  The total principal amount of all accounts voted with respect to a single customer should be listed in a single schedule entry, so that each line will represent a different beneficial owner.

8.       A beneficial owner may vote on the Debtors' Plan and indicate his, her, or its preference between the Debtors' Plan and the Grupo Plan.  An Individual Ballot that is not signed is not valid and should not be counted on the Master Ballot as having been cast.  A beneficial owner may not split its vote.  Accordingly, (i) each beneficial owner shall have a single vote for the Debtors' Plan, (ii) the full amount of the beneficial owner's holdings of 7.875% Debentures according to your records or such lesser amount identified by the beneficial holder on its Individual Ballot shall be deemed to have been voted either to accept or reject the Debtors' Plan, and (iii) any Individual Ballot that partially rejects and partially accepts the Debtors' Plan shall not be counted.

9.       No fees or commissions or other remuneration will be payable to any broker, bank, dealer, or other person in connection with this solicitation.  Upon written request, however, the Debtors will reimburse you for customary mailing and handling expenses incurred by you in forwarding Individual Ballots and accompanying Solicitation Packages to your clients.  For additional copies of Solicitation Packages for the purposes of distributing same to beneficial holders or others for which you are a nominee, at no cost to you, write to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, call 1-888-727-9235 or 1-972-535-7137, or email *CMS_Noticing@alixpartners.com* (reference "ASARCO" in subject line).

10.      This Master Ballot does not constitute and shall not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE THE DESIGNATION OF YOU OR ANY OTHER PERSON AS AN AGENT OF ANY OF THE DEBTORS OR THE BALLOTING AGENT OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE SOLICITATION MATERIALS ENCLOSED HEREWITH.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES (AT NO COST TO YOU) OF THE MASTER BALLOT, INDIVIDUAL BALLOTS OR SOLICITATION PACKAGES, INCLUDING THE PLANS AND THE DISCLOSURE STATEMENT, WRITE TO ASARCO BALLOTING, C/O ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALL 1-888-727-9235 OR 1-972-535-7137 OR EMAIL *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN SUBJECT LINE).  YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

# EXHIBIT B-28

## Master Ballot for Class 5 Unsecured Asbestos Personal Injury Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No.  05-21207** |
| | § | |
| **ASARCO LLC, *et al.,*** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

<u>**Master Ballot for Attorneys Voting Class 5 Unsecured Asbestos Personal Injury Claims**</u>

All capitalized terms not defined in this Ballot are defined in the "<u>Solicitation and Tabulation Procedures</u>" enclosed herewith in the Solicitation Package.

This Master Ballot is for attorneys voting on behalf of Persons who hold Class 5 Unsecured Asbestos Personal Injury Claims against any of the Debtors.  Please review the Plans, Disclosure Statements, and Voting Instructions before casting your vote.  Please contact your attorney if you have further questions.

> ***IMPORTANT NOTICE:*  If the Debtors' Plan is confirmed and becomes effective, it will permanently enjoin and bar your clients from pursuing any Unsecured Asbestos Personal Injury Claims against any of the ASARCO Protected Parties.**

<u>**Item 1.**</u>  **Summary of Holders of Unsecured Asbestos Personal Injury Claims.**  Please include with your Master Ballot a summary sheet listing each holder of an Unsecured Asbestos Personal Injury Claim you represent with each of the following:

> (i) name (with first name, last name, middle initial, and suffix listed in separate columns);

> (ii) last four digits of social security number;

> (iii) date of birth;

> (iv) date of death, if applicable;

> (v) disease type (*i.e.*, mesothelioma, lung cancer 1, lung cancer 2, other cancer, severe asbestosis, asbestosis/pleural disease (level III), asbestosis/pleural disease (level II), or other asbestos disease);

> (vi) the name of the Debtor that the Claim is asserted against;

> (vii) law firm representing the holder;

> (viii) the Claimant's vote; and

> (ix) the Claimant's preference between the Debtors' Plan and the Grupo Plan.

Please submit an electronic version of the summary sheet, preferably in Microsoft Excel format. Alternatively, you may submit a paper version of the summary sheet.

