# EXHIBIT A

DAL02:525787.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| **ASARCO LLC,** *et al.,* | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### NOTICE OF SUSPENSION OF THE SOLICITATION PROCEDURES AND BALLOTING ON THE DEBTORS' AND PARENT'S PLANS OF REORGANIZATION FOR ASARCO LLC AND RELATED DEBTORS

**PLEASE TAKE NOTICE** that on October 20, 2008, the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division ordered the suspension of the solicitation procedures and balloting on the plans of reorganization (the "Plans") filed in the above-referenced bankruptcy cases by ASARCO LLC and its subsidiary debtors and ASARCO Incorporated and Americas Mining Corporation.  Accordingly, all procedures and deadlines related to the voting process set out in the "*Order (i) Approving the Adequacy of the Disclosure Statements in Support of Debtors' Second Amended Joint Plan of Reorganization and Americas Mining Corporation and ASARCO Incorporated's Second Amended Plan of Reorganization and (ii) Establishing Certain Procedures Related to Confirmation*," including, but not limited to, the October 27, 2008 (4:00 p.m. Central Time) deadline for submission of ballots are suspended. **Accordingly, you are not required to complete and submit any ballots you received in connection with voting on the Plans.**

If you have any questions regarding this notice, please contact AlixPartners, LLP by writing to ASARCO Balloting, c/o AlixPartners, LLP, 2100 McKinney Avenue, Suite 800, Dallas, Texas 75201, calling (888) 727-9235 or (972) 535-7137, or e-mailing CMS_Noticing@alixpartners.com (reference "ASARCO" in subject line).