IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| ASARCO LLC, et al., | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

United States District Court
Southern District of Texas
FILED

OCT 2 0 2008

Michael N. Milby, Clerk of Court

Ballot for Beneficial Owners of $22,200,000 Nueces River Authority
5.60% Environmental Revenue Refunding Bonds due 2018

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed herewith in the Solicitation Package.

This Ballot is for beneficial owners of $22,200,000 Nueces River Authority 5.60% Environmental Revenue Refunding Bonds due 2018 issued by ASARCO LLC ("$22,200,000 Bonds"). Please review the Plans, Disclosure Statements, and Joint Voting Instructions before casting your vote. Please contact your attorney if you have further questions.

CUSIP NO.: 670492AE7

THE DEADLINE FOR RETURNING THIS BALLOT IS
4:00 P.M., CENTRAL TIME, ON OCTOBER 27, 2008

This Ballot is submitted to you through your broker, bank, dealer, or other agent or nominee (the "Master Ballot Agent") to solicit your vote to accept or reject the Plans filed in the above-captioned bankruptcy cases.

To have your vote counted, you must complete, sign, and return this Ballot by the deadline indicated above to the Master Ballot Agent in the enclosed envelope.

**THIS BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE PLANS. HOLDERS SHOULD NOT SURRENDER CERTIFICATES REPRESENTING THE $22,200,000 BONDS AT THIS TIME, AND NEITHER THE DEBTORS NOR THEIR BALLOTING AGENT WILL ACCEPT DELIVERY OF ANY SUCH CERTIFICATES.**

PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 THROUGH 4. IF YOU DO NOT VOTE ON EITHER THE DEBTORS' PLAN OR THE PARENT PLAN, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED. YOU MAY VOTE ON ONE PLAN OR BOTH PLANS.

Item 1. **Voting Classification and Amount.** The undersigned is (are) the beneficial owners(s) of $22,200,000 Bonds in an account maintained with the Master Ballot Agent (*i.e.*, the broker, bank, dealer, or other agent or nominee) from which the undersigned received this Ballot in the aggregate unpaid principal balance of:

| $ 25,000 | Edward Jones | Account Number |
|---|---|---|
| (enter amount) | Name of Broker, Bank, Dealer or Other Agent or Nominee | 807-13278-1-4 |

25,000~   Edward Jones

87317 / 1

Item 2. Votes. Indicate your vote to accept or reject with respect to each plan. You may vote on one plan or both plans.

| Plan | Class Treatment | Accept | Reject |
|---|---|---|---|
| Debtors' Plan | Class 4 | ✗ | ☐ |
| Parent Plan | Class 4 | ✗ | ☐ |

Item 3. Preference Election. Please indicate which plan you prefer. Please note that if you do not vote on at least one plan in Item 2, your ballot will not be counted, and therefore your plan preference will be disregarded.

| | |
|---|---|
| __✗__ Debtors' Plan | |
| _____ Parent Plan | |

Item 4. Acknowledgments. By signing this Ballot, the undersigned acknowledge(s) receipt of the Disclosure Statements and the other applicable solicitation materials and certifies (certify) that the undersigned is (are) the Beneficial Owner(s) of the $22,200,000 Bonds voted on this Ballot or otherwise has (have) full power and authority to vote to accept or reject the Plans as indicated on this Ballot on behalf of the Beneficial Owner(s).

If the Claims voted herein are held by more than one Beneficial Owner, all such Beneficial Owners must sign below. Please attach additional signature sheets if more than one Beneficial Owner is voting by means of this Ballot.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

George M. Hopkins
Name

_____
Social Security or Federal Tax I.D. No.

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

1100 Southmont Dr
Street Address

Denton, TX 76205
City, State, Zip Code

(940) 566-8739
Telephone Number

_____
Date Completed

_____
Participant Number