IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2008

Michael N. Milby, Clerk of Court

In re:

ASARCO LLC, et al.

    Debtors.

Chapter 11

Case No. 05-21207

(Jointly Administered)

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

I, Matthew Thiel, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Kazan, McClain, Abrams, Lyons, Greenwood & Harley, 171 Twelfth Street, 3rd Floor, Oakland, California 94607.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The law firm of Kazan, McClain, Abrams, Lyons, Greenwood & Harley has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The undersigned certifies that each creditor named on the attached list has executed an Agreement or Retainer authorizing Kazan, McClain, Abrams, Lyons, Greenwood & Harley to represent the creditor in bankruptcy proceedings.

5. The address for each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos-related personal injury claims. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibit which has not been scanned, but available upon motion and order of the Court.

7. Kazan, McClain, Abrams, Lyons, Greenwood & Harley does not hold any claims against or interest in the Debtor.

8. Kazan, McClain, Abrams, Lyons, Greenwood & Harley will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on October 16, 2008, at Oakland, California.

_____
Matthew Thiel

Verified Statement In Connection with the Representation of Creditors as Required by FRBP Rule 2019
DMAVROGIANIS/379129.1

2

# Exhibit Filed With the Court