

## Second Quarter Results 2009

Mexico City, July 22, 2009 - Grupo México, S.A.B. de C.V. ("Grupo México" - BMV: GMEXICOB) reports its earnings results for the second quarter of 2009 ("2Q09").

### Grupo México
### Financial Highlights in Dollars[1]

- **Consolidated sales** reached $1.059 billion, an increase of 28% over 1Q09 principally due to increases in mining production and improved metals prices. The transportation division reported a 17% increase compared to 1Q09, however this represents a decrease in dollar terms of 20% compared to 2Q08.

- The **cost of sales** was $581 million, 21.5% lower than 2Q08 due to greater productivity and operating efficiency, lower fuel prices (-24%), energy costs (-39%), and costs for repair materials (-12%).

- The **EBITDA** was $443 million, equal to 42% of sales. The EBITDA increased 61% over 1Q09 and decreased 53% compared to 2Q08. The EBITDA for the transportation division reached $71 million.

- **Net consolidated earnings** were $238 million in 2Q09, compared to $19 million reported in 1Q09, representing an increase of 1,187%. However, compared to 2Q08, this figure fell 47%.

- The **total consolidated debt** was $1.670 billion, with a cash balance of $1.416 billion. The majority of this debt is long term; and debt service for the next 12 months amounts only to $46 million.

**Investor Relations:**

Jorge Pulido
(55) 1103-5320

Email
ir@mm.gmexico.com

Website
www.gmexico.com



GMEXICO

### Financial Highlights of Grupo México

| (Thousand US Dollars) | Second Quarter 2009 | Second Quarter 2008 | Variance US$000 | Variance % | January - June 2009 | January - June 2008 | Variance US$000 | Variance % | 1Q09 2009 | Var 2Q - 1Q 09 US$000 | Var 2Q - 1Q 09 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,058,977 | 1,758,211 | (699,234) | (39.8) | 1,883,036 | 3,494,321 | (1,611,285) | (46.1) | 824,059 | 234,918 | 28.5 |
| Cost of Sales | 581,338 | 740,279 | (158,941) | (21.5) | 1,098,323 | 1,415,208 | (316,885) | (22.4) | 516,984 | 64,354 | 12.4 |
| **Operating Income** | **347,103** | **856,014** | **(508,911)** | **(59.5)** | **526,739** | **1,779,817** | **(1,253,078)** | **(70.4)** | **179,638** | **167,465** | **93.2** |
| **EBITDA** | **443,461** | **952,002** | **(508,541)** | **(53.4)** | **720,302** | **1,976,646** | **(1,256,344)** | **(63.6)** | **276,841** | **166,620** | **60.2** |
| Margin EBITDA (%) | 41.9% | 54.1% | | | 38.3% | 56.6% | | | | | |
| **Net Income** | **238,194** | **451,684** | **(213,490)** | **(47.3)** | **256,701** | **904,260** | **(647,559)** | **(71.6)** | **18,509** | **219,685** | **1,187** |
| Earnings Per Share US$ | 0.031 | 0.059 | | | 0.033 | 0.117 | | | 0.002 | | |
| Investments / Capex | 183,982 | 172,113 | 11,869 | 6.9 | 269,488 | 269,766 | (277) | (0.1) | 85,506 | 98,475 | 115.2 |
| Shares Outstanding (000) | 7,686,100 | 7,697,500 | (11,400) | (0.1) | 7,686,100 | 7,697,500 | (11,400) | (0.1) | 7,686,100 | - | |

*As of June 30, 2009



EXHIBIT 48

---

[1] All figures are presented in U.S. dollars ("US$") legal currency of the United States of America ("USA"), under U.S. GAAP, unless otherwise stated.

Second Quarter 2009 Results 

## Highlights

- **Improved Copper Prices.-** At the start of the year, the Company estimated an average copper price for 2009 of $1.75/lb and a cash cost of $0.60/lb. At the close of 1H09, copper price averaged $1.83/lb, backed by significant consumption from China and the recovery of global demand, while the cash cost averaged $0.58, as a result of strict cost control and operating efficiencies. The results for 2Q09 together with the positive trend for copper have improved the Company's future financial expectations.

- **Capital Expenditures.-** Capital expenditures total $269 million at June 30, 2009. The total budget for Tía María is $934 million, of which $187 million has been spent to date. This project is expected to be completed by 2011 and will produce 120,000 tons of copper cathode per year. Additionally, $72.0 million have been invested in the Toquepala expansion. This project will increase annual copper production by 100,000 tons. The investments at the Railroad Division have been mainly to improve tracks and operating safety.

- **Sustainable Development.-** The dust and emissions treatment plant at La Caridad, Sonora was completed in May, representing a total investment of $15 million. The Plant is currently in a test phase and is expected to start operations in July, recovering the investment in less than 12 months. This Plant processes waste from the metallurgic complex and stabilizes this waste in the pits at the SX/EW plant, in addition to recovering metals and values contained within.

- **Infrastructure Projects.-** The works for the construction project of two deviation tunnels on the Río Grijalva that started January 5 has advanced satisfactorily according to schedule. The project reports an advance of 22% to date, and is expected to conclude as planned (July 14, 2010).

- **Divided Payment.-** On July 17, 2009 the Board of Directors authorized a dividend payment in shares at 1 share for every 75 shares, which will be paid in a single installation on August 19, 2009.

