# BAKER BOTTS L.L.P.

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

AUSTIN
BEIJING
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

*Via E-mail*

Omar J. Alaniz
TEL +1 214.953.6593
FAX +1 214.661.4593
omar.alaniz@bakerbotts.com

August 19, 2009

The Honorable Richard S. Schmidt
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Re:   Electronic image of Class 8 submitted ballot

To Judge Schmidt:

Pursuant to the Court's oral order this morning, attached is a copy of the electronic image of the Class 8 ballot submitted by ASARCO USA Incorporated (DE) in AlixPartners, LLP's records. Because the electronic image is faint, I have also included the vote data maintained by AlixPartners and highlighted the portion that shows that the Class 8 ballot submitted indicates a 3 preference ranking for the Debtors' Plan, a 1 preference ranking for the Parent's Plan, and a 1 preference ranking for the Harbinger Plan.

Sincerely,

Omar J. Alaniz

Attachments

cc: Official Confirmation Service List (by e-mail)

DAL02:536215.1


 

**Class 8**

Please be advised that your ballot has been delivered to the processing team. Please print this form for your records, and as proof of submission.
Submission ID: 7D8CB109-74CA-4DFF-B836-B0FE8508BBBC

Once you have finished printing please click the logout button supplied below to ensure a safe and secure completion to the ballot process. If you wish to make changes to your ballot, please click the secure logout button and then relog into the system.

Secure Log Out

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| In re: | § | Case No. 05-21207 |
|---|---|---|
| | § | |
| ASARCO LLC, et al., | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

Amended Ballot for Interests in ASARCO

THE DEADLINE FOR RETURNING THIS BALLOT IS 4:00 P.M., CENTRAL TIME, ON AUGUST 17, 2009

IF YOU HAVE PREVIOUSLY SUBMITTED YOUR BALLOT AND DO NOT WISH TO CHANGE YOUR VOTE ON ANY PLAN YOU DO NOT HAVE TO COMPLETE AND RETURN THIS BALLOT

All capitalized terms not defined in this Ballot are defined in the "Solicitation and Tabulation Procedures" enclosed in the Solicitation Package that was previously sent to you.

This Ballot is for Persons who hold Interests in ASARCO. Please review the Plans, Joint Disclosure Statement, Disclosure Statement Supplement, any enclosed recommendation letters, and Joint Voting Instructions before casting your vote. Please contact your attorney if you have further questions.

PLEASE COMPLETE ITEMS 1 THROUGH 3. YOU MAY VOTE ON ONE, TWO, ALL, OR NONE OF THE PLANS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE COUNTED WITH RESPECT TO ANY OF THE PLANS.

**Item 1. Votes.** Indicate your vote to accept or reject with respect to each plan. You may vote on any or all of the plans.

| Plan | Class Treatment | Accept | Reject |
|---|---|---|---|
| Debtors' Plan | Class 8 | ○ | ● |
| Parent's Plan | Class 9 | ● | ○ |
| Harbinger Plan | Class 8 | ○ | ● |

**Item 2. Preference Election.** Because more than one plan may be confirmable, please indicate your preferences by ranking the Plans below in order of priority according to the following system: 1 = most preferred plan, 2 = second most preferred plan, and 3 = least preferred plan.

| Debtor's Plan | Parent's Plan | Harbinger's Plan |
|---|---|---|
| 3 | 1 | 1 |

**Item 3. Creditor Information and Signature.** By signing this Ballot, the undersigned acknowledges receipt of the Plans and the Joint Disclosure Statement.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I have authority under applicable law to cast this Ballot.*

Creditor Information:
- Name: ASARCO USA Incorporated (DE)
- Email Address:

Address Information:
- Street: 1150 North Seventh Avenue
- City: Tucson
- State: Arizona
- Zip Code: 85705

**Item 4. Return Your Ballot.** You must submit this Ballot to the Balloting Agent at the no later than 4:00 p.m. Central Time on August 17, 2009 (the "Voting Deadline"):

Submit Ballot

In order to have your vote count, you must sign and/or the Ballot to the Balloting Agent by the Voting Deadline. You may return your Ballot by mail, hand delivery, overnight courier, or via the balloting website. **BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.** IF YOU HAVE ANY QUESTIONS ABOUT THE VOTING PROCEDURES, PLEASE CALL 1-888-727-9235 or 1-973-535-7132.

