UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In Re: | Case No. 05-21207 |
| ASARCO, LLC, et. al. | Chapter 11 |
| | (Jointly administered) |
| Debtors. | |

### Notice of Partial Transfer of Claim No. 10424 pursuant to FRBP 3001(e)(2)

Pursuant to FRBP 3001(e)(2) Strider Construction Company, Inc. ("Strider") files this Partial Transfer of Claim.

The Housing Authority of the City of Everett ("EHA") has previously transferred 20% of its Claim No. 10424 to Strider. EHA has now transferred the balance of its Claim No. 10424 to Strider. Strider is now the holder of the entire claim No. 10424.

IF THERE ARE NO OBJECTIONS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF THIS NOTICE, THE TRANSFEREE SHALL BE SUBSTITUTED FOR THE TRANSFEROR PURSUANT TO BANKRUPTCY RULE 3001(e)

**Notice of Partial Transfer of Claim No. 10424 pursuant to FRBP 3001(e)(2)** - 1

**Lambe Law Firm, P.S.**
*Attorneys at Law*
8931 SE 74th Place
Mercer Island, Washington 98040
(425) 455-7252

**Transferor:**
The Housing Authority of the City of Everett
c/o Foster Pepper PLLC,
attn: Jack Cullen
1111 3rd Ave. Suite 3400
Seattle, WA 98101

DATED: September 1, 2009

> s/ Richard L. Lambe
> WSBA# 9320
> Lambe Law Firm, P.S.
> 8931 SE 74th Place
> Mercer Island, WA 98040
> Telephone: 425-455-7252
> Fax 206-219-6698
> E-mail: rlambe@cdbrief.com
> Attorney for Strider Construction Co. Inc.,
> **Transferee**

**Notice of Partial Transfer of Claim No. 10424 pursuant to FRBP 3001(e)(2)** - 2