## NOTICE OF CLAIMS PURCHASE AGREEMENT

Fahrenthold & Associates Inc., a(n) Texas Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto RESTORATION HOLDINGS LTD, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $64,920.37 (proof of claim amount, defined as the "Claim") against Asarco LLC (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Southern District of Texas Corpus Christi Division, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 05-21207 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 9th day of October, 2009.

FAHRENTHOLD & ASSOC.
(Company Name)

WITNESS Dennis W. Fahrenthold
(Signature)

DENNIS W. FAHRENTHOLD, Dir.
(Print Name and Title of Witness)

Paul Fahrenthold
(Signature of Corporate Officer)

PAUL FAHRENTHOLD, CHAIRMAN
(Print Name and Title of Corporate Officer)

RESTORATION HOLDINGS LTD

WITNESS _____
(Signature)

Pamela M. Lawrence
(Signature of Fund Representative)

Pamela M. Lawrence
(Print Name, Restoration Holdings Ltd)

Exhibit "A"