United States Bankruptcy Court
Southern District of Texas

In re ASARCO, LLC, *et al.,*            Case No. 05-21207
                                                                    (Jointly Administered)
                                                                    Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**                              **Cabinet Resource Group**
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee should be sent    Name and Current Address of Transferor

**Contrarian Funds, LLC**                              **Cabinet Resources Group**
411 West Putnam Ave., Ste. 425                   Timothy M. Bechtold
Greenwich, CT 06830                                  Rossbach Hart Bechtold
Attn: Alisa Mumola                                      PO Box 8988
Phone 203-862-8211                                    Missoula, MT 59807-5156

                                                               **Cabinet Resource Group**
                                                               Attn: Diane Mosley
                                                               P.O. Box 238
                                                               Heron, MT 59844

**Court Claim #: 7885**
**Claim Amount : $100,000.00**

                     I declare under penalty of perjury that the information provided in this notice
                           is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____              Date: _____October 12, 2009_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

CABINET RESOURCES GROUP [HB], a ~~new-~~ [MONTANA] ~~Jersey~~ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September ~~23~~ 23, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the allowed general unsecured claim (the "Claim"), in the amount of $100,000, against Asarco LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of Texas, case no. 05-21207 (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ~~13rd~~ day of September 2009.

(Assignor) [HB]
CABINET RESOURCES GROUP

By: _Howard Bakke_
Name: HOWARD BAKKE
Title: PRESIDENT

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _[signature]_
Name: MICHAEL J. RESTIFO
Title: ~~CFO/MEMBER~~ CFO/MEMBER

(Assignor)
WITNESS:

By: _Diane Mosley_
Name: DIANE MOSLEY
Title: TREASURER

KL2:2394444.1