IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| In re: | § | Case No. 2:09-CV-00177 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| In re: | § | Case No. 05-21207 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

NOTICE OF: (A) THE OCCURRENCE OF THE EFFECTIVE DATE OF
THE SEVENTH AMENDED PLAN OF REORGANIZATION FOR THE
DEBTORS UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY
CODE, AS MODIFIED ON AUGUST 20, 2009, AUGUST 23, 2009 AND
AUGUST 27, 2009; AND (B) DEADLINE FOR FILING CERTAIN CLAIMS

**PLEASE TAKE NOTICE THAT** On November 13, 2009, the United States District
Court for the Southern District of Texas, Brownsville Division, entered its order (the
"Confirmation Order") confirming ASARCO Incorporated and Americas Mining Corporation's
Seventh Amended Plan of Reorganization for the Debtors under Chapter 11 of the United States
Bankruptcy Code, As Modified August 20, 23, 27, 2009 (the "Plan").  The Debtors are: Lac
d'Amiante du Québec Ltée; Lake Asbestos of Quebec, Ltd.; LAQ Canada, Ltd.; CAPCO Pipe
Company, Inc.; Cement Asbestos Products Company; ASARCO LLC; ASARCO Consulting,
Inc.; Encycle, Inc.; ALC, Inc.; American Smelting and Refining Company; AR Mexican

1

Explorations, Inc.; Asarco Master, Inc.; Asarco Oil and Gas Company, Inc.; Bridgeview Management Company, Inc.; Covington Land Company; Government Gulch Mining Company, Limited; Southern Peru Holdings, LLC; AR Sacaton, LLC; ASARCO Exploration Company, Inc.; Green Hill Cleveland Mining Company; Alta Mining and Development Company; Blackhawk Mining and Development Company, Limited; Peru Mining Exploration and Development Company; Tulipan Company, Inc.; and Wyoming Mining and Milling Company.

**PLEASE TAKE FURTHER NOTICE THAT** the conditions precedent to effectiveness of the Plan identified in Article IX of the Plan have been satisfied, the Plan became effective on December 9, 2009 (the "Effective Date"), and the Plan has been substantially consummated.  All injunctions provided for under the Plan and the Confirmation Order are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE THAT** as of the Effective Date, Mark Roberts of Alvarez and Marsal Holdings, LLC became the Plan Administrator in accordance with the Plan and Confirmation Order.  Mr. Roberts can be reached at Fairfax Square - Tower I, 8065 Leesburg Pike, Suite 310, Vienna, VA  22182, phone (312) 288-4021.  Dion Hayes of the McGuire Woods LLP is counsel to the Plan Administrator, and he can be reached at One James Center, 901 East Cary Street, Richmond, Virginia  23219,  phone (804) 775-1000.

**PLEASE TAKE FURTHER NOTICE THAT** many of the deadlines in the Plan and Confirmation Order are determined by the reference to the Effective Date.  Certain of these deadlines are set forth below:

| | |
|---|---|
| Deadline to file proofs of claim arising out of the rejection of contracts or leases.  *See* Plan, Article 8.5. | Later of (a) Friday, January 8, 2010 (30 days after the Effective Date), and (b) 30 days following the entry of an order approving rejection |
| Deadline to file motions seeking payment of Post-Petition Interest[1] on a Claim at a rate other than the Plan Rate.  *See* Plan, Article 4.4. | Friday, January 8, 2010 (30 days after the Effective Date) |
| Deadline to file motions seeking reimbursement of attorneys' fees and other costs and expenses associated with a Claim.  *See* Plan, Article 4.4. | Friday, January 8, 2010 (30 days after the Effective Date) |
| Deadline for Claimants other than Professional Persons to file requests for payment of Administrative Claims that arose after the Initial Administrative Claims Bar Date (September 19, 2008) and that remain unpaid on the Effective Date.  *See* Plan, Article 15.13. | Monday, January 25, 2010 (45 days after the Effective Date) |

**PLEASE TAKE FURTHER NOTICE THAT** the failure to file a timely motion or proof of claim may result in the claim or motion being barred, denied or discharged.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Plan.

Dated:   December 11, 2009

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

Robert Jay Moore (CA 77495)
Fred Neufeld (CA 150759)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(212) 892-4000
(212) 629-5063 (facsimile)

-and-

**HAYNES AND BOONE, LLP**

By:  /s/ Charles A. Beckham, Jr.
Charles A. Beckham, Jr.
State Bar No. 02016600
Trey Monsour
State Bar. No. 14277200
1221 McKinney, Suite 2100
Houston, Texas 77010
(713) 547-2000
(713) 547-2600 (facsimile)

Counsel to ASARCO LLC

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was served by email on the Debtors' Confirmation Service List and all parties entitled to receiving notice via ECF on this 11th day of December, 2009.

<u>/s/ *Charles A. Beckham, Jr.*       </u>
Charles A. Beckham, Jr.
