United States Courts
Southern District of Texas
FILED

FEB 01 2010

Clerk of Court

## United States Bankruptcy Court

Southern District of Texas, Corpus Christi Division

In re ASARCO LLC, *et al.*,

Case No. 05-21207

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a $389,838 portion of certain allowed claims in the amount of $6,927,500, each (i) referred to in <u>Exhibit B</u> to that certain *Motion to Approve (A) Compromise and Settlement of Certain Non-Asbestos Toxic Tort Claims and (B) Settlement of Certain Minors' Claims* [Dkt. No. 6745], (ii) allowed by orders of the Bankruptcy Court pursuant to that certain *Order Granting Motion to Approve (A) Compromise and Settlement of Certain Non-Asbestos Toxic Tort Claims and (B) Settlement of Certain Minors' Claims* [Dkt. No. 6965] and that certain *Order Granting Approval of the Non-Asbestos Toxic Tort Settlement Agreements for the Minor Claimants* [Dkt. No. 7071], and (iii) previously transferred to Transferor as evidenced by that certain *Transfer of Claim Other Than for Security* [Dkt. No. 9073] filed on September 11, 2008.

| Plainfield Special Situations Master Fund II Limited | Plainfield Special Situations Master Fund Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): Various

Plainfield Special Situations Master Fund II Limited
100 West Putnam Avenue
Greenwich, CT 06830
Attn: Tony Peguero/Peter Whiteford

Amount of Claim: $6,927,500[1]
Date Claims Filed: Various

Phone: (203) 302-1727
Last Four Digits of Acct #:

Phone: (203) 302-1712
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Anthony Peguero
Transferee/Transferee's Agent

Date: 1/21/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

[1] Only $389,838 of this amount has been transferred.

OHS East:160638392.2