# Exhibit H

# Invoice and Expense Breakdown

# ASARCO LLC
# Third Interim Application
# Barclays Capital
# September 1, 2009 – December 9, 2009

## Fee Calculation

| Period | Monthly Fee |
|---|---|
| September 1, 2009 - September 30, 2009 | $225,000 |
| October 1, 2009 - October 31, 2009 | 225,000 |
| November 1, 2009 - November 30, 2009 | 225,000 |
| December 1, 2009  - December 9, 2009 | 65,323 |
| **Total Fees** | **$740,323** |
| Fees Paid to Date | 540,000 |
| **Total Fees Owed** | **$200,323** |

## ASARCO LLC
## Third Interim Application
## Barclays Capital
## September 1, 2009 – December 9, 2009

### Summary of Out-of-Pocket Expenses

| Period | Commun-ications | Couriers | Creative Services | Information Retrieval | Late Night/ Weekend Car Service | Late Night/ Weekend Meals | Printing / Copy Ctr | Prof. Svcs | Travel & Expenses | Overtime | Misc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September 1, 2009 - September 30, 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $639.91 | $108.00 | $0.00 | $0.00 | $1,631.43 | $0.00 | $421.00 | **$2,800.34** |
| October 1, 2009 - October 31, 2009 | 0.00 | 0.00 | 0.00 | 0.00 | 60.84 | 243.00 | 0.00 | 0.00 | 757.66 | 0.00 | 948.00 | **2,009.50** |
| November 1, 2009 - November 30, 2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 189.00 | 51.16 | 0.00 | 394.66 | 0.00 | 76.33 | **711.15** |
| December 1, 2009 - December 9, 2009 | 15.10 | 0.00 | 0.00 | 0.00 | 86.94 | 108.00 | 0.00 | 0.00 | 2,124.78 | 0.00 | 95.00 | **2,429.82** |
| **Total Expenses** | **$15.10** | **$0.00** | **$0.00** | **$0.00** | **$787.69** | **$648.00** | **$51.16** | **$0.00** | **$4,908.53** | **$0.00** | **$1,540.33** | **$7,950.81** |
| Expenses paid to date | | | | | | | | | | | | 5,520.99 |
| **Total Expenses Owed** | | | | | | | | | | | | **$2,429.82** |