UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
(Corpus Christi Division)

| | | |
|---|---|---|
| In re § | | Case No. 05-21207 |
| § | | |
| ASARCO, LLC, et al. § | | Chapter 11 |
| § | | |
| Debtors § | | Jointly Administered |
| § | | |

### UNITED STATES' MOTION FOR EMERGENCY HEARING ON THE UNITED STATES' EMERGENCY MOTION TO QUASH THE SUBPOENA AND SUBPOENA DUCES TECUM SERVED BY PLAN ADMINISTRATOR ON TODD PATNODE AND BRIDGE ASSOCIATES

The United States, on behalf of the United States Environmental Protection Agency and other environmental claimants, respectfully moves for an emergency hearing on its Emergency Motion to Quash the Subpoena and Subpoena Duces Tecum Served by Plan Administrator on Todd Patnode and Bridge Associates (Dkt. No. 14904) filed contemporaneously with this motion.  The United States requests a hearing on **June 15, 2010** at **9:00 AM** Central Time in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division, at **1133 N. Shoreline Blvd., Corpus Christi, TX 78401.**

Date:   June 11, 2010

Respectfully submitted,

FOR THE UNITED STATES:

 /S/ Eric D. Albert
ALAN S. TENENBAUM
DAVID L. DAIN
ERIC D. ALBERT
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044
(202) 514-3644

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of June, 2010, this pleading was served on all parties on the service list entitled to notice through the Court's electronic filing system.

                                                               /s/ Eric D. Albert