

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
09/13/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-21207 |
| | § | |
| ASARCO, LLC, ET AL | § | Chapter 11 |
| | § | |
| Debtors | § | (Jointly Administered) |

15438

## ORDER TO TRANSFER FUNDS

The Court having considered Project Navigator, L.L.C's Unopposed Motion for an Order instructing the Texas Commission on Environmental Quality (the "TCEQ") to transfer monies received from a settlement of its claims against ASARCO to the Texas Custodial Trust Account, and there being no objection to same, the Court finds that there is good cause to grant the same.

It is therefore,

**ORDERED** that the Texas Commission on Environmental Quality shall transfer $493,289.12 received from a settlement of its claims with ASARCO to the Texas Custodial Trust Account, plus any interest which has accrued up to the date of transfer.

DATED: September 13, 2010

_____
HONORABLE RICHARD S. SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE

MHDocs 2486754_1 11197.1