<u>**Item 2.**</u>  **Tabulation of Votes with Respect to Settled Claims.**  Complete the summary chart in <u>Item 2</u> only if you are voting on behalf of holders of settled Unsecured Asbestos Personal Injury Claims.  If you do not represent holders of settled Unsecured Asbestos Personal Injury Claims, then skip to <u>Item 3</u>.  Indicate in

<u>Item 2</u> the aggregate number of settled Unsecured Asbestos Personal Injury Claims within each disease category, accepting or rejecting the Debtors' Plan.  If a Claim falls into more than one category, designate only the most serious disease category.  In the last column, indicate in the appropriate cell the aggregate number of settled Unsecured Asbestos Personal Injury Claims within each disease category that prefer the Debtors' Plan over the Grupo Plan and that prefer the Grupo Plan over the Debtors' Plan.

| Settlement Disease Description | Settlement Amount per Claimant | Plan Proponent | Number of Claimants Accepting the Debtors' Plan | Number of Claimants Rejecting the Debtors' Plan | Preferences between the Plans |
|---|---|---|---|---|---|
| Mesothelioma | | Debtors' Plan | | | |
| | | Grupo Plan | | | |
| Lung Cancer | | Debtors' Plan | | | |
| | | Grupo Plan | | | |
| Other Cancers | | Debtors' Plan | | | |
| | | Grupo Plan | | | |
| Asbestos-Related Non-Malignant Disease | | Debtors' Plan | | | |
| | | Grupo Plan | | | |

<u>Item 3</u>. **Tabulation of Votes with Respect to Unsettled Claims.**  Complete the chart in <u>Item 3</u> only if you are voting on behalf of holders of unsettled Unsecured Asbestos Personal Injury Claims.  Indicate in <u>Item 3</u> the aggregate number of unsettled Unsecured Asbestos Personal Injury Claims within each disease category accepting or rejecting the Debtors' Plan.  Descriptions of the disease categories can be found in the instructions attached to this Master Ballot.  If a Claim falls into more than one category, designate only the most serious disease category.  In the last column, indicate in the appropriate cell the aggregate number of unsettled Unsecured Asbestos Personal Injury Claims within each disease category that prefer the Debtors' Plan over the Grupo Plan and that prefer the Grupo Plan over the Debtors' Plan.

| Category | TDP Disease Description | Plan Proponent | Number of Claimants Accepting the Debtors' Plan | Number of Claimants Rejecting the Debtors' Plan | Preferences between the Plans |
|---|---|---|---|---|---|
| I | Other Asbestos Disease - Cash Discount Payment | Debtors' Plan | | | |
| | | Grupo Plan | | | |
| II | Asbestosis/Pleural Disease | Debtors' Plan | | | |
| | | Grupo Plan | | | |
| III | Asbestosis/Pleural Disease | Debtors' Plan | | | |
| | | Grupo Plan | | | |

| Category | TDP Disease Description | Plan Proponent | Number of Claimants Accepting the Debtors' Plan | Number of Claimants Rejecting the Debtors' Plan | Preferences between the Plans |
|---|---|---|---|---|---|
| IV | Severe Asbestosis | Debtors' Plan | | | |
| | | Grupo Plan | ████████████ | | |
| V | Other Cancer | Debtors' Plan | | | |
| | | Grupo Plan | ████████████ | | |
| VI | Lung Cancer 2 | Debtors' Plan | | | |
| | | Grupo Plan | ████████████ | | |
| VII | Lung Cancer 1 | Debtors' Plan | | | |
| | | Grupo Plan | ████████████ | | |
| VIII | Mesothelioma | Debtors' Plan | | | |
| | | Grupo Plan | ████████████ | | |

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury*, as an officer of the court and on behalf of the law firm listed below, that (i) the information on the Claimant list provided pursuant to Item 1 is true and correct, (ii) I am a licensed attorney, (iii) I have full authority under applicable law to vote each Claim voted through this Ballot and (iv) upon court order, I will provide evidence of such authority.