- **CFC Resolution.-** On June 9, 2009, the *Comisión Federal de Competencia* ("CFC") (Federal Competition Bureau) confirmed its final judgment finding GMéxico, ITM, and other of its subsidiaries responsible of monopolistic practices and imposed fines related to the merger with Ferrosur. We believe this ruling to be without merit so we will challenge it before the Courts.

Second Quarter 2009 Results 

## Financing

As of June 30, 2009, the financing cost was $59.1 million, 27% less than 2Q08. Interests earned on the investment of available cash reached $55.1 million, which produced a net financing cost of $4.0 million.

### Debt Profile

| (US$000) | As of June 30 2009 | | | 2008 | |
| --- | --- | --- | --- | --- | --- |
| | Gross Debt | Cash & Banks | Net Debt | Gross Debt | Var. Debt |
| Southern Copper Corporation | 1,285,112 | 235,540 | 1,049,572 | 1,294,850 | (0.8) |
| Infraestructura y Transportes México (ITM) | - | 102,935 | (102,935) | - | - |
| GFM - Ferromex | 385,212 | 38,696 | 346,516 | 621,764 | (38.0) |
| Grupo México (Holding) | - | 1,039,379 | (1,039,379) | - | - |
| **Grupo México (Consolidated)** | **1,670,324** | **1,416,550** | **253,774** | **1,916,614** | **(12.9)** |

Ferrosur debt was $146.4 million as of June 30, 2009, which, considering a cash and banks balance of $77.4 million, represents a net debt of $69.0 million.

GMéxico maintains a healthy, long term debt amortization schedule. The first significant amortization is due on 2015 ($200 million).

## Mining Division

### Metals Market

During 2Q09, prices for our metals continued the upward trend that began in 1Q09. The continued restocking of China, and also a significant increase in investment capital into the commodities sector were the primary supporting factors to reach price increases of 81% in copper, 41% in zinc, 88% in lead, and 12% in molybdenum during the first half of the year.

Although we anticipated that metals prices would continue to be volatile during the summer period, we are confident in the positive outlook for copper, as limited offering will be insufficient to supply the eventual recovery of world demand.

### Average Metals Prices

| | | Second Quarter | | Var. | January - June | | Var. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2009 | 2008 | % | 2009 | 2008 | % |
| Copper | ($cts/Pound) | 211.51 | 382.96 | (44.8) | 183.51 | 368.29 | (50.2) |
| Molybdenum | ($dlls/Pound) | 9.10 | 32.76 | (72.2) | 8.93 | 32.89 | (72.9) |
| Zinc | ($cts/Pound) | 66.83 | 95.87 | (30.3) | 60.00 | 103.04 | (41.8) |
| Silver | ($dlls/Ounce) | 13.75 | 17.17 | (19.9) | 13.19 | 17.39 | (24.2) |
| Gold | ($dlls/Ounce) | 921.51 | 895.95 | 2.9 | 915.11 | 911.36 | 0.4 |
| Lead | ($cts/Pound) | 68.00 | 104.64 | (35.02) | 60.25 | 118.06 | (49.0) |
| Sulfuric Acid | ($dlls/Ton) | 51.64 | 107.42 | (51.9) | 49.56 | 90.92 | (45.5) |

Source: Copper, Zinc and Gold - LME; Silver - COMEX;
Molybdenum - Metals Week Dealer Oxide, Sulfuric Acid - SCC

Second Quarter 2009 Results 

## Southern Copper Corporation
### Financial Highlights in Dollars

| (Thousand US Dollars) | Second Quarter 2009 | 2008 | Variance US$000 | % | January - June 2009 | 2008 | Variance US$000 | % |
|---|---|---|---|---|---|---|---|---|
| Sales | 824,509 | 1,461,796 | (637,287) | (43.6) | 1,446,507 | 2,961,002 | (1,514,495) | (51.1) |
| Cost of Sales | 419,476 | 550,458 | (130,982) | (23.8) | 794,931 | 1,071,047 | (276,116) | (25.8) |
| Operating Income | 303,196 | 792,417 | (489,221) | (61.7) | 447,324 | 1,657,127 | (1,209,803) | (73.0) |
| EBITDA | 380,416 | 878,520 | (498,104) | (56.7) | 606,128 | 1,819,752 | (1,213,624) | (66.7) |
| Margin EBITDA (%) | 46.1% | 60.1% | | | 41.9% | 61.5% | | |
| Net Income | 174,968 | 548,467 | (373,499) | (68.1) | 253,660 | 1,113,450 | (859,790) | (77.2) |
| Investments / Capex | 145,509 | 139,872 | 5,637 | 4.0 | 213,889 | 197,822 | 16,068 | 8.1 |

Sales reached $824.5 million in 2Q09, compared to $1.461 billion for the same period in 2008. This decrease was due to lower metals prices. However, this was partially offset by an increase in the sales volumes of all SCC's metal products (copper 6.7%, molybdenum 12.8%, zinc 1.7%, silver 25.7%, sulfuric acid 9.5%, gold 50.6%).