---

**General Balloting Information and FAQs**

ASARCO Solicitation FAQs

Parent's Letter | Debtor's Letter | Bondholder's Letter | ASARCO Committee's Letter - Revised | Asbestos Committee's Letter | USW's Letter

Home | Locations | Careers | Contact Us

Disclaimer: The material disclosed on this site is for informational purposes only and is not intended to be legal advice. Please consult an attorney for advice specifically relating to your legal matter. Do not send confidential information without the express consent of one of our case professionals. AlixPartners, LLC is not responsible for and makes no representations about the contents, completeness, or accuracy of any other web sites that are accessible through our site.

Record ID 1141 Vote Data

| Field | Value |
|---|---|
| RecordID | 1141 |
| Username | ASCARCO649515 |
| Ballot_ID | ? |
| Class | 8 |
| CUSIP_Number | |
| Voter_Name | ASARCO USA Incorporated (DE) |
| Voter_Email | |
| Voter_Phone | |
| Voter_Address | |
| Voter_City | Tucson |
| Voter_State | AZ |
| Voter_Zip | 85705 |
| Institution | |
| Participant_Number | |
| Agent_Name | |
| Agent_Title | |
| DebtorsPlan | FALSE |
| DebtorsPlan_Class5 | FALSE |
| Debtors_Accept_Number | |
| Debtors_Accept_Amount | |
| Debtors_Reject_Number | |
| Debtors_Reject_Amount | |
| Debtors_Pref1_Number | |
| Debtors_Pref1_Amount | |
| Debtors_Pref2_Number | |
| Debtors_Pref2_Amount | |
| Debtors_Pref3_Number | |
| Debtors_Pref3_Amount | |
| Preference_DebtorsPlan | 3 |
| ParentsPlan | TRUE |
| ParentsPlan_Class5 | FALSE |
| Parents_Accept_Number | |
| Parents_Accept_Amount | |
| Parents_Reject_Number | |
| Parents_Reject_Amount | |
| Parents_Pref1_Number | |
| Parents_Pref1_Amount | |
| Parents_Pref2_Number | |
| Parents_Pref2_Amount | |
| Parents_Pref3_Number | |
| Parents_Pref3_Amount | |
| Preference_ParentsPlan | 1 |
| HarbingerPlan | FALSE |
| HarbingerPlan_Class5 | FALSE |
| Harbinger_Accept_Number | |
| Harbinger_Accept_Amount | |
| Harbinger_Reject_Number | |
| Harbinger_Reject_Amount | |
| Harbinger_Pref1_Number | |
| Harbinger_Pref1_Amount | |
| Harbinger_Pref2_Number | |
| Harbinger_Pref2_Amount | |
| Harbinger_Pref3_Number | |
| Harbinger_Pref3_Amount | |
| Preference_HarbingerPlan | 1 |
| TreatmentA | FALSE |
| TreatmentA_Number | |
| TreatmentA_Amount | |
| TreatmentB | FALSE |
| TreatmentB_Number | |
| TreatmentB_Amount | |
| TreatmentC | FALSE |
| TreatmentC_Number | |
| TreatmentC_Amount | |
| ClaimBasis | |
| SettledAmount | |
| DeborName_Asarco | FALSE |
| DeborName_CapCo | FALSE |
| DeborName_Lac | FALSE |
| DeborName_Other | FALSE |
| DeborName_OtherDescription | |
| DateSubmitted (EST) | 8/17/09 2:31 PM |