Attorney: _____     Address: _____

(Print or Type)                                              Street

On Behalf of: _____     _____

(Name of Law Firm)                                      City, State, and Zip Code

Signature: _____     Date Completed: _____

State Bar No.: _____

**VOTING INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT**
**FOR HOLDERS OF CLASS 5 UNSECURED ASBESTOS PERSONAL INJURY CLAIMS**

1.      On _____, 2008, the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (the "Court") entered an order (the "Disclosure Order") approving, among other things:  (i) the Debtors' Disclosure Statement as providing adequate information for holders of Claims against, or Interests in, the Debtors to make a decision as to whether to accept or reject the Debtors' Plan and (ii) establishing procedures for confirmation (the "Solicitation and Tabulation Procedures").  The Solicitation and Tabulation Procedures are annexed as Exhibit A to the Disclosure Order, which accompanies the Master Ballot.  **SECTION 4(c) OF THE SOLICITATION AND TABULATION PROCEDURES SETS FORTH THE PROCEDURES FOR COMPLETING THE MASTER BALLOT.  PLEASE READ THE PLANS, THE DISCLOSURE STATEMENT, AND THE SOLICITATION AND TABULATION PROCEDURES CAREFULLY BEFORE COMPLETING THE MASTER BALLOT.**

2.      The Master Ballot is to be used by counsel to holders of Class 5 Unsecured Asbestos Personal Injury Claims who are authorized to vote on behalf of those clients to accept or reject the Debtors' Plan.  You may be required to provide evidence of authorization to vote.  The Master Ballot may not be used for any purpose other than to transmit the votes to accept or reject the Debtors' Plan.

3.      Holders of Claims in Class 5 may vote on the Debtors' Plan and indicate a preference between the Debtors' Plan and the Grupo Plan.  A plan will be accepted by Class 5 if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in Class 5 voting on such plan.  Further, in order for the Permanent Channeling Injunction and the Asbestos Insurance Company Injunction to become effective, at least 75% of the holders of Claims in Class 5 actually voting on the Debtors' Plan vote to accept the Debtors' Plan.  If one of the Plans is confirmed by the Court, all holders of Interests in, and any and all other holders of Claims against, the Debtors will be bound by the confirmed plan and the transactions contemplated thereby.

4.      To have the votes reflected on the Master Ballot counted, the Master Ballot must be completed, signed, and returned so that it is received by AlixPartners, LLP (the "Balloting Agent"), **no later than 4:00 p.m. Central Time on October 27, 2008**, unless such time is extended by the Debtors, in their sole discretion, in writing (the "Voting Deadline").  Deliveries of Master Ballots by mail, hand delivery, or overnight courier to the Balloting Agent should be sent to:

**ASARCO Balloting**
**c/o AlixPartners, LLP**
**2100 McKinney Avenue, Suite 800**
**Dallas, TX  75201**

**MASTER BALLOTS WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE, OR OTHER ELECTRONIC MEANS, INCLUDING EMAIL.   BALLOTS DELIVERED TO THE BANKRUPTCY COURT, THE DEBTORS OR ANY PERSON OTHER THAN ALIXPARTNERS, LLP WILL NOT BE COUNTED.**

5.      Multiple Master Ballots may be completed and delivered to the Balloting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of votes reflected by other Master Ballots.  If two or more duplicative Master Ballots are inconsistent, the last duplicative Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, govern unless otherwise ordered by the Court.  If more than one Master Ballot is submitted and the last Master Ballot(s) supplement(s) rather than duplicate(s) earlier Master Ballot(s), please designate the subsequent Master Ballot(s) as a "Supplemental Master Ballot" and clearly mark which of those votes reflected thereon are additional votes.

6.      To properly complete the Master Ballot, you must follow the procedures described below:

a.   Item 1 of the Master Ballot requires that you prepare a summary sheet, listing each holder of an Unsecured Asbestos Personal Injury Claim you represent, which shall become an exhibit to the Master Ballot (the "Exhibit").   The Exhibit must list in separate columns the following information for each holder of an Unsecured Asbestos Personal Injury Claim on whose behalf you are voting:  (i) name (with first name, last name, middle initial, and suffix listed in separate columns); (ii) last four digits of social security number; (iii) date of birth; (iv) date of death, if applicable; (v) disease type (*i.e.*, mesothelioma, lung cancer 1, lung cancer 2, other cancer, severe asbestosis, asbestosis/pleural disease (level III), asbestosis/pleural disease (level II), or other asbestos disease); (vi) the name of the Debtor that the Claim is asserted against; (vii) law firm representing the holder; (viii) the Claimant's vote; and (ix) the Claimant's preference between the Debtors' Plan and the Grupo Plan.   The Exhibit should be in substantially the same form as attached to these Voting Instructions for the Class 5 Master Ballot;