### Mining Production and Sales

| | | Second Quarter 2009 | 2008 | Variance US$000 | % | January - June 2009 | 2008 | Variance US$000 | % |
|---|---|---|---|---|---|---|---|---|---|
| Copper | (m.t.) | | | | | | | | |
| Production | | 119,277 | 117,250 | 2,027 | 1.7 | 239,049 | 245,113 | (6,064) | (2.5) |
| Sales | | 122,893 | 115,187 | 7,706 | 6.7 | 243,157 | 238,021 | 5,136 | 2.2 |
| Molybdenum | (m.t.) | | | | | | | | |
| Production | | 4,389 | 3,897 | 492 | 12.6 | 8,445 | 7,821 | 624 | 8.0 |
| Sales | | 4,411 | 3,909 | 502 | 12.8 | 8,432 | 7,938 | 494 | 6.2 |
| Zinc | (m.t.) | | | | | | | | |
| Production | | 27,644 | 27,566 | 78 | 0.3 | 54,682 | 52,334 | 2,348 | 4.5 |
| Sales | | 25,023 | 24,606 | 417 | 1.7 | 51,855 | 48,412 | 3,443 | 7.1 |
| Silver | (kg.) | | | | | | | | |
| Production | | 104,558 | 95,842 | 8,716 | 9.1 | 202,400 | 191,932 | 10,468 | 5.5 |
| Sales | | 134,095 | 106,712 | 27,383 | 25.7 | 257,302 | 199,681 | 57,621 | 28.9 |
| Sulfuric Acid | (m.t.) | | | | | | | | |
| Production | | 447,142 | 433,994 | 13,148 | 3.0 | 899,367 | 870,920 | 28,447 | 3.3 |
| Sales | | 425,999 | 389,025 | 36,974 | 9.5 | 766,827 | 764,667 | 2,160 | 0.3 |
| Gold | (kg.) | | | | | | | | |
| Production | | 116 | 111 | 5 | 4.2 | 232 | 239 | (7) | (3.1) |
| Sales | | 479 | 318 | 161 | 50.6 | 889 | 624 | 265 | 42.5 |
| Lead | (m.t.) | | | | | | | | |
| Production | | 5,910 | 5,319 | 591 | 11.1 | 11,238 | 10,484 | 754 | 7.2 |
| Sales | | 1,237 | 4,713 | (3,476) | (73.8) | 9,038 | 9,853 | (815) | (8.3) |

The quarterly production at our smelters and refineries reported significant increases in all metals compared to 2Q08, as a result of our cost reduction program and the implementation of operating efficiencies.

Second Quarter 2009 Results

Copper production during the 2Q09 was 119,277 tons, representing an increase of 1.7% over 2Q08. This increase was mainly the result of higher production at La Caridad mine (+2,479 tons) and at Toquepala mine (+3,131 tons), due to better ore grades and recovery at both mines.

Molybdenum production continues to increase. Production was 4,389 tons in 2Q09, compared to a production of 3,897 tons in 2Q08. This 12.6% increase was due to higher ore grade and improved recovery at La Caridad mine and higher recovery at Cuajone mine.

Zinc mined production in 2Q09 was 27,644 tons, 0.3% higher than 2Q08. The refined zinc production was also 5.7% higher for the same period as a result of the improved performance of the San Luís Potosí zinc refinery.

The revenue contribution as of June 30, 2009 by metal, was:



## Projects and Exploration

SCC continued with its investment program during 2Q09. The Company is monitoring expenses to ensure the most efficient allocation of resources. The basic engineering works and the environmental impact study have been completed for the Tía María project. Current work on the project include the development of the detailed engineering studies, and the start of fabrication of the main equipment. The budget was reduced by approximately $266 million from $1.2 billion to $934 million. Of this amount, a total of $186.6 million had been disbursed as of June 30, 2009. Upon completion, Tía María is expected to produce 120,000 tons of SX-EW copper cathode per year.

As of June 30, 2009, SCC has invested $72 million on the Toquepala concentrator plant expansion. The detailed engineering works are scheduled to start in the third quarter of this year and the environmental impact study is currently being conducted and is expected to be completed in the fourth quarter of 2009.

Second Quarter 2009 Results 

## Transportation Division
## Financial Highlights in Dollars

### Infraestructura y Transportes México

| (Thousand US Dollars) | Second Quarter 2009 | 2008 | Variance US$000 | % | January - June 2008 | 2007 | Variance US$000 | % |
|---|---|---|---|---|---|---|---|---|
| Load Volume (MillionTons/Km) | 10,261 | 10,790 | (529) | (4.9) | 18,852 | 19,954 | (1,102) | (5.5) |
| Sales | 231,957 | 290,112 | (58,155) | (20.0) | 430,543 | 527,959 | (97,416) | (18.5) |
| Cost of Sales | 155,181 | 177,830 | (22,649) | (12.7) | 290,046 | 326,377 | (36,331) | (11.1) |
| Operating Income | 47,184 | 76,804 | (29,620) | (38.6) | 83,455 | 133,911 | (50,456) | (37.7) |
| EBITDA | 70,545 | 104,200 | (33,655) | (32.3) | 126,266 | 185,608 | (59,342) | (32.0) |
| Margin EBITDA (%) | 30.4% | 35.9% | | | 29.3% | 35.2% | | |
| Net Income | 40,037 | 57,474 | (17,437) | (30.3) | 59,615 | 87,685 | (28,070) | (32.0) |
| Investments / Capex | 38,472 | 32,241 | 6,231 | 19.3 | 55,599 | 71,944 | (16,345) | (22.7) |

The average peso/dollar exchange rate for 2Q09 was $13.36, compared to $10.44 for the same period in 2008 (-28.0%).

As a result of the drop in industrial activity, the net ton-kilometers transported in 2Q09 was 4.9% lower than 2Q08, 10.261 billion compared to 10.790 billion. ITM revenues decreased 20% to $231.9 million in 2Q09, compared to $290.1 million in 2Q08. This is due to a $64.4 million loss on foreign exchange and a price increase of $6.2 million, due to the combination of better rates and traffic, including international traffic billed in dollars. It is important to note that revenues increased 16.8% over 1Q09.

The participation in 2Q09 revenues, by segment, is as follows:



Second Quarter 2009 Results 

The cost of sales in 2Q09 was $155.1 million, 12.7% lower than 2Q08. This decrease is due to a $43.4 million reduction on foreign exchange and a $20.7 million increase in activity and price, noting: a 29.8% increase in the peso price of diesel, which was partially mitigated by better performance of our locomotives. This period was affected by accident and theft incidents.

The EBITDA for 2Q09 was $70.5 million, 32.3% less than 2Q08. The EBITDA increased 26.6% compared to 1Q09.

Capital expenditures as of June 30, 2009 were 22.7% lower than for the same period in 2008. A total of $55.6 million was invested, mainly for the modification and replacement of various tracks and also to improve operating efficiency and safety.

Ferrosur sales for 2Q09 were $56.7 million, 18.0% less than 2Q08 due to the impact of the depreciation of the peso, also there was a 0.2% decrease in millions of net ton-kilometers volume transported, from 1.773 billion in 2Q08 to 1.769 billion in 2Q09.

The EBITDA for Ferrosur was $14.9 million in the 2Q09, compared to $21.0 million for the same period in 2008. Net earnings for 2Q09 were $6.8 million, 42.7% less than that reached in 2Q08. Net earnings increased 38.8%, compared to 1Q09.

Second Quarter 2009 Results 

## Company Profile

**Grupo México** ("GMéxico") is a holding company, whose principal activities are: (i) mining, being of the world's largest integrated copper producers; (ii) railroad services, with the widest coverage in Mexico, and (iii) engineering, procurement, and construction services. These Business Lines are grouped under the following subsidiaries:

GMéxico's **mining division** consolidates the operations of Southern Copper Corporation ("SCC") in Mexico and Peru and is one of the world's largest integrated copper producers and holds the largest copper reserves of any publicly traded company globally and is listed on the New York and Peruvian stock exchanges. SCC stockholders, directly or through subsidiaries, are: Grupo México (80%) and other stockholders (20%). The company operates mining units, metallurgical plants, and conducts exploration projects in Peru, Mexico, and Chile. Asarco operations in the United States were deconsolidated as of August 9, 2005.

GMéxico's **transportation division** is represented by its subsidiary Infraestructura y Transportes México, S.A. de C.V. ("ITM"). Its main subsidiaries are Grupo Ferroviario Mexicano, S.A. de C.V. ("GFM"), Ferrocarril Mexicano, S.A. de C.V. ("Ferromex"), Intermodal México, S.A. de C.V., and Texas Pacifico, LP, Inc.. Ferromex is the largest railroad company in Mexico with the widest coverage. Ferromex has a network of 8,111 kilometers of track covering approximately 71% of Mexico. Ferromex lines connect to five border points with the United States, and also to four ports on the Pacific Coast and two on the Gulf of Mexico. Ferromex is controlled by Grupo México, holding 55.5%, Union Pacific 26%, and Grupo Carso-Sinca Inbursa 18.5%. On November 24, 2005, Grupo México incorporated Ferrosur, through Infraestructura y Transportes Ferroviarios, S.A. de C.V. ("ITF"); this acquisition is reported on the ITM and Grupo México financial statements under the participation method. Ferrosur has a track network of 1,813 kilometers covering the Central and Southeastern part of the country, serving principally the states of Tlaxcala, Puebla, Veracruz, and Oaxaca, and has access to the ports of Veracruz and Coatzacoalcos on the Gulf of Mexico. Ferrosur is controlled by Grupo México, holding 74.99%, and Grupo Carso-Sinca Inbursa with 25.01%.

GMéxico's **infrastructure division** is represented by its subsidiary México Constructora Industrial, SA de C.V. ("MCI"). MCI's activities include engineering, procurement, and infrastructure construction works, and is wholly controlled by GMexico.

---

*This report includes forward-looking statements. In addition to the risk and uncertainties noted in the report, there are certain factors that could cause results to differ materially from those anticipated by some of the statements made. Many of these risks and uncertainties are related to factors beyond the reasonable control of Grupo México or that can not be accurately estimated, such as future market conditions, metals prices, the behavior of other market stakeholders and the actions of government regulators. Grupo Mexico does not assume any obligation whatsoever regarding the publication of a review to these projections to reflect events or circumstances occurring after the date of this report.*

Second Quarter 2009 Results 

## GRUPO MEXICO (GM)
## CONSOLIDATED FINANCIAL STATEMENTS (US GAAP)

| (Thousands of US Dollars) | Quarters | | | Accumulated | | |
|---|---|---|---|---|---|---|
| **STATEMENT OF EARNINGS** | Q2-09 | Q2-08 | Variance | 2009 | 2008 | Variance |
| Net Sales | 1,058,977 | 1,758,211 | (699,234) | 1,883,036 | 3,494,321 | (1,611,285) |
| Cost of Sales | 581,338 | 740,779 | (159,441) | 1,098,323 | 1,415,208 | (316,884) |
| Gross Profit | 477,639 | 1,017,432 | (539,793) | 784,713 | 2,079,113 | (1,294,401) |
| Gross Margin | 45% | 58% | | 42% | 59% | |
| Administrative expenses | 32,138 | 56,886 | (24,748) | 64,063 | 92,392 | (28,329) |
| EBITDA | 443,461 | 952,002 | (508,541) | 719,595 | 1,976,646 | (1,257,052) |
| Depreciation and Amortization | 98,398 | 105,032 | (6,633) | 193,911 | 206,904 | (12,993) |
| Operating Income | 347,103 | 855,514 | (508,412) | 526,739 | 1,779,817 | (1,253,078) |
| Operating Margin | 33% | 49% | | 28% | 51% | |
| Interest expense | 32,154 | 40,393 | (8,239) | 64,525 | 81,769 | (17,244) |
| Interest capitalized | (3,368) | (1,441) | (1,927) | (5,443) | (2,529) | (2,914) |
| Interest income | (57,726) | (22,896) | (34,830) | (53,527) | (53,069) | (458) |
| Financial Coverage | (7,352) | 105 | (7,457) | (4,827) | (2,306) | (2,521) |
| Other expense, net | (35,090) | (292) | (34,798) | (9,481) | 4,798 | (14,279) |
| Earnings before Tax | 418,485 | 839,645 | (421,161) | 535,494 | 1,751,154 | (1,215,660) |
| Taxes | 131,216 | 233,832 | (102,616) | 209,354 | 534,189 | (324,836) |
| Participation of partner | (8,032) | (14,858) | 6,826 | (13,429) | (16,835) | 3,406 |
| Minority Interest | 57,106 | 168,986 | (111,880) | 82,866 | 329,540 | (246,674) |
| **Net Earnings** | **238,194** | **451,684** | **(213,490)** | **256,703** | **904,261** | **(647,558)** |
| **BALANCE SHEET** | | | | | | |
| Cash and cash equivalents | 1,416,550 | 2,574,546 | (1,157,995) | 1,416,550 | 2,574,546 | (1,157,995) |
| Marketable securities | 40,732 | 97,515 | (56,783) | 40,732 | 97,515 | (56,783) |
| Notes and Accounts receivable | 453,378 | 656,451 | (203,072) | 453,378 | 656,451 | (203,072) |
| Inventories | 482,695 | 518,731 | (36,036) | 482,695 | 518,731 | (36,036) |
| Prepaid and others current assets | 240,649 | 279,132 | (38,483) | 240,649 | 279,132 | (38,483) |
| Total Current Assets | 2,634,005 | 4,126,375 | (1,492,370) | 2,634,005 | 4,126,375 | (1,492,370) |
| Property, net | 5,026,938 | 4,972,224 | 54,715 | 5,026,938 | 4,972,224 | 54,715 |
| Leachable material, net | 131,778 | 186,770 | (54,992) | 131,778 | 186,770 | (54,992) |
| Other Long term Assets | 636,373 | 551,852 | 84,521 | 636,373 | 551,852 | 84,521 |
| Total Assets | 8,429,094 | 9,837,221 | (1,408,127) | 8,429,094 | 9,837,221 | (1,408,127) |
| Current portion of long-term debt | 45,953 | 170,402 | (124,449) | 45,953 | 170,402 | (124,449) |
| Accumulated Liabilities | 708,783 | 719,216 | (10,433) | 708,783 | 719,216 | (10,433) |
| Current Liabilities | 754,736 | 889,618 | (134,882) | 754,736 | 889,618 | (134,882) |
| Long-term Debt | 1,624,371 | 1,746,213 | (121,841) | 1,624,371 | 1,746,213 | (121,841) |
| Other non-current Liabilities | 290,304 | 518,235 | (227,931) | 290,304 | 518,235 | (227,931) |
| Minority Interest | 1,179,538 | 1,565,834 | (386,296) | 1,179,538 | 1,565,834 | (386,296) |
| Total Liabilities | 3,848,950 | 4,719,900 | (870,951) | 3,848,950 | 4,719,900 | (870,951) |
| Stockholders Equity | 2,000,446 | 2,000,446 | - | 2,000,446 | 2,000,446 | - |
| Other equity accounts | (262,948) | 65,845 | (328,793) | (262,948) | 65,845 | (328,793) |
| Retaining Earnings | 2,842,647 | 3,051,030 | (208,383) | 2,842,647 | 3,051,030 | (208,383) |
| Total Stockholders' equity | 4,580,145 | 5,117,321 | (537,176) | 4,580,145 | 5,117,321 | (537,176) |
| Total Liabilities and Stockholders' Equity | 8,429,094 | 9,837,221 | (1,408,127) | 8,429,094 | 9,837,221 | (1,408,127) |
| **CASH FLOW** | | | | | | |
| Net Income | 238,194 | 451,684 | (213,490) | 256,703 | 904,261 | (647,558) |
| Depreciation and Amortization | 98,398 | 105,032 | (6,633) | 193,911 | 206,904 | (12,993) |
| Deferred Income Taxes | 21,080 | 29,944 | (8,864) | 36,767 | (20,383) | 57,150 |
| Capitalized leachable material | - | - | - | - | (2,246) | 2,246 |
| Minority Interest | 57,107 | 168,987 | (111,880) | 82,866 | 329,540 | (246,674) |
| Operating assets and liabilities | (138,835) | (203,369) | 64,534 | (483,200) | (314,880) | (168,320) |
| Other Net | 9,716 | (21,714) | 31,430 | 8,540 | (3,332) | 11,872 |
| Net cash provide by operating activities | 285,661 | 530,564 | (244,904) | 95,587 | 1,099,864 | (1,004,277) |
| Add property & equipment | (178,962) | (163,117) | (15,845) | (259,067) | (252,713) | (6,354) |
| Operating cash flow | 106,699 | 367,447 | (260,749) | (163,480) | 847,151 | (1,010,631) |
| Debt incurred | - | - | - | - | - | - |
| Debt amortization | (26,281) | (177,266) | 150,985 | (37,111) | (189,186) | 152,075 |
| Purchase of marketable securities | 17,071 | 14,504 | 2,567 | 46,584 | 20,388 | 26,196 |
| Dividends paid | (82,759) | (384,556) | 301,797 | (163,726) | (699,732) | 536,006 |
| Other Net | - | (27,539) | 27,539 | - | (27,539) | 27,539 |
| Capital Reimbursement | 13,794 | (35,370) | 49,164 | (103,015) | (57,997) | (45,018) |
| Net cash used in financing activities | (78,175) | (610,227) | 532,052 | (257,268) | (954,066) | 696,798 |
| Effect of exchange rate changes on cash | 10,929 | 4,202 | 6,727 | (7,372) | 16,606 | (23,978) |
| Increase in cash & cash equivalent | 39,453 | (238,578) | 278,030 | (428,120) | (90,309) | (337,811) |
| Cash & cash equivalents at begin yr. | 1,377,097 | 2,813,127 | (1,436,030) | 1,844,670 | 2,664,858 | (820,188) |
| Cash & cash equivalents at yr. end | 1,416,550 | 2,574,549 | (1,158,000) | 1,416,550 | 2,574,549 | (1,158,000) |

Second Quarter 2009 Results 

## SOUTHERN COPPER CORPORATION & SUBSIDARIES
## CONSOLIDATED FINANCIAL STATEMENTS (US GAAP)

| (Thousands of US Dollars) | Quarters | | | Accumulated | | |
|---|---|---|---|---|---|---|
| **STATEMENT OF EARNINGS** | Q2-09 | Q2-08 | Variance | 2009 | 2008 | Variance |
| Net Sales | 824,508 | 1,461,796 | (637,288) | 1,446,507 | 2,961,002 | (1,514,495) |
| Cost of Sales | 419,095 | 550,461 | (131,367) | 805,354 | 1,071,051 | (265,697) |
| Exploration | 5,402 | 8,995 | (3,593) | - | 17,051 | (17,051) |
| Gross Profit | 400,012 | 902,340 | (502,328) | 641,153 | 1,872,900 | (1,231,747) |
| Gross Margin | 49% | 62% | | 44% | 63% | |
| Administrative expenses | 18,101 | 26,726 | (8,625) | 36,893 | 51,380 | (14,488) |
| **EBITDA** | 380,416 | 878,520 | (498,104) | 606,129 | 1,819,752 | (1,213,624) |
| Depreciation and Amortization | 78,715 | 83,199 | (4,484) | 156,936 | 164,395 | (7,459) |
| **Operating Income** | 303,196 | 792,414 | (489,219) | 447,324 | 1,657,124 | (1,209,801) |
| Operating Margin | 37% | 54% | | 31% | 56% | |
| Interest expense | 25,309 | 27,245 | (1,936) | 49,276 | 54,480 | (5,204) |
| Interest capitalized | (3,368) | (1,441) | (1,927) | (5,443) | (2,529) | (2,914) |
| Interest income | (898) | (12,180) | 11,282 | (5,173) | (29,596) | 24,422 |
| Financial Coverage | (6,785) | 1,487 | (8,272) | (4,181) | (921) | (3,260) |
| Other expense (income), net | 1,495 | (2,907) | 4,402 | (1,868) | 1,767 | (3,636) |
| **Earnings before Tax** | 287,443 | 780,211 | (492,768) | 414,713 | 1,633,923 | (1,219,209) |
| Taxes | 111,414 | 228,891 | (117,477) | 159,438 | 514,914 | (355,476) |
| Minority Interest | 1,061 | 2,852 | (1,791) | 1,615 | 5,559 | (3,944) |
| **Net Earnings** | 174,968 | 548,467 | (373,499) | 253,660 | 1,113,450 | (859,790) |
| **BALANCE SHEET** | | | | | | |
| Cash and cash equivalents | 235,540 | 1,150,259 | (914,719) | 235,540 | 1,150,259 | (914,719) |
| Marketable securities | 33,890 | 97,515 | (63,625) | 33,890 | 97,515 | (63,625) |
| Notes and Accounts receivable | 334,994 | 540,789 | (205,795) | 334,994 | 540,789 | (205,795) |
| Inventories | 456,529 | 491,578 | (35,049) | 456,529 | 491,578 | (35,049) |
| Prepaid and others current assets | 141,718 | 151,403 | (9,685) | 141,718 | 151,403 | (9,685) |
| **Total Current Assets** | 1,202,671 | 2,431,544 | (1,228,872) | 1,202,671 | 2,431,544 | (1,228,872) |
| Property, net | 3,876,384 | 3,617,705 | 258,679 | 3,876,384 | 3,617,705 | 258,679 |
| Leachable material, net | 131,778 | 186,770 | (54,992) | 131,778 | 186,770 | (54,992) |
| Other Long term Assets | 230,918 | 169,118 | 61,800 | 230,918 | 169,118 | 61,800 |
| **Total Assets** | 5,441,751 | 6,405,137 | (963,385) | 5,441,751 | 6,405,137 | (963,385) |
| Current portion of long-term debt | 10,000 | 10,000 | - | 10,000 | 10,000 | - |
| Accumulated Liabilities | 403,579 | 559,003 | (155,424) | 403,579 | 559,003 | (155,424) |
| **Current Liabilities** | 413,579 | 569,003 | (155,424) | 413,579 | 569,003 | (155,424) |
| Long-term Debt | 1,275,112 | 1,284,850 | (9,738) | 1,275,112 | 1,284,850 | (9,738) |
| Other non-current Liabilities | 310,804 | 485,381 | (174,577) | 310,804 | 485,381 | (174,577) |
| Minority Interest | 15,348 | 15,780 | (432) | 15,348 | 15,780 | (432) |
| **Total Liabilities** | 2,014,843 | 2,355,014 | (340,171) | 2,014,843 | 2,355,014 | (340,171) |
| Stockholders Equity | 1,015,018 | 865,547 | 149,471 | 1,015,018 | 865,547 | 149,471 |
| Other equity accounts | (597,060) | (210,174) | (386,886) | (597,060) | (210,174) | (386,886) |
| Retaining Earnings | 3,008,950 | 3,394,750 | (385,800) | 3,008,950 | 3,394,750 | (385,800) |
| **Total Stockholders' equity** | 3,426,908 | 4,050,123 | (623,215) | 3,426,908 | 4,050,123 | (623,215) |
| **Total Liabilities and Stockholders' Equity** | 5,441,751 | 6,405,137 | (963,386) | 5,441,751 | 6,405,137 | (963,386) |
| **CASH FLOW** | | | | | | |
| Net Income | 174,968 | 548,467 | (373,499) | 253,660 | 1,113,450 | (859,790) |
| Depreciation and Amortization | 78,715 | 83,199 | (4,483) | 156,936 | 164,395 | (7,459) |
| Capitalized leachable material | - | - | - | - | (2,246) | 2,246 |
| Minority Interest | 1,061 | 2,852 | (1,791) | 1,615 | 5,559 | (3,944) |
| Operating assets and liabilities | (171,060) | (260,827) | 89,767 | (514,558) | (380,274) | (134,284) |
| Other Net | 23,991 | 35,087 | (11,096) | 15,738 | 9,092 | 6,646 |
| **Net cash provide by operating activities** | 107,675 | 408,778 | (301,103) | (86,609) | 909,976 | (996,585) |
| Add property & equipment | (140,488) | (130,876) | (9,612) | (203,466) | (180,770) | (22,696) |
| **Operating cash flow** | (32,813) | 277,902 | (310,715) | (290,075) | 729,206 | (1,019,281) |
| Debt incurred | - | - | - | - | - | - |
| Debt amortization | (5,000) | (155,025) | 150,025 | (5,000) | (155,025) | 150,025 |
| Dividends paid | (38,251) | (504,168) | 465,917 | (137,806) | (912,894) | 775,088 |
| Purchase of marketable securities | - | - | - | - | - | - |
| Purchase of share SCC | - | - | - | (71,566) | - | (71,566) |
| Other | 20,819 | 13,404 | 7,415 | 33,195 | 16,817 | 16,378 |
| **Net cash used in financing activities** | (22,432) | (645,789) | 623,357 | (181,177) | (1,051,102) | 869,925 |
| Effect of exchange rate changes on cash | (490) | 41,789 | (42,279) | (9,948) | 62,883 | (72,831) |
| **Net increase (decrease) cash & cash eq.** | (55,735) | (326,098) | 270,363 | (481,200) | (259,013) | (222,187) |
| Cash & cash equivalents at begin yr. | 291,275 | 1,476,357 | (1,185,082) | 716,740 | 1,409,272 | (692,532) |
| Cash & cash equivalents at yr. end | 235,540 | 1,150,259 | (914,719) | 235,540 | 1,150,259 | (914,719) |

Second Quarter 2009 Results 

## INFRAESTRUCTURA Y TRANSPORTES MEXICO SA DE CV Y SUBSIDIARIAS
## CONSOLIDATED FINANCIAL STATEMENTS (US GAAP)

| (Thousands of US Dollars) | Quarters | | | Accumulated | | |
|---|---|---|---|---|---|---|
| **STATEMENT OF EARNINGS** | Q2-09 | Q2-08 | Variance | 2009 | 2008 | Variance |
| **Net Sales** | 231,957 | 290,112 | (58,155) | 430,543 | 527,959 | (97,416) |
| Cost of Sales | 155,181 | 177,830 | (22,649) | 290,046 | 326,377 | (36,331) |
| Gross Profit | 76,776 | 112,282 | (35,506) | 140,497 | 201,582 | (61,085) |
| Gross Margin | 33% | 39% | | 33% | 38% | |
| Administrative expenses | 10,572 | 13,775 | (3,203) | 20,951 | 25,422 | (4,471) |
| **EBITDA** | 70,545 | 104,200 | (33,655) | 126,266 | 185,608 | (59,342) |
| Depreciation and Amortization | 19,020 | 21,703 | (2,683) | 36,091 | 42,249 | (6,158) |
| **Operating Income** | 47,184 | 76,804 | (29,620) | 83,455 | 133,911 | (50,456) |
| Operating Margin | 20% | 26% | | 19% | 25% | |
| Interest expense | 5,852 | 11,845 | (5,993) | 12,753 | 24,685 | (11,932) |
| Interest income | (1,880) | (3,568) | 1,688 | (4,139) | (7,266) | 3,127 |
| Financial Coverage | (567) | (1,382) | 815 | (646) | (1,385) | 739 |
| Other Income, net | (15,146) | (9,569) | (5,577) | (9,042) | (15,043) | 6,001 |
| **Earnings before Tax** | 58,925 | 79,478 | (20,553) | 84,529 | 132,920 | (48,391) |
| Taxes | 15,907 | 21,743 | (5,836) | 22,792 | 37,367 | (14,575) |
| Minority Interest | 11,003 | 15,113 | (4,110) | 15,544 | 24,696 | (9,152) |
| **Profit before Extraordinary loss** | 32,015 | 42,622 | (10,607) | 46,193 | 70,857 | (24,664) |
| Participation in Subsidiary not consolidated and Associated | (8,022) | (14,852) | 6,830 | (13,422) | (16,828) | 3,406 |
| **Net Earnings** | 40,037 | 57,474 | (17,437) | 59,615 | 87,685 | (28,070) |
| **BALANCE SHEET** | | | | | | |
| Cash and cash equivalents | 141,631 | 220,227 | (78,596) | 141,631 | 220,227 | (78,596) |
| Notes and Accounts receivable | 128,607 | 159,991 | (31,384) | 128,607 | 159,991 | (31,384) |
| Inventories | 25,516 | 26,547 | (1,031) | 25,516 | 26,547 | (1,031) |
| Prepaid and others current assets | 50,721 | 77,513 | (26,792) | 50,721 | 77,513 | (26,792) |
| **Total Current Assets** | 346,475 | 484,278 | (137,803) | 346,475 | 484,278 | (137,803) |
| Property, Plant and Equipment Net | 966,580 | 1,141,792 | (175,212) | 966,580 | 1,141,792 | (175,212) |
| Other Long term Assets | 443,498 | 546,049 | (102,551) | 443,498 | 546,049 | (102,551) |
| **Total Assets** | 1,756,553 | 2,172,119 | (415,566) | 1,756,553 | 2,172,119 | (415,566) |
| Current portion of long-term debt | 35,953 | 160,402 | (124,449) | 35,953 | 160,402 | (124,449) |
| Accumulated Liabilities | 113,378 | 108,342 | 5,036 | 113,378 | 108,342 | 5,036 |
| **Current Liabilities** | 149,331 | 268,744 | (119,413) | 149,331 | 268,744 | (119,413) |
| Long-term Debt | 349,259 | 461,362 | (112,103) | 349,259 | 461,362 | (112,103) |
| Other non-current Liabilities | (16,081) | (7,121) | (8,960) | (16,081) | (7,121) | (8,960) |
| Other Liabilities | 3,832 | 5,042 | (1,210) | 3,832 | 5,042 | (1,210) |
| Minority Interest | 213,166 | 234,516 | (21,350) | 213,166 | 234,516 | (21,350) |
| **Total Liabilities** | 699,507 | 962,543 | (263,036) | 699,507 | 962,543 | (263,036) |
| **Stockholders Equity** | 89,290 | 89,290 | - | 89,290 | 89,290 | - |
| Other equity accounts | 15,788 | 294,660 | (278,872) | 15,788 | 294,660 | (278,872) |
| Retaining Earnings | 951,968 | 825,626 | 126,342 | 951,968 | 825,626 | 126,342 |
| **Total Stockholders' equity** | 1,057,046 | 1,209,576 | (152,530) | 1,057,046 | 1,209,576 | (152,530) |
| **Total Liabilities and Stockholders' Equity** | 1,756,553 | 2,172,119 | (415,566) | 1,756,553 | 2,172,119 | (415,566) |
| **CASH FLOW** | | | | | | |
| Net Income | 40,037 | 57,474 | (17,437) | 59,615 | 87,685 | (28,070) |
| Depreciation and Amortization | 19,020 | 21,703 | (2,683) | 36,091 | 42,249 | (6,158) |
| Deferred Income Taxes | (1,236) | (1,442) | 206 | (8,941) | (9,160) | 219 |
| Minority Interest | 11,003 | 15,113 | (4,110) | 15,544 | 24,696 | (9,152) |
| Operating assets and liabilities | 2,451 | (22,466) | 24,917 | (8,799) | (44,374) | 35,575 |
| Other Net | (17,337) | (16,873) | (464) | (13,816) | (12,766) | (1,050) |
| **Net cash provide by operating activities** | 53,938 | 53,509 | 429 | 79,694 | 88,330 | (8,636) |
| Add property & equipment | (38,472) | (32,241) | (6,231) | (55,599) | (71,944) | 16,345 |
| Other | (328) | 7,277 | (7,605) | (4,171) | 7,277 | (11,448) |
| **Operating cash flow** | 15,138 | 28,545 | (13,407) | 19,924 | 23,663 | (3,739) |
| Debt incurred | - | - | - | - | - | - |
| Debt amortization | (8,781) | (9,741) | 960 | (19,611) | (21,661) | 2,050 |
| Dividends paid | - | (13,415) | 13,415 | - | (13,415) | 13,415 |
| Other | - | (2,077) | 2,077 | - | - | - |
| **Net cash used in financing activities** | (8,781) | (25,233) | 16,452 | (19,611) | (35,076) | 15,465 |
| Effect of exchange rate changes on cash | 11,420 | 6,236 | 5,184 | 2,577 | 8,798 | (6,221) |
| **Net increase (decrease) cash & cash eq.** | 17,777 | 9,548 | 8,229 | 2,890 | (2,615) | 5,505 |
| Cash & cash equivalents at begin yr. | 123,854 | 210,679 | (86,825) | 138,741 | 222,842 | (84,101) |
| Cash & cash equivalents at yr. end | 141,631 | 220,227 | (78,596) | 141,631 | 220,227 | (78,596) |