b.   If you do not represent any holders of settled Unsecured Asbestos Personal Injury Claims, you may skip to Item 3 on the Master Ballot.   Item 2 of the Master Ballot asks you to indicate the aggregate number of holders of settled Unsecured Asbestos Personal Injury Claims listed on the Exhibit that accept or reject the Debtors' Plan.   You must also indicate the aggregate number of holders of settled Unsecured Asbestos Personal Injury Claims that prefer the Debtors' Plan over the Grupo Plan and that prefer the Grupo Plan over the Debtors' Plan.   Item 2 requires you to complete the summary of votes by disease category set forth therein;

c.   Item 3 of the Master Ballot asks you to indicate the aggregate number of holders of unsettled Unsecured Asbestos Personal Injury Claims listed on the Exhibit that accept or reject the Debtors' Plan.   You must also indicate the aggregate number of holders of unsettled Unsecured Asbestos Personal Injury Claims that prefer the Debtors' Plan over the Grupo Plan and that prefer the Grupo Plan over the Debtors' Plan.   Item 3 requires you to complete the summary of votes by disease category.   The disease categories are as follows:

[TO COME]

d.   Item 4 contains certifications, under penalty of perjury, which are required for you to submit a vote on behalf of one or more holders of Unsecured Asbestos Personal Injury Claim.   Please ensure that you have read and understood the certifications prior to signing the Master Ballot.  **If you are unable to make the certification as to the authority to vote on behalf of any holder of an Unsecured Asbestos Personal Injury Claim, you must either (i) within five (5) business days after the mailing of the Solicitation Package, furnish the Balloting Agent with the names and addresses of any such holder(s), to whom the Balloting Agent will send copies of the Solicitation Package, including Ballots, or (ii) transmit such Solicitation Package to any such clients directly.**  If you chose to transmit the Solicitation Packages to your clients directly, the Debtors will reimburse you for the actual postage incurred upon submission of evidence of reasonable postage expenses;

e.   sign and date your Master Ballot;

f.   provide your name and mailing address;

g.   contact the Balloting Agent if you need any addition information; and

h.   return the completed, executed Master Ballot and an electronic version of the Exhibit, preferably in Excel format, so as to be received by the Balloting Agent before the Voting Deadline of **4:00 p.m. Central Time on October 27, 2008.**  Although an electronic version of the Exhibit is preferred, you may submit a paper version of the Exhibit.

**IF YOU HAVE ANY QUESTIONS CONCERNING THE SOLICITATION AND TABULATION PROCEDURES OR HOW TO PROPERLY COMPLETE THE MASTER BALLOT, OR IF YOU DID NOT**

**RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLANS, OR SOLICITATION AND TABULATION PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE BALLOTING AGENT BY WRITING TO ASARCO BALLOTING, c/o ALIXPARTNERS, LLP, 2100 MCKINNEY AVENUE, SUITE 800, DALLAS, TEXAS 75201, CALLING 1-888-727-9235 OR 1-972-535-7137, OR EMAILING AT *CMS_NOTICING@ALIXPARTNERS.COM* (REFERENCE "ASARCO" IN THE SUBJECT LINE).**

**IF AN ADDITIONAL MASTER BALLOT IS NEEDED <u>DO NOT</u> PHOTOCOPY THIS MASTER BALLOT, BUT RATHER, REQUEST AN ADDITIONAL MASTER BALLOT FROM THE BALLOTING AGENT.**

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE AUTHORITY FOR YOU OR ANY OTHER PERSON TO ACT AS THE AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE DEBTORS' PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE ENCLOSED DOCUMENTS.  YOU MAY ALSO OBTAIN ADDITIONAL INFORMATION ON WWW.ASARCOREORG.COM.**

**EXHIBIT FOR CLASS 5 MASTER BALLOT**

| Last Name | First Name and Middle Initial | Suffix | Last four digits of Social Security Number | Date of Birth | Date of Death, if applicable | Disease Type | Debtor that the Claim is asserted against | Plaintiff's Law Firm | Acceptance or Rejection of the Debtors' Plan | Preference Among the Plans